

MENU

MARRIOTT AMBASSADOR, PARIS, FRANCE

ALL
BRANDS

Westmont Hospitality Group was founded in 1975. What started with a single hotel in North America, has grown to become one of the largest privately-held hospitality organizations in the world.

Throughout the years, Westmont has had an ownership interest in and operated over 1000 hotels. Currently this stands at over 500 hotels across four continents.

Westmont has formed strategic alliances with many of the world's largest hotel brands. These include Hilton, Marriott/Starwood, InterContinental Hotels Group (IHG), Hyatt, Fairmont and Choice Hotels. The company is one of the largest owner/operators of IHG and Hilton hotels worldwide.

Westmont has a very diversified portfolio ranging from 2–5 star properties, full service to limited service business hotels, large conference hotels, aparthotels, boutique hotels and high-end luxury hotels.

In general, Westmont has an ownership interest in the assets it operates. With ownership and management aligned, the company employs and empowers its operations teams to use entrepreneurial and creative strategies to drive bottom line growth.



Blumberg No. 5119

EXHIBIT

1



MENU

# WHAT WE DO

Westmont Hospitality Group is an owner and operator of hotels around the globe. Given the diversity in Westmont's portfolio, the company has to tailor-make its business plan uniquely for each asset based on its market, location, asset type and service levels. Given its vast experience with all major hotel brands, Westmont is able to determine the right brand for each hotel. Each asset and investment is carefully analyzed and has its own unique business model to ensure the best returns.

Westmont has strong teams in various geographical areas, allowing the company to specifically tailor its services to the opportunity that presents itself. These include:

## Operations Expertise

- With over 40 years of experience running hotels, Westmont takes responsibility for overseeing the asset management of the hotels including financial accounting, sales and marketing, IT and human resources.
- Learn more about how Westmont operates.

## Development & Acquisitions

Westmont has dedicated teams that focus on:

- Sourcing assets
- Underwriting
- Due diligence and transactions process
- Market intelligence/monitoring market conditions to find new opportunities

## Asset Management

- Establish Capex needs and investment analysis of capital projects

- Identify value-enhancing opportunities including efficient reallocation of space
- Provide project management when necessary
- Maintain franchise partner relationships
- Maintain brand relationships
- Management of fixed charges including insurance and property tax
- Continual hold/sell assessment
- Oversee brand managed hotels

# Finance | Transactions

Westmont works alongside its capital partners to provide assistance on the following.

- Tax structuring, reporting and compliance
- Accounting and reporting for all assets and portfolios
- Development of financing strategies
- Maintaining bank relationships and continuously assess refinancing strategies
- Due Diligence
- Acquisition/disposition strategy development
- Post-acquisition/disposition transitional services

CONTACT US    DISCLAIMER    PRIVACY POLICY

2019 Westmont Hospitality Group - All Rights Reserved
Web Design by Pixel Science