Case 1:19-cv-03840-WMR    Document 1-3    Filed 08/26/19    Page 1 of 2

| | |
|---|---|
| Nina R. Hickson | |
| Desk: | Archive |
| Story Source: | Special, |
| Day: | Sunday |
| Dateline: | |
| Print Run Date: | 6/11/2000 |
| Digital Run Date: | |

**Text:**

This story begins with a 12-year-old girl, addicted to crack cocaine, who was being prostituted by a man her mother introduced to her. At the time of her arrest, she was found on the street, naked after having had sex with 10 men. She was so high on crack, marijuana and alcohol that it took three days before she was coherent enough to be interviewed.

Unfortunately, she is not the only 12-year-old prostitute on the streets of metropolitan Atlanta. The numbers appear to be increasing at an alarming rate. My colleagues at the Fulton County Juvenile Court and I see an average of a dozen girls per month who are involved in prostitution.

I became aware of this disturbing trend when I became a judge in May 1999.

In discussing this with people who have been with the court for many years, I've discovered it may be more appropriate to identify this phenomenon as an epidemic.

In most cases, the girls are not brought in on prostitution charges, but may be charged with curfew violation, loitering, possession of alcohol by a minor, controlled substance possession or giving a false name or birth date to police.

Others come in because they have been neglected or abused by their parents or other caretakers. Even more tragic is the fact that these young persons are being neglected by the society in which they live and on which they have the right to rely for protection.

Prostitution is often called a "victimless" crime, but in the case of child prostitutes, they are the victims. Not only are they exploited by adults who manipulate and terrorize them into this way of life, but they also are further hurt by the lack of resources to address the problems they face, particularly when they attempt to leave this lifestyle.

Additionally, these activities cost the community some potentially productive citizens. It often has to provide medical care for the injuries these girls suffer at the hands of their "pimps" and "johns," as well as for the sexually transmitted diseases they are exposed to.

Blumberg No. 5119

EXHIBIT
3

These children sometimes get pregnant and bring other vulnerable lives into the community, who become at-risk for neglect and abuse.

The stories these girls tell us have recurring themes:

Older men with street names such as Sir Charles, Little Charles, Black, Batman, Zeony, Suave, Ace, Devonte and MGK recruit them from the Five Points MARTA station or on Metropolitan Parkway. Underage girls obtain fake identifications that allow them to dance in local strip clubs, where they perform lascivious acts in the parking lots.

Girls are taken to hotels and stripped of their clothing so that they cannot escape. They are left in these hotel rooms, located throughout metro Atlanta, to have sex with men for as little as $5 per "customer."

It would be a mistake to assume that this occurs only to "other people's children." The girls we see at the Fulton County Juvenile Court run the gamut in terms of socio-economic backgrounds. I don't mean to suggest that boys are not also victims. But I have not had any young men in my courtroom who have been involved in prostitution.

I hope this column outrages you, just as I have been outraged. I hope your outrage causes you to want to take action, such as encouraging the prosecution of adults who exploit our children, developing and supporting resources to provide the very special services these young girls need.

The Fulton County Court Appointed Special Advocates program is attempting to address these issues through meetings with the District Attorney's office and speaking at various community forums.

The needs of these children are complex. Removing them from prostitution once is often not enough, because when these children are neglected or abused at home, they have a tendency to return to the very pimps who exploit them because they perceive them as their only source of "love" and material goods. Often they need intensive counseling, a support network and encouragement to know that they can survive without being exploited.

There is no way for me to address all the complicated issues our court sees related to this phenomenon. However, my hope is that exposing this dark and dangerous subject will cause us to no longer allow it to remain hidden.

Our society can no longer afford to exploit our most valuable human resource: our children.

Nina R. Hickson is a Fulton County Juvenile Court judge.