Headline: **Runaway girls lured into the sex trade are being jailed for crimes while their adult pimps go free.**

Dek Head:

Label:

Corrections: >

Correction Notes:

Reporter: Jane O. Hansen

Desk: Archive

Story Source: Staff,

Day: Sunday

Dateline:

Print Run Date: 1/7/2001

Digital Run Date:

Text: The courtroom door opened, and a guard led the defendant inside. She was dressed in standard jailhouse garb --- navy jumpsuit, orange T-shirt, orange socks and orange plastic flip-flops. Metal shackles around her ankles forced her to shuffle.

"All rise," the bailiff said. The judge entered and took her seat on the birchwood bench while the defendant sat down at a table and chewed her finger.

At issue was what to do with her.

She had been in and out of an Atlanta jail since August. It was now November. Her sister was in another jail. As lawyers and officials debated whether she should remain behind bars, probation officer Gail Johnson asked if the defendant could address the court.

A little girl, her hair pulled into a tiny pigtail and her head bowed, rose from the defendant's table. She was 10 years old, a runaway and an alleged prostitute.

"I think I have been locked up long enough," the girl said in a small, high-pitched voice. She began to cry and rubbed her eyes with balled-up fists. "If you would just let me go home . . ."

But for children like her and her 11-year-old sister, also an alleged prostitute, it's not that simple.

In Atlanta, prostituted children often go to jail while the adults who exploit them go free, court records show. Attitudes toward prostitution are partly to blame, say Juvenile Court judges and others. But a lack of children's programs in Georgia, particularly for girls, has left some judges no choice but to place exploited children, such as these, in detention for their own safety.

"The last thing I want to do is detain her, because it comes across as punitive," said Fulton County Juvenile Court Judge Nina Hickson. "But I've got to make sure that she's safe."


Blumberg No. 5119    EXHIBIT 4

In Georgia, pimps are rarely arrested, even when the prostitute is a child. When pimps are charged, their cases often are dismissed or result in a small fine, court records show.

There are no reliable statistics on the number of prostituted children, although Atlanta judges say they are seeing an alarming growth in their courtrooms. But statistics for adults show a clear disparity in the system's treatment of pimps and prostitutes. Since 1972, 401 adults --- nearly all women --- went to prison in Georgia for prostitution; no one went to prison for just pimping.

"I think there was an unwitting bias that the woman was the perpetrator," said Mike Light, Department of Corrections spokesman and a former parole officer. "She was the one out having sex. . . . The pimp was just collecting the money."

Atlanta police say it's harder to arrest pimps than prostitutes. And prosecutors say it's difficult to build a case against pimps because prostitutes often are reluctant or scared to testify against them.

"We need evidence," said Carmen Smith, solicitor general for Fulton County State Court. "We need witnesses."

But critics say too often, police and prosecutors fail to distinguish between prostitutes who are adults and those who are children, such as the 10- and 11-year-old sisters. Many child prostitutes are runaways who are often escaping physical or sexual abuse at home and then are exploited on the streets.

Yet in the eyes of law enforcement, said Judge Hickson, "these girls aren't seen as victims. They're seen as consenting participants."

Juvenile Court judges and others have begun pressing for change in Georgia to bring harsher penalties against those who exploit children. They want the Georgia Legislature to make the pimping of children a felony punishable by up to 20 years in prison. They want authorities to become more aggressive in arresting and prosecuting men who pay to have sex with underage prostitutes, as well as the adults who sell them. And they want some alternative for helping these girls other than putting them behind bars.

In recent months, local and federal prosecutors have begun to respond. The Fulton district attorney's office has brought felony charges against about a dozen alleged pimps believed to have prostituted children. The U.S. attorney's office hopes to bring federal charges against pimps under the nation's racketeering laws.

Still, says DeKalb County Juvenile Court Judge Nikki Marr, not enough is being done for children whose lives may already have been destroyed.

"It's not a priority," she said. "That's what it comes down to."

Youth center like an adult prison

In the waiting room at Metro Regional Youth Detention Center of Atlanta, the state's largest youth jail, the public telephones are only 4 feet off the ground --- about the right height for a child. But everything else about Metro looks and feels like an adult prison --- with razor wire outside and electronic doors inside. Children are often taken to court in shackles.

"Whoever had her on the streets should be behind bars," said Johnson, the probation officer for the 10- and 11-year-old sisters.

This particular day, she had come to pick up the older sister and transfer her to Girls and Boys Town in DeKalb County, the only emergency shelter in Georgia designed especially for girls. Finally, a bed had opened up for the child.

Girls and Boys Town offers up to 30 days of counseling and education in an unlocked residential facility. Judges from as far away as South Georgia have sent girls there. But with only 16 beds, there is sometimes a waiting list.

The 11-year-old had been waiting in jail for three weeks, since she had been picked up as a runaway and charged with lying to police about her age.

The day Johnson retrieved her from Metro, the child emerged in the hot July sun hugging a teddy bear. "I love him because he's pretty, soft, he has all kinds of decorations on him," she said. Even the guards were upbeat to see her leave.

"Look what she got on," Johnson muttered. "She's a baby herself."

The girl was dressed in high-heeled sandals and a skimpy sundress, her peach-colored bra peeking out from the low-cut top. As she walked toward the car, she teetered on the heels, like a child playing dress-up. But she worried that if her brothers saw her, "they'll tell me I'm too grown."

On the way to Girls and Boys Town, Johnson stopped at McDonald's to buy the girl lunch. Over a Happy Meal, the girl said her older stepsister, who had given her the shoes, and a cousin had introduced her and her younger sister to prostitution after taking them to a hotel on Fulton Industrial Boulevard.

"They told us to stay on the streets," the girl said. "If anybody tries to talk to us, talk to 'em."

Atlanta police had picked her up on Bankhead Highway after a man flagged down officers, saying he had found a runaway child. She told the officer what she was doing and said she and her 10-year-old sister were staying in a hotel, but she insisted she was 14.

According to the police report, the patrol officer called the youth squad and explained that two girls were working as prostitutes. The officer asked how to handle it, thinking the youth squad would want to investigate. Instead, the officer was told to drop the child off at the county shelter.

"I found this odd," the officer wrote in the report. "I was concerned that someone was prostituting these girls out of a hotel, and I could not even get an investigator to give advice."

Eventually, the officer charged the child with false information and obstruction. A spokesman for Atlanta police said officers did subsequently investigate but found no evidence of prostitution.

In a separate interview, the 10-year-old said the boyfriend of a relative had made the children prostitute.

"He forced me. He wouldn't let me go," the 10-year-old said, sitting in Hickson's chambers. Speaking softly, the child sat hunched over with one hand partially covering her left eye, the other holding her right cheek. She never smiled.

"He told me he'd kill me if I left," she said.

At first he "was buying us stuff." She realized something was wrong, she said, "because of what he wanted in return." He wanted money "by me prostituting."

"I was really scared," she said. "He'd pull my hair, and he punched me."

The child said if she could, she would "change back the hand of time. I would change all this. It's not worth seeing your life taken by prostitution stuff."

But she also didn't think it was right that she and her sister had sat so long behind bars.

No more childhood

Georgia judges no longer send adult prostitutes to prison. Adult prison beds are increasingly reserved for violent offenders.

But the opposite trend is occurring in Georgia's youth jails and prisons, where the beds are increasingly used by nonviolent offenders, including child prostitutes. In 1999, four of five admissions to Georgia's youth jails were for nonserious offenses; girls are the fastest-growing population.

Many child prostitutes enter the Juvenile Court system charged with something other than prostitution, primarily running away. The number of runaway girls arrested in Georgia skyrocketed between 1988 and 1998 from 312 to 1,645 a year. Not all runaways become prostitutes, but national studies say up to a third of runaway and homeless youths exchange sex for shelter, clothes and money --- what experts call "survival sex."

The 10- and 11-year-old sisters wound up behind bars because they kept running away from home in violation of their probation. But both girls were also in jail because there was no other safe place for them.

"They need treatment," said Alesia Adams of Victims of Prostitution, a new program in Fulton County to help child prostitutes. "These two break my heart. There's just no place to put them."

Atlanta vice Detective Herman Glass says many of the underage prostitutes he has arrested need years of therapy. Without it, he sees the same faces recycling through the criminal justice system.

When he recently arrested a 19-year-old girl prostituting on Metropolitan Parkway, he realized she was the same girl he had arrested six years earlier, when she was 13.

"The system has failed her," Glass said with emphasis. "She still is out there prostituting. There is nothing for these girls."

Glenda Hatchett, a former Fulton Juvenile Court judge, said putting prostituted children in the state's youth jails was the wrong solution, but she sometimes had no choice.

"There were times I was concerned about her getting back with her pimp and disappearing," Hatchett said. "I have put girls in Metro until I could figure out where else to put them." But it was a Catch-22, she said, in which the victims were further victimized and exposed to hard-core criminals.

Judge Hickson is similarly frustrated. She said she looks into the eyes of children who have been prostituted and she sees nothing. No hope. No dreams. No more childhood.

"Now that I have a daughter of my own, it affects me emotionally," she said. "Seeing the despair and no life really affects me."

Frustrated with the case

By fall, Hickson had become particularly frustrated with the case involving the 10- and 11-year-old sisters. Both girls were back in jail.

At the November court hearing, the judge accused child welfare officials of dragging their feet in finding an alternative placement. She had never intended to keep the girls at Metro more than a few days, she said, and she was angry she had to convene court to force them to act.

Everyone in court agreed the girls needed residential treatment. But nothing had worked. Girls and Boys Town had kicked out the 11-year-old for disruptive behavior. A group home in Griffin had made the girls leave after they locked themselves in a bathroom and yelled obscenities. A mental health program had rejected the girls, in part because of their history in prostitution.

Officials with the Fulton County Department of Family and Children Services said in court that the girls' mother had been uncooperative, and they were worried about sending the children home. Because of the girls' history of running away, the officials asked the judge to keep them in jail until they could find a suitable placement.

At a minimum, they asked that the girls be sent home with electronic monitors.

But Johnson, the probation officer, argued the child welfare agency had done nothing to help the mother or find an alternative.

The judge had heard enough. She addressed the 10-year-old.

"I don't want you locked up either," Hickson said to the girl. "But I'm also concerned about your safety and whether you're going to stay with your mom. Are you going to stay at your mother's?"

"Yes, ma'am," the girl said, and she put her face in her hands.

The judge announced her decision. Custody would remain with DFCS, but both girls were going home that day, and they were going home without electronic monitors.

After the hearing, the child said she was sorry for what she had done. "I was just following my sister, and I got in some trouble," she said, her eyes red from crying.

She said she would like to tell other girls her age, "Don't get yourself caught up in something like this. Don't be around the wrong people. Stay in school. Don't waste your life on something like this. Some people have caught HIV and AIDS."

She said she wanted to go back to school. Her elementary school has a mentor's program and more than anything, the child said, she wanted a mentor.

"It would help me be better off in life," she said. "Much better than I am."

That day, both girls went home.

'No place for these kids'

Today, the 11-year-old seems to be doing well at home, officials say.

But less than three weeks after the 10-year-old went home, she ran away again. In early December, police picked her up and returned her to Metro. Judge Hickson says officials will try once again to find a place to rebuild her life.

In the meantime, the child remains in jail.

"It's not the judge's fault. It's not anybody's fault," said Adams of Victims of Prostitution. "There's just no place for these kids to go."

COMING MONDAY

Juvenile courts across the United States arte seeming more prostitutes -- and younger ones.

COMING TUESDAY

One way way pimps meet and recruit their young girls.
Text: Batman is a "shoestring pimp," a wannabe, say Atlanta's vice cops.

Sir Charles used to specialize in young girls.

Red is a throwback to the '70s, with his diamond-studded earrings and fur coat and red Excalibur car.

With names like characters in a comic book, they're among Atlanta's best-known pimps. Child prostitutes know who Atlanta's pimps are. Juvenile Court judges know them. Vice detectives have followed some of their careers for decades.

"Police know who these guys are," said Andre Johnson, a public defender for DeKalb County Juvenile Court. "They know where they hang out. There's just no enforcement."

In the triad of pimps, prostitutes and customers, pimps are the least likely to be arrested and prosecuted, even when the prostitute is a child, court records show.

Authorities blame weak laws, a lack of resources and the reluctance of prostitutes to testify. But judges and child advocates say police and prosecutors haven't been aggressive enough in going after pimps who exploit children.

In November, while searching for a girl allegedly involved in a prostitution ring, DeKalb police found the 15-year-old with an adult man in a motel. They arrested the girl on a charge of loitering for drug-related activity, and she went to jail. But they let the man go free with a summons to appear in Recorder's Court, which handles nuisances.

Judge Nikki Marr, who presided over the girl's case in DeKalb Juvenile Court, says police should have done more. "They were called on a matter of underage prostitution," she said. "But none of their actions addressed that at all."

Critics say police in Atlanta and Fulton County also have failed to arrest adults who should have been charged with sex crimes against children. In 1997, police found a 12-year-old prostitute naked on the streets, her body riddled with crack cocaine and alcohol.

"She was smelly and stinky, and she had this dead, vacant look in her eyes," said Alesia Adams, who was assigned to represent the child's interests in court. "She had allegedly had sex with 10 men."

Eventually, Adams found a residential treatment program for the child, but the girl ran away. "She called the pimp, and he came and got her," Adams said.

But what happened next bothered Adams more. Less than two months later, an investigator with the Fulton County Sheriff's Department found the child "with a known pimp," the police report says. A man in his 40s had flagged down the officer, saying the child had stolen his handgun and jewelry. He told the officer the child was a runaway who had been living with him.

The child was arrested. The man was not.

"This 40-year-old-plus man was living with her, a child," Adams said. "And they locked her up and did nothing to him."

Part of the problem is attitude, says Carmen Smith, solicitor general for Fulton County State Court. "If you define a man's coming of age as having sex, many men will always see prostitution as a victimless crime until it's their daughter, their wife or their relative," Smith said.

Atlanta police say they arrest as many pimps as they can, but it's much easier to make a case against a prostitute or a customer. "The quickest way to get a prostitute is to do undercover," said Atlanta vice Detective Herman Glass. "You can do it in five minutes."

But pimps present a special challenge.

"You know those guys are pimps because the girls have said so," said Glass, who works undercover. "And you know these girls are prostitutes. The problem is, how do you get the evidence that the pimp is taking the money?"

Police say even when they have a case against pimps, State Court judges too often let them off with little if any punishment. Atlanta police have arrested Ernest Leroy Miller numerous times for pimping-related charges, most recently in May for allegedly keeping a house of prostitution. And they've charged him several times for harboring juveniles. "He's been busted numerous times and served no jail time yet, not for pimping," said Lt. Tony Biello, head of the Atlanta police vice unit.

Police also were frustrated when Herman Hutson was recently found not guilty of pimping. "I already knew he was pimping because he told me he was dropping his girls off to work," said Glass, who testified against him. "So, I see him dropping off his girls. I know they're prostitutes because they come up to my car and solicit me. . . . Would you consider that enough evidence?"

It was not enough for State Court Judge John Mather, who found Hutson not guilty in October.

"The state failed to prove its case beyond a reasonable doubt," Mather said in an interview. He said the case would have been stronger had Glass brought in witnesses to testify.

Hutson also escaped pimping charges in 1995, when another judge dismissed them. "Is this guy a pimp?" said Jon Hedgepeth, the attorney who represented Hutson both times. "That's a hard thing for me to say. According to the courts, he is not, at least in this most recent case. But according to some people, including law enforcement officers, he is."

The biggest obstacle to prosecuting pimps, say police and prosecutors, is the general refusal of prostitutes to testify against them.

"Everybody knows Batman, everybody knows Red, everybody knows Sir Charles," said Larry Chappell, an Atlanta vice detective. "The problem is nobody is going to testify against them. That's against the pimping code. You don't testify."

Many prostitutes consider pimps their boyfriends; others fear that they will face violent retribution or be charged for their own illegal activity.

That lack of testimony may have saved George Allen III, says Solicitor General Smith.

Last year Allen, owner of the now-closed Chocolate City restaurant, faced 13 counts of pimping, keeping a place of prostitution and maintaining a disorderly house.

In 1999, after months of investigation, police arrested 13 women at Chocolate City and charged them with prostitution. Allen was charged with offering them seclusion and permitting them to prostitute on his property. As part of the investigation, Smith's office also interviewed a 13-year-old who said she and other minors paid a small fee to the club to turn tricks in the parking lot.

"The problem is we couldn't get the girl to testify," said Adams, today head of Victims of Prostitution, a new program designed to help child prostitutes. Then the girl disappeared.

Similarly, some of the 13 arrested women initially agreed to testify, Smith said, but in the end, "we went from 13 to one witness, and she didn't show up."

In a plea bargain in October, Allen was sentenced to a year's probation and a $500 fine. All 13 pimping charges were dropped.

Prostitutes might be more willing to testify, Glass and others say, if they had better protection. "If you could offer them ironclad protection, be pretty sure the guy would be locked up, I believe they would testify," Glass said.

Tougher laws would also help.

"Pimping is a misdemeanor," Glass said. "Let's make it a felony, where they don't just pay a small fine."

His boss says convicted pimps should serve at least six months in jail. "It should be triple if they're prostituting a child," Biello said. "Six months for a pimp, he's out of business. Triple that time, they'll kick him out of the pimps association."

In recent months, support has grown in Atlanta to crack down on pimps and rescue young girls from prostitution. A coalition of organizations has drafted legislation that would make pimping minors a felony in Georgia, with prison sentences of up to 20 years, depending on the child's age.

Last month, Fulton District Attorney Paul Howard convened a task force of police, judges and others, calling child prostitution potentially "one of the largest problems facing our young people today." Another meeting is scheduled for Wednesday.

For more than a year, Adams and Fulton Juvenile Court judges say, they couldn't get Howard to do anything about the growing problem of child prostitution.

In recent months, however, his office has begun to prosecute men who are exploiting minors. Today, a number of pimping cases are pending.

Howard said he hopes his newly created task force can come up with solutions beyond a new law. "We've got to work with the Police Department so we can attack the problem in a comprehensive way," Howard said.

Ultimately, says Andre Johnson, the DeKalb public defender, the public needs to be educated about child prostitution. "I think the problem has just escaped the glare of law enforcement and the courts," he said. "A mandate has to come from up high that we're going to do something."

Feds, police
elsewhere
finding
solutions

Dek Head:

Label:

Corrections: >

Correction
Notes:

Reporter: Jane O. Hansen

Desk: Archive

Story Source: Staff,

Day: Monday

Dateline:

Print Run 1/8/2001
Date:

Digital Run
Date:

Text: Not much shocks a police officer, especially the sight of prostitutes soliciting strangers. But even Joseph Canibano, a 32-year police veteran, was surprised the night he saw two children flagging down cars in a Dallas neighborhood. The girls, only 10 and 13, were offering sex for $5 so they could buy candy.

Suddenly, Canibano said, "we saw there was a real problem that we'd never realized existed."

Today, his police department is at the forefront of the nation's recognition and response to child prostitution. But the Dallas police are not alone. Throughout the country, federal officials, local law enforcement officers and others are beginning to recognize child prostitution as a problem and search for solutions.

Some say child prostitution is a hidden problem that's always been here, but only recently recognized. Others believe it's a newer phenomenon driven by a decline in family structure and social mores. But most agree the number of child prostitutes in the United States is rising, and organizations like the Dallas police force are identifying ways to stem the tide, ranging from efforts to "deprogram" child prostitutes to training police officers in how to make cases against pimps.

"We're just getting around to addressing it as a major issue," said Ron Laney, who heads the child protection division of the U.S. Office of Juvenile Justice and Delinquency Prevention. "Often we don't talk about things we don't have a solution for."

In the early 1990s, after hearing disturbing stories about prostituted minors, Laney created a training session on child prostitution to improve law enforcement investigations into the adults exploiting children. He hired Canibano and Chicago Detective Brian Killacky to conduct it.

The training also was designed to increase police officers' sensitivity to child prostitutes. "We didn't want to revictimize them by arresting them," Laney said. "The key was trying to get them away from the pimp, which is not easy to do."

Others have begun to recognize child prostitution as a growing problem. Last year, juvenile judges from around the country attended a national conference where child prostitution was on the agenda. Canibano and Killacky conducted the workshop.

In their training, the two streetwise cops work hard at teaching people what child prostitution is and is not.

They prefer the term "prostituted children," Canibano says, "because it emphasizes someone is doing it to them rather than them choosing it."

Many child prostitutes are runaways and throwaway kids nobody wants, he said.

"Generally if they're on the streets 48 hours or more, they're going to be exploited one way or the other," Canibano said. "For boys, they're often drawn into the drug trade. For females, it's one way: sex."

Canibano tells officers it's a mistake to treat a child prostitute as any other offender. In Dallas, "we process them now as victims, because if you process them as offenders, a couple of hours later they're back on the street."

In Las Vegas, where more than 455 child prostitutes have been identified in the past five years, police are doing just what Canibano advocates.

"Prior to 1994, we'd arrest the prostitute, take her to jail and book her," said Sgt. Brian Evans, who oversees a special vice unit on child prostitution.

Now, if a prostitute is a child, police hold her as a witness. "That allows us some time to ID the person who put her in this life --- the pimp --- and the kinds of family problems she's running away from," Evans said.

Once they identify the pimp, they arrest him, Evans said. Then one of his four detectives goes to work on the girl. "We deprogram them," he said. "We've got it down to an art form. We explain to the girl why she's in this life, how the guy has been manipulating her. The girl comes in full of piss and vinegar, and when you come back next week with a McDonald's, it's like you're her best friend. She has a smile on her face, and she's a juvenile again."

Atlanta is behind other cities in responding to child prostitution, juvenile judges say. For one thing, the city has few places other than jail to send underage prostitutes who can't go home. In Dallas, police work closely with four federally funded runaway shelters. But of the nation's 132 street outreach centers funded by the federal government, none is in Georgia, in spite of the explosive growth in runaways in this state.

For another, many Atlanta police don't agree that child prostitutes should be treated as victims.

"They are doing the most dangerous thing they can do in their life," said Lt. Tony Biello, head of Atlanta's vice unit. "Without severe penalties, they'll be out there again."

Biello said the best thing for a juvenile prostitute is to be sentenced to boot camp. "Let them know there's very stiff punishment for this behavior," he said. "Call it tough love. Would you rather scrape them up dead?"

But many say that tough approach is not working. The vice squad needs a program like Las Vegas', they say.

"These girls have to be deprogrammed," said Estee Andrews, an investigator with the Georgia Department of Juvenile Justice who pursues juveniles fleeing probation.

Andrews said the city also needs to pass stricter standards so young girls can't use fake IDs when applying for a license to dance in Atlanta strip clubs.

Other officials want to run strip clubs that have been tied to prostitution out of business. Atlanta City Councilman Derrick Boazman said it's also time to crack down on hotels where adult men take children. "We need to go after these hotel owners who should know what's happening when someone walks in with a 13-year-old girl," Boazman said.

But the best solution would be an alternative to jail.

"The case to be made is to help the girls," said Judge William Riley Jr. of Atlanta Municipal Court. "That's where you can make a change."

Since May 1999, he has been giving chronic adult prostitutes the choice of being sentenced to 90 days straight jail time or 180 days in the jail's Women for Women program, where they get counseling and other services before graduating to a residential treatment center in the community.

Of the 55 women who have graduated, only 12 have been rearrested in 20 months. Juvenile judges hope to set up a similar program in the state's youth jails.

But by the time children are identified as prostitutes, experts say, it may be too late. "At the heart of it is how do we restore families, which is so intractable," Boazman said. "We've got to intervene sooner."

In the end, people's attitudes about child prostitutes must change, he said, before anything meaningful can be accomplished.

"When it's a 30-year-old woman, you think she should know better, or at least she has a choice," Boazman said. "But when you look into the eyes of an 11-year-old child and know that there but for the grace of God goes my daughter or granddaughter, it should cause you to say we've got to do something."

When danger is as close as a phone

Dek Head:

Label:

Corrections: >

Correction Notes:

Reporter: Jane O. Hansen

Desk: Archive

Story Source: Staff,

Day: Tuesday

Dateline:

Print Run Date: 1/9/2001

Digital Run Date:

Text: The first hints of trouble were the slips of paper with telephone numbers Clairee Jones found lying around the apartment. She began to notice that her 12-year-old daughter seemed obsessed with the phone. Yet, the mother reasoned, what preteen isn't?

But her concern grew when she learned that her daughter, Shamila, was calling phone chat lines, a modern-day version of the old party line that allows callers to converse with more than one person at a time, in this case strangers. Shamila had always been an outgoing, well-behaved, straight-A student who loved to baby-sit toddlers and stayed close to home, her mother said. Her playmates all lived in the neighborhood.

Then one morning she vanished. When Jones awoke in June to get the girl ready for school, Shamila was gone. Left behind was another slip of paper with another phone number.

"I never had a problem with her," Jones said of her daughter, "but when she got on that chat line, they turned her life around."

Internet chat rooms are well-known to parents as a potential danger to children who may not know they're conversing with a child molester. But in Atlanta, an older form of technology --- the telephone --- is being used to lure children into a life of prostitution, according to law enforcement officers, judges and the girls themselves.

Children like Shamila are meeting adult men on phone chat lines, then leaving home to meet them in person. A number of girls have disappeared. Some have been brutalized. But like exploitation on the Internet, officials say exploitation on the telephone is difficult to stop.

"The chat line is the No. 1 way these guys entice these girls," said Richard Sheats of the U.S. Attorney's Office in Atlanta.

Under U.S. Attorney Richard Deane, the office has launched an investigation to bring federal charges against pimps who exploit minors. According to Sheats, more than two dozen underage girls from Atlanta are now missing and believed to be involved in prostitution. He estimates 80 percent of them were involved in telephone chat lines.

"Those are a problem, the phone chat lines," said Sgt. Jerry Horner of the DeKalb County police sex crimes unit. "We do see more of it, and especially with the runaways."

Chat lines are a virtual telephone meeting room, what some call a "poor man's Internet chat room." By dialing any of a variety of numbers, familiar to teenagers by word of mouth, the caller chooses which "room" to enter.

An exuberant voice offers unlimited "party talk" and "party action." Callers can go "upstairs" or "downstairs," join a group of people in one "room," or speak privately to an individual in another.

"Like if you press 3, you can record your voice and hear men talking about what they want with a lady," said Marketta Embry, 15, a close friend of Shamila's and a fan of chat lines until they recently started charging a $5 fee. "When you press on

2, they'll put you in this room. They'll tell you, 'You're in a group of three people. Start talking.' "

Marketta says she and Shamila first started playing around with chat lines in April. "Like to meet people and stuff," the girl said. "Talk to them and stuff."

A typical conversation goes like this, the girl said: "They'll say, 'I like the way your voice sounds. What do you like to do for fun?' " she said. "They'll be asking if you'll have phone sex. They'll be asking your name, where you stay, your number, your address, 'Can I come over to your house?' "

When she overheard Shamila arranging to meet someone she had spoken to on the chat line, Marketta discouraged her friend from leaving home. But Shamila didn't listen, Marketta said.

Telephone chat lines used for sexual exploitation or any criminal activity are outlawed by the Public Service Commission. But they are difficult to police, said David Burgess, vice chairman of the PSC.

"When we find them, we instruct the telephone companies to disconnect them," he said. "But there's so much new technology on the network, it's difficult for the telephone company to detect that this activity is going on."

He said Internet chat rooms evolved from the phone chat lines, which in turn are a byproduct of the three-way conference-calling service offered by most local telephone companies. The difference today, he said, is the technology.

"Now you can basically do it yourself," he said. "Somebody could be sitting out in Kansas City, have access to a local number in Atlanta and bridge not only that number but numbers across the country."

Chat line operators make their money a number of ways, such as limiting free talk time, or more recently, charging a fee for an access number.

By the time illegal activity is detected, Burgess said, the numbers often have been disconnected and the operation moved.

"The advice I give parents is, know who your teens are talking to on the other side of that telephone," Burgess said.

Like the Internet, telephone chat lines help buyers and sellers connect. But in this case, the buyers are children, and they may not realize what they've bargained for.

The first time she disappeared, Shamila was picked up by a man in his mid-20s. After taking her and three other girls in their early teens to a motel on Panola Road, he introduced the 12-year-old to sex, marijuana and alcohol, Jones said her daughter later told police.

She told her mother he moved the girls around to different Atlanta motels where men visited and paid to have sex.

Shamila eventually came back physically unharmed, but has since run again several times.

But Yvonne Freeman's 15-year-old daughter was not so lucky. After leaving home to hook up with a man she had met on a chat line, the girl was allegedly tied up, raped and beaten bloody.

"She came home unrecognizable," Freeman said. "He beat her so bad."

The alleged assailant, Bryant Brookins, 26, was recently indicted on charges of rape, statutory rape, false imprisonment, aggravated sodomy and aggravated assault. His case is pending. It's not his first arrest. Last year, he was charged with tying up a woman and beating her for 12 hours. He was recently indicted in that case on charges of aggravated assault and false imprisonment.

"The chat lines are a dangerous system, and there doesn't seem to be much of a way to go after it," said Atlanta City Councilman Derrick Boazman. He first learned of them two years ago when trying to find an underage prostitute who had disappeared after becoming involved in chat lines.

There were others, he said. "With very few exceptions, the girls who would disappear were going to meet somebody they had met on the phone line. That tells me it's very organized and has at its root prostitution. We need to conduct a thorough investigation."

An official with the U.S. Department of Justice said that within the last six months, law enforcement officers in some parts of the country have identified phone chat lines as a growing problem.

"Think of it," said Michael Medaris, head of the nation's Internet Crimes Against Children Task Force Program. "If you're searching for children as sexual objects, you're going to fish where the fish are." He said the task force is initiating some inquiries into phone chat lines in the Southeast, although he would not confirm Atlanta as a site.

Meanwhile, like other Atlanta mothers whose daughters are missing, Jones is distributing fliers that display a picture of her only child.

Until recently, she had not seen Shamila for four months --- the longest the girl has ever been away from her mother.

Friday night, however, authorities found the girl at the Lenox MARTA station and returned her to her mother. But after a brief time at home, Shamila disappeared again Sunday. Authorities do not know where she is.

"I'm really discouraged with her," Jones said Monday. "Maybe she knew she was going to have to see the judge today, and she was scared."

She's hopeful they will find her daughter again, but she doesn't know what to do with her once they do.

"She's going to have to be housed somewhere so she can get some psychological counseling," the mother said. "I'm praying she gets enough courage to come back."

Police plan child
prostitution unit
      Dek Head:

         Label:

   Corrections:  >

    Correction
      Notes:

    Reporter: Jane O. Hansen

       Desk: Archive

 Story Source: Staff,

        Day: Saturday

    Dateline:

Print Run Date: 4/28/2001

    Digital Run
      Date:

      Text: So many children are being prostituted in Atlanta that police are creating a special unit to identify child victims and build cases against the adults exploiting them.

Mayor Bill Campbell said Friday he wants the new unit in place by June 1, when many children will be out of school with nothing to do and little adult supervision.

Police Chief Beverly Harvard said through a spokesman that her department is looking at other cities as possible models.

"I tell you today there is a pressing problem where young girls who should be selling Girl Scout cookies are instead selling sex," Campbell said during a breakfast honoring crime victims. "And they're being lured with money and attention."

He said Harvard confirmed this week that child prostitution is a significant problem in Atlanta, a city whose adult entertainment industry has made it one of the nation's sex capitals.

The mayor asked the chief to draw up a plan in the next two weeks that would put Atlanta among a handful of cities with police units devoted to child prostitution.

"I have been convinced by the outpouring of concern that it's a much more pressing concern than we had imagined," Campbell said.

It remained unclear Friday whether the department would hire new officers or reassign current ones.

Lt. E. Renee Propes said the unit probably should involve both youth and vice detectives.

Propes, who commands the youth unit, said she assigned two detectives this year to handle child prostitution cases.

The U.S. attorney's office has estimated that more than two dozen Atlanta girls are missing and possibly prostituting. Fulton County juvenile court judges say they handle as many as 30 cases a month of children involved in prostitution.

The new police unit is the latest response to what many consider an unbelievable phenomenon: the recruitment and sale of children as young as 10 into prostitution.

In January, a federal grand jury in Atlanta charged 14 people with kidnapping and prostituting young girls. If convicted, they could serve 20 years to life in prison.

In March, the state Legislature made pimping minors a felony in Georgia, punishable by up to 20 years in prison.

The Fulton County district attorney has filed charges against about a dozen men who have allegedly sold minors for sex.

Earlier this month, more than 300 people gathered for an "Emergency Citywide Summit on Child Prostitution" at Atlanta Metropolitan College.

Mayor Campbell said the case of 13-year-old Shamila Jones underscores the need for the city to become more aggressive in protecting children from adult predators. The girl's mother attended the summit and pleaded for help in finding her daughter, who had been missing for weeks. She was found 12 days ago in Las Vegas in a known prostitution area with a 42-year-old former bouncer from Atlanta's Club Nikki, a strip club on Metropolitan Parkway.

Allan Charles James was head of security at the club in September when police arrested 10 dancers on prostitution charges. The club has remained open despite losing its liquor license this month after a two-year court battle.

Shamila first disappeared from her home last summer after being lured to the streets by strangers she met on a telephone chatline. After a newspaper article in January featured the girl's disappearance, she was spotted by a motel worker and returned to her mother. But she has run away several times since.

On April 16, a Las Vegas police officer found the 13-year-old at a Greyhound bus stop, dressed in a miniskirt, tube top and spiked high heels.

Child prostitution is a growing problem in Las Vegas, and in 1994 the police department developed a special squad of detectives who are trained to interview child prostitutes and make cases against their pimps. "We treat them as a victim," said Sgt. Brian Evans, who heads the Operation STOP.

Once a prostitute is identified as a minor, Las Vegas police attempt to "deprogram" the girls while keeping them in custody. Many children involved in prostitution do not initially consider themselves victims, police say.

Shamila at first told police she had come to Las Vegas alone. "Like 90 percent of the juvenile prostitutes and the juveniles who've been exploited, she came out lying," said Detective Scott Kavon. "We continued to talk to her. We told her Las Vegas does things differently, that we were treating her as a victim, not as a suspect, that we were there to help her and determine the circumstances that led her to come to Las Vegas."

Eventually, Kavon said, Shamila said she had come to Las Vegas with Allan Charles James, that he knew she was 13 and a runaway, and that he had bought

their bus tickets. Kavon said the girl also told him she had been involved in prostitution prior to coming to Las Vegas.

Police traced James through phone records and arrested him April 19.

He is charged with kidnapping and statutory sexual seduction, both felonies. Atlanta police have issued a kidnapping warrant for James and said they may eventually charge him under Georgia's new pimping law.

Campbell said Friday the Las Vegas child prostitution unit could serve as a model for Atlanta, along with similar units in other cities, such as Dallas.

But Atlanta police officials say a new enforcement unit alone will not solve Atlanta's child prostitution problem. For example, whenever Shamila has been returned home, she has run away again. Unlike in Las Vegas, there are few alternatives here for runaways involved in prostitution, other than youth jail.

"If you send her back home, she's going to run away again," said Lt. Propes of the youth unit.

"You need some place to put them. You need some kind of residential facility." Putting them in jail is not the answer, she said.

Kavon said they're not sure what will happen to Shamila, whose mother flew to Las Vegas on Thursday with help from the mayor's office.

The girl is due to be released from custody after James' preliminary hearing May 7.

"Shamila has been through things in her life that have aged her beyond her 13 years," Kavon said. "Hopefully, she will get the help she needs."

Shelter girls
easy prey
Pimps visit
Fulton facility
to recruit

|  |  |
|---|---|
| Dek Head: |  |
| Label: |  |
| Corrections: | > |
| Correction Notes: |  |
| Reporter: | JANE O. HANSEN |
| Desk: | Archive |
| Story Source: | Staff, |
| Day: | Friday |
| Dateline: |  |
| Print Run Date: | 5/18/2001 |
| Digital Run Date: |  |

Text:  Lax security and a lousy location have turned Fulton County's emergency girls' shelter into a recruiting ground for pimps, who come right onto the property looking for young, vulnerable girls dreaming of a better life.

"It is deplorable," said Alesia Adams, head of Victims of Prostitution, a county-sponsored child advocacy program. "We treat animals better than children at Oak Hill."

One girl, an admitted child prostitute, said her pimp once visited and had lunch with her at the Oak Hill Homes shelter, which houses about 50 girls age 17 and under.

"You've got a pimp coming up on the property and the staff know it's a pimp," said her mother, Yvonne Freeman. "He's coming up picking up little girls."

Last month, a 14-year-old girl at Oak Hill gave information that led to the arrest of Raymond Anthony Stovall on felony pimping charges. Police said five of Stovall's cohorts subsequently were arrested when they came to the shelter and threatened the girls, ordering them not to say anything that would help police make their case.

Beverly Jones, director of the Fulton Department of Family and Children Services, acknowledges that the facility, designed to protect abused and neglected children, has become a place where pimps can find easy prey. She says intruders have even used pliers to cut through the 6-foot chain-link fence that borders the well-kept grassy campus.

Part of the problem is location, Jones says. Built more than 50 years ago, Oak Hill sits on Metropolitan Parkway, formerly Stewart Avenue, Atlanta's best-known prostitution "track" for streetwalkers.

Lack of security contributes to the problem. But the children at Oak Hill are not criminals. They're victims, Jones points out, who are there because their parents can't or won't take care of them. "We are not juvenile justice," she said. "We cannot lock kids in."

Rules prohibit the children from leaving without permission. But many of the older children ignore the rules, and there are no alarms to signal when they slip out in the night and no locked gate to prevent them from leaving.

Jones says she plans to beef up security and make other changes. Police say she assured them last summer she would try to fix the problem.

Soon she may be forced to. The state's child advocate is finishing a report to be delivered to Gov. Roy Barnes that will decry the shelters' conditions and call for a number of reforms.

The child advocate's investigation was prompted by the recent firing of three shelter employees after a fight with a 12-year-old boy taken from a family belonging to the House of Prayer church. The two county-run shelters --- Oak Hill for girls and Dulaney House for boys --- are a few blocks apart, just south of downtown Atlanta. Oak Hill is a compound of brick cottages, a playing field, basketball courts, tennis courts and a swimming pool. Cars can freely enter and there is no locked gate. Dulaney House is a multistory brick building with a locked door.

Both facilities are supposed to provide a temporary haven for children who are the victims of abuse and neglect. But a growing chorus of critics charge that children

placed in the shelters find themselves in an environment that can be less safe than the one they left.

> A lack of resources has left both shelters overcrowded and underguarded. Built to house 85 children, the shelters are home to 115 today, including 17 children 5 to 7 years old. Jones says cots are brought in for the extra children. Children who have lived there say they sleep on the floor.

> Some children stay at the "temporary" shelter for years, particularly teens, who are much more difficult to place than younger children. Ideally, children should not stay more than 30 days before they are sent home or into foster care, Jones says. The standard used to be 72 hours, but that was all but impossible to meet.

> Children with serious emotional problems often are housed with already abused children. Many have been rejected from numerous foster homes unequipped to deal with their problems.

> The shelters have become a training camp for criminals, as younger children learn from older ones how to steal, sell their bodies, fight and survive on the street. One girl living at the shelter recently was convicted of murder. Some shoplift from neighborhood stores.

> Services and activities for the children are inadequate. They are supposed to attend public school, but many have fallen behind in their education and some don't go at all. Children taken from loved ones are rarely visited by their caseworkers. The county brings in psychologists occasionally to work with the kids, but it's not enough, Jones says.

> With a MARTA bus stop right in front of the Oak Hill property and little to motivate them to stay, children run away in epidemic numbers.

Last year DFCS reported 445 runaways from its Oak Hill shelter and 326 from Dulaney House. Many run away multiple times. Three sisters, who have been in the shelter since 1997, have run away a total of 59 times, according to Lt. E. Renee Propes, commander of the Atlanta police youth unit.

The problem is so acute that police officials complained to Jones last July that they were overwhelmed with reports of runaways from the shelter. Jones, then newly appointed director of the Fulton child welfare department, promised to address the shelters' lack of security.

Nearly a year later, "the numbers have gone up," Propes says. If any security improvements were made, the officer said, she is not aware of them.

Propes wants the shelter to be secured with a fence without holes and a gate that locks. Jones says shelter officials are considering it. In the meantime, Jones recently approved placing cameras and alarms in the cottages to alert staff when children leave.

"I understand it's not a detention facility," Propes said. "But . . . we're not talking about locking them down. We're talking about making them safe."

The danger of running away, Propes says, is in what the children get into after they leave. One adult entertainment establishment after another is located just a few doors away from the shelters. Within walking distance is a bright pink adult bookstore "for

lovers and fun-loving people," a club that advertises "private modeling and dance, now hiring," and a lingerie modeling salon "where your fantasies come true."

Despite efforts to clean up the neighborhood, the environment breeds sexual exploitation. At a grocery store just down from Oak Hill, a police missing persons bulletin features a fresh-faced 12-year-old last seen "in the company of a known pimp."

"A lot of these girls are involved in prostitution," Propes said. "They'll run away, do their thing, then they'll show back up at the shelter. It's gotten progressively worse. In the beginning, one or two might have seen an opportunity. Now the girls are going back and saying, 'Man, you can make a lot of money.' "

Older girls at the shelter recruit younger girls. That's what happened to one child who came to the shelter when she was 11. She was little and skinny, her dark hair in ponytails. Like the other abused and abandoned children at Oak Hill, she didn't smile much at first. The child's mother was dead, the grandmother who had raised her was dead, and her aunt no longer wanted her.

"This girl pulled at my heart," said Alesia Adams, whose organization tries to identify and help child prostitutes. "She had no one."

Today, at 15, the girl is athletic and fit and more likely to smile. Looking back, she says she worshipped the older girls when she first came to the shelter, and soon was running away with them.

Within two years, she ran away from the shelter nine times, according to records. The first time, the girls introduced her to a man who paid to have her hair done. "I looked so pretty," she recalled, smiling. "That was the first time I put on makeup." She was 12.

The girls took her to the parking lot of the now-closed Chocolate City, a restaurant whose owner later was arrested on charges of running a house of prostitution, charges that were dropped. The parking lot was crammed with cars. "I didn't know at first what was going on," the young girl said. Someone told her to get into a man's car and ask for $40. She did, and the man told her they were going on a "date."

"I thought it was a regular date," she said. She learned it's the term used by prostitutes and johns. The man drove her to a side street nearby and had sex with her. "I played it cool," she said. "After that I did it one more time, and then I went in. Everybody told me I did good for a first day."

The next day, she was arrested. She says she felt sorry for the man arrested with her. "He didn't know I was 12," she said. "I didn't look young. I always knew how to wear makeup."

Debra Antney, a staff member of the shelter since 1996, says many of the girls are looking less for money than for love and attention.

"These kids feel that they don't deserve nothing, that they're supposed to leave the property because they're poor black kids. This is the life they're supposed to have. I want to show them alternatives to their lifestyle," Antney said.

Propes and others would like the shelter to be moved from its environment. But that's unlikely to happen soon. With a budget of $4.7 million, the emergency shelters are supported solely with county funds.

Fulton and DeKalb are the only two counties in the state that fund emergency shelters. The state funds none, and any others that exist are privately funded.

Dee Simms, the state's child advocate, says something must be done about the Fulton shelters.

"It's going to be a financial drain to get these facilities where they should be," she said. "But they can't keep operating them the way they are."

Jones admits to being frustrated. "More than one day I have said, 'Let's just shut it down,' " she said. "But if we're going to shut it down, we have to have a plan for what to do with the children in the interim."

She argues that Fulton still is better off than other counties with no emergency shelters, where some children taken into protective custody must spend the night in child welfare offices. She says she is working on a long-term proposal that might include turning the shelters over to a private, nonprofit group to run.

And she has initiated some changes, including prohibiting babies and children younger than 5 from staying in the shelters, except in rare instances when a foster family can't be found. She wants to raise the age limit.

These children deserve more, Jones said.

"Kids can only dream when you show them how broad the world is and what the opportunities are," Jones explained. "If your world is only Metropolitan Parkway, that's what you think is gold. Kids need to be exposed to other possibilities."