

**VacaChica3**

☑1 👍1

# Prostitutes everywhere

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉◉◯◯◯ Reviewed July 7, 2013

I stayed here for one night while I travelled across country to Florida with my husband, infant and dog. It seemed fine - nothing great - pretty much you get what you pay for. Furniture in the room was outdated and all the towels had someone else's hair on them. Sick. There were prostitutes at a couple doors too. Around midnight we heard loud yelling and looked out our window. Seven (yes seven!) cop cars were directly in front of our room and were arresting someone as a prostitute stood 5 feet from our window. It was hard to sleep to say the least. The only security I felt was the fact our dog was with us. Don't stay here!!!

Show less

**Date of stay:** July 2013

◉◉◉◉◯ Value      ◉◉◯◯◯ Rooms
◉◉◉◯◯ Location      ◉◉◯◯◯ Cleanliness
                                           ◉◉◉◯◯ Service

Ask VacaChica3 about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 1   Thank VacaChica3                                                    🏳

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

---

**See all 266 reviews**

---

Blumberg No. 5119

EXHIBIT
**5**



Ericka T
Detroit
2

# "PROSTITUTION - COCK ROACHES - AND DOG POOP!" Deluxe ROOM

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

⦿○○○○  Reviewed August 12, 2014

"DO NOT GO THERE!!!!!" My worst experience ever! Saw prostitution, dogs pooping outside, loitering, dead cockroach"es" in my room. I askd thm 2 come get it up th clerk said he could "bring me a broom!" NOT! More

**Date of stay:** August 2014

**Room tip:** I wouldn't send my enemy here! Unless you want crackheads and prostitutes and don't mind cockroaches here and there! There is no "Deluxe ROOM!" "We had that!" And it was no fridge or microwave! Ijs so n the regular rooms do the have live cockroaches? Bcus that is the only difference in the rooms😳😳 I wanted to sleep in my vehicle.

**Trip type:** Traveled on business

⦿○○○○  Sleep Quality

⦿○○○○  Rooms
⦿○○○○  Service

Ask Ericka T about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank Ericka T                                                    🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC*

**See all 266 reviews**

---



Ericka T
Detroit
2
+ Follow

⦿○○○○  Reviewed August 12, 2014

# "PROSTITUTION - COCK ROACHES - AND DOG POOP!" Deluxe ROOM

"DO NOT GO THERE!!!!!" My worst experience ever! Saw prostitution, dogs pooping outside, loitering, dead cockroach"es" in my room. I askd thm 2 come get it up th clerk said he could "bring me a broom!"😳😳 NOT!

**Date of stay:** August 2014

👍 Thank Ericka T                                                    🚩

> **Response from Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark**
>
> Responded August 15, 2014
>
> I am wrinting deep apology for prostitution came in our property. I just hire new security person for watch night for any one who make any kind of problem.this will not happen again.



**Veronica B**
**Marietta, Georgia**
46  18

# Red Roof Inn-Smyrna, GA

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉○○○○  Reviewed August 25, 2014

When booking through Hotwire, you never know what you're going to get. However, I knew that since I chose a one-star hotel/motel, I took my chances, and my luck ran out. I booked for two nights and figured I could tough it out, and I did, but I would NEVER book a one-star again. I was in town on business, and I was trying to watch my budget. It's true...you get what you pay for. The comments that were registered are accurate. Apparently, some people LIVE at this motel. It seems that it is for transient individuals, as I saw people just hanging out, sitting around, smoking. I can't say definitively that there were prostitutes on the premises, but some sure did look like ones. I was kind of reluctant to leave my rental car, even though it was in front of my door, but I said, "what the heck...I have insurance." The motel room looked as though they TRIED to update it, but failed. There was no drawer front on one side of the dresser, no toiletries (shampoo, lotion), no hair dryer, iron/ironing board, no desk or table and chair-(I had to sit on the bed to use my laptop and that was very uncomfortable). I was afraid to get under the covers, so I laid on top with a towel underneath. The room felt very dank and damp all of the time. The only redeeming quality about the room was it had wood flooring, free WIFI and a flat screen TV. There was no refrigerator or microwave.
I guess I shouldn't be too hard because it was a ONE-STAR. Stay here at your own risk. I will know better next time.
Show less

**Date of stay:** August 2014

**Trip type:** Traveled on business
◉◉◉◉◉○  Value
◉◉○○○○  Rooms
◉◉◉○○○  Service

Ask Veronica B about Red Roof Inn Atlanta - Smyrna/ Ballpark

1  Thank Veronica B

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded August 27, 2014
>
> I apology for difficult experience at our hotel. we are doing whole property renovation after one month the motel will be new. Thank you for sharing your experience.
>
> Report response as inappropriate
>
> *This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

See all 266 reviews



# This place should be condemned and avoided by all means.

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

Wally912

⬤◯◯◯◯  Reviewed August 29, 2014

This hotel is unsanitary and a hotbed for criminal activity. My family and I were on the last leg of our vacation when this "motel" was recommended to us by hotels.com. We were stopping in Atlanta for a day to see the aquarium and Coca Cola factory before returning home to Savannah. We booked over the phone for one night after being assured that this was a pretty good hotel. Not so. We were sorely disappointed upon arrival. Dirty pillow cases, blood on the floor, bugs, cigarette burns everywhere, prostitutes, and drug activity right outside our door, which had no lock because apparently it had been kicked in by the police. The desk clerk couldn't have cared less. We left and drove 5 hours home in the middle of the night! I will never recommend this place ever!!!
Show less

**Date of stay:** August 2014

 Value
 Location

 Rooms
Cleanliness
Service

  

Ask Wally912 about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 2   Thank Wally912

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded September 4, 2014
>
> I apology for the service you have received. we hire more house keeper so next time it will not happen. Thank you for sharing your experience.
>
> Report response as inappropriate

*This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

See all 266 reviews



# Nothing but a dope and prostitution den!!

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

⊙○○○○ Reviewed September 7, 2014

me2519

☑1

The room was nasty. The television didn't work. Kind of scary with men hanging out in lobby while checking in. The parking lot was filled with young people drinking and smoking dope. I believe it should be condemned! Avoid at all costs. You would be better off sleeping in your car.
Show less

**Date of stay:** August 2014

⊙○○○○ Value
⊙⊙○○○ Location

⊙○○○○ Rooms
⊙○○○○ Cleanliness
⊙⊙⊙○○ Service

Ask me2519 about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank me2519

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded September 18, 2014
>
> I am writing to express my apology for your difficult you have at our motel. we just hire security man for every night to watch for guest problem.
>
> Report response as inappropriate

*This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

**See all 266 reviews**



Rick S
 1  1

# on set of hustle and flow 2! usually I steal a towel, I feel like I should give 1!

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉○○○○  Reviewed September 17, 2014

I am in the room right now scared! Im waiting for the sun to come up so I can leave! This is where georgia's tax dollars are spent! I watched as a young girl did the 2 fingers to her eyes and a point to guy across to other building only to push him a min later and say"10 dollars? Im a dime baby you no im worth more than that!" Then the traffic throughout the day.... its a drug and prostitute headquarters. Im a young male well over 6ft tall and fear for my safety! I smoke cigarettes religiously and have quit and made a promise to never do it again because I had to stand outside and witness these acts and wonder if I would be jumped! This place has changed my life for the better for the fact I want to be nothing like these people! I hear running along outside of my door and a bottle broken on what sounded like a car... I have laid ontop of my clothes in this filthy room waiting for the sun! This is a true nightmare! Im a tough guy only to feel like im the new guy in jail! I am greatful for the life I have and would recommend staying here if your about to go all robin willams! Towels have weave hairs caught in them, the room smells like used vegetable oil and coca butter, oh and now I hear shamika making a quick buck in the next room, classy! The roof is red and so are the sheets! Shoulda took a hint with a waffle house and a chick fila within walking distance, only thing missing is a currency exchange and liquor store with ebt sign! Its been quite a show for 50 bucks, like a night in the zoo! I cant wait to find a place to sleep later! Cover your stuff when u open the door the unswept wood floors create a dust storm effect! Im starving from the thc in the air, I honestly feel like donald trump in some kind of reality show challenge, I feel great about my future now! Just waiting for the gun fire as I already planned my emergency plan over and over in my head! If I ever thought I had a slight teleconesis my hopes are gone as all my power would be in full effect with my luggage myself included floating above the muck,,,, wish me the best in the next hour as I use all my strength to grab all my bags and run for the truck, I did not sign up for this! Haha lifes an experience I did it and now I can never do it again! Hey red roof inn you tried! You just gotta know when to light the flame and let it burn!,,, bye!.,

Show less

**Date of stay:** September 2014

**Trip type:** Traveled with friends

◉◉◉○○  Location　　　　　　◉○○○○  Cleanliness
　　　　　　　　　　　　　　　◉○○○○  Service

Ask Rick S about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 1  Thank Rick S

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

　　**Bob P. General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
　　Responded September 24, 2014

　　I am writing deep apology for your dofficult experience at our motel. we are doing renovation whole
　　property now so every thing will be new.

　　Report response as inappropriate

　　*This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

　　**See all 266 reviews**



James R

## Dive

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉○○○○  Reviewed July 25, 2015   ☐ via mobile

Bed bugs crawling on top of the bedding, prostitutes roaming the facility, drug deals taking place in the walkways, loitering in the office people sitting , with a nice facelift on the facility , new coat of paint and furniture, with a nice contrast of poorly patched walls, rusting bathtub , nasty lavatory, unsavory characters every where, not recommended for anyone. If it were possible to give less than 1 star I would needless to say, this review was captured in less than 15 minutes at the establishment. BEWARE!!
Show less

**Date of stay:** July 2015

**Trip type:** Traveled with family

Ask James R about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank James R

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded July 27, 2015
>
> thank you for taking the time to complete our guest survey. I will improve quality of our service & hre new security for night time.
>
> Report response as inappropriate
>
> *This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

See all 266 reviews



Global31564

1

# Family trip turn nightmare.

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉○○○○  Reviewed August 8, 2015  ☐ via mobile

DO NOT STAY HERE. Terrible place to stay. Request first floor because mother can't walk steps. Was informed none were available upon arrival. Booked a nonsmoking room walked up stairs to room it smelled like a chain smoker had been in there. Inside door handle was broken off and dust all over dresser. It was even on the bed spread. Was allowed to switch room and what do you know was given a first floor room hmmm. Stayed 2 nights when arrived back to room at midnight discovered the maid hadn't even came to our room. Went to get clean towels from desk and was informed I need to go back to my room and bring them my used towels before I could receive new ones. Sheets had holes and burn spots in them. Floors are dirty. My little boy would play cars in the floor and his knees and feet would turn black from the grime. Prostitutes and drug dealers roam the parking lot. There are at least 5 people on the parking lot all hours of the night. In the morning before check out discovered a cockroach flying around our room not a little one but a big one. I stay at red roof all the time in other cities this by far is the worse I've ever stayed at. Will never stay here again. Renovated what a joke.
Show less

**Date of stay:** August 2015

**Trip type:** Traveled with family

Ask Global31564 about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank Global31564                                                          🏳

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded August 10, 2015
>
> I appreciate your respond regarding you stay at the Smyrna red roof inn. I am writing apology for your difficult experience at our hotel about room smell like smoking but it was non smoking room. We are trying to improve the quality of our services.
>
> Report response as inappropriate
>
> *This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

See all 266 reviews



Hannah B
Wesley Chapel
5

# Unsafe and Disgusting!

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

⦿〇〇〇〇  Reviewed August 25, 2015

DO NOT stay here! The website advertises "newly renovated rooms", but my "newly renovated" room included bedding with blood stains on it and bed bugs. Additionally, the toilet seat in the bathroom didn't even fit the toilet...some "renovations" this place has done. There were shady people hanging out outside of our room door at all hours of the night and there was open prostitution occurring on the property. I was traveling alone with my teenage daughter and felt extremely unsafe at this location. This hotel is a transient hotel and I would have been better off buying a tent from the Target behind the hotel and sleeping in the tent instead of staying even 1 night in this dump. To top it all off, I was charged for 3 nights instead of the 1 night I shamefully stayed and they refused to refund my money for the nights I did not stay.
Show less

**Date of stay:** August 2015

**Room tip:** Don't stay here! Don't be fooled by the nice pictures on the website.

**Trip type:** Traveled with family

⦿〇〇〇〇  Rooms
⦿〇〇〇〇  Cleanliness
⦿〇〇〇〇  Service



Ask Hannah B about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank Hannah B                                                        ⚑

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded August 26, 2015
>
> Thank you for response regarding you recent stay the Red roof Inn. I am writing to express my deep apology for your difficult experience that was Toilet seat was not feat also people wear hanging out in hallway. I will hire security man for night. i will make sure it will not happen again.
>
> Report response as inappropriate
>
> *This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

**See all 266 reviews**



barbie s

☑1

## Horrible alert horrible

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉◯◯◯◯  Reviewed August 13, 2015   ☐ via mobile

Ok so I get there, she tells me system down I seen people just hanging out in lobby. Just sitting smelled really funny, housekeepers steal and look real shady. Needs more cameras lots of prostitution going on and I know the staff know. They will call peoples room when the police come and say don't answer. I seen this happen to me. The owner is crappy ARABS I TELL ya. This hotel is a trap spot for $60 do not put your life at risk! BaD AREA!!!!!!

Show less

**Date of stay:** August 2015

**Trip type:** Traveled with friends

Ask barbie s about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank barbie s                                                                                                       🏳

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded August 14, 2015
>
> thank you for feedback recent stay at the Smyrna red roof Inn. I am writing to express my deep apology for difficult experience at our hotel. We strive to continuously improve the Quality of our Services.
>
> Report response as inappropriate
>
> *This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

**See all 266 reviews**



Lisa S
Louisville, Kentucky



## Don't stay here

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

⚫○○○○ Reviewed September 8, 2015

I recently stayed here during my trip to Atlanta for the Auburn v/s Louisville Football game. I booked 3 rooms. I was approached from 2 officers informing us that we needed to place all our belongings inside and lock our vehicles because this is a high drug area & prostitution area. The rooms were dirty & musky smelling. There were bugs in the corner of the room. We did not receive enough wash clothes or towels. There were stains on the sheets and cigarette burns in the comforter. The hotel ended up giving one of my rooms away saying that I had only booked one night when in fact I had a paper stating 2 nights. The desk clerk was not willing to help and gave 2 cents that they messed it up. Since I booked through Travelocity he said I had to call them to verify a new room rate when I had the original paperwork in hand. I would never recommend staying at this hotel. I will never be back. Front desk Staff very unhelpful and my stay was messed up. Not to mention that the rooms were disgusting and housekeeping is awful!!!!!!
Show less

**Date of stay:** September 2015

**Trip type:** Traveled with family

⚫○○○○  Sleep Quality

⚫○○○○  Cleanliness
⚫○○○○  Service



Ask Lisa S about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank Lisa S                                                                          🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
Responded September 9, 2015

I appreciate your respond regarding you recent stay at the Smyrna red Roof Inn.I am writing to express my deep apology for your difficult experience at our hotel. In order to improve our guest services, we have ordered extra supplies of towel,sheets,& new bedspread Thank you again for sharing your experience,I hope your next visit will be a pleasant one.

Report response as inappropriate

*This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

**See all 266 reviews**



**Beateshia28**
**Philadelphia,
Pennsylvania**
🖂1

# Nightmare

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉○○○○    Reviewed May 17, 2016    ☐ via mobile

Ok to start do not stay here. I stayed here thinking smryna was a great area to stay in well this placed showed me otherwise. There were drug dealers (fake thugs), prostitution, and for two days straight there were police leaving the premises. I was scared at night. Check in was horrible I had a disagreement with the front desk agent (didn't bother to get his name) he acted as if he didn't want me to stay there. The 1st day of me checking in I found blood on the bathroom door, walls and floor. The housekeepers were the best part of this stay. They were friendly and very polite. My second night I found myself sleeping with ants. Yes the room was ant infested. The third night seemed as if they loved sleeping with me. I left there so fast and from here on out I am never staying anywhere that doesn't have 4+ star ratings. I think this is probably the second to worst hotel experience in my entire life. The good part about this place besides the housekeepers is that the interior design is actually nice. Maybe with the help of terminix, fire the guy front desk agent, and maybe security this place can have some potential.
Show less

**Date of stay:** May 2016

**Trip type:** Traveled solo

Ask Beateshia28 about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank Beateshia28                                                                    🏳

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

See all 266 reviews