

# Red Roof Inn Atlanta - Smyrna/ Ballpark

2200 Corporate Plaza, Smyrna, GA | **Directions**





| Check in time | Check out time | Ready to book? Give us a call at 1-937-328-1464 |
| 3:00 PM | 11:00 AM | |

**Hotel Overview**

Red Roof Inn Atlanta - Smyrna/Ballpark is one of the best budget hotels in Smyrna, GA that's located right off of I-75 with easy access to I-285. We are just 12 miles from the sporting events happening at Mercedes-Benz Stadium as well as within walking distance to SunTrust Park. We are an easy drive to downtown Atlanta and near many of Atlanta's most notable attractions including Six Flags Over Georgia, Six Flags White Water, Georgia World Congress Center, Atlanta Civic Center, State Bank Amphitheatre at Chastain Park, State Farm Arena, Cobb Energy Performing Arts Center, Georgia State University and Hartsfield-Jackson Atlanta International Airport (ATL). We offer our guests free Verified Wi-Fi, a free expanded cable package featuring HBO, a guest coin laundry facility and free coffee in the lobby. Red Roof Inn Atlanta - Smyrna/Ballpark is a pet-friendly hotel.

There is a private taxi available for transportation to and from the SunTrust Ballpark for $5.00 each way. Uber and other taxi services are also available for varied fees to other local attractions.

**NEED TO SPEAK TO THE FRONT DESK? Call 1-770-952-6966**

...Read More

**Learn more about Red Roof Inn Atlanta - Smyrna/ Ballpark!**

**Saving & Staying**

ATLANTA – SMYRNA/BALLPARK
**SAVE UP TO 10% WHEN YOU BOOK NOW.**
Learn More

ATLANTA - SMYRNA/BALLPARK
**WE'RE CLOSE TO SUNTRUST PARK!**
Learn More

ATLANTA - SMYRNA/BALLPARK
**WE OFFER GOVERNMENT & MILITARY SAVINGS!**
Learn More



Blumberg No. 5119

EXHIBIT

6





redroof.com/property/ga/smyrna/RRI088#trip-advisor-section

**One night for a ball game**

⊘⊘⊘⊘◯ July 26, 2019

If you're going to a braves game this is a decent place to stay. It's a pretty long walk but doable. 20 minutes. About a mile, but parking for the braves is terrible so this may be your best bet. The staff was friendly. The area wasnt sketchy, but there were some very sketchy characters hanging out at the property. The room had a nice bed, tv, fridge and micro. Sink was new. The room was pretty dirty though, seems to be a maid issue. There was a crack in the shower that was duck taped. Smh. The room was cheaper than the others in the immediate area though so not bad for a 1 nighter

**POSSIBLE SCAM BEWARE**

⊘◯◯◯◯ July 18, 2019

I stayed at this location for 1 night in March 2019. Then in July 2019 I was charged for a 3 night stay but had not stayed or booked with the motel. The charge in May was for 72 dollars and some change in July I was charges 79 dollars and some change. Once I noticed the charges on account I contacted the motel. I spoke with Bob who was unable to locate any of my information until I asked for his name and someone to talk with. Suddenly he was able to find al my information. He tired to explain that it was a computer error and that I was never charged in March for my stay (even though I had bank records where I was charged) he had no explanation for the price difference or why I was charged for extra nights. He told me to call back (Peggy Jackson) the next day. The next morning I called and spoke to Peggy. She told me the same story Bob had told the day before and suggested that I check my bank records for March to see that I had not been charged. I told her I had already checked and I was charged for the night in March. After a brief hold she was able to find where I paid in March and where I was charged for 3 nights in July even though I never checked into the motel. No explanation as to why the charges occurred. She said I would receive an E-Mail about my refund. I am waiting on the refund/email. Also this hotel claims to be in walking distance to the ball park and it is as long as you don't mind crossing a busy street and an interstate. My advice stay somewhere else

**Return To Top**

+ See Terms & Policies

Our Brands

Red Roof Media

Careers

Tailored Business Accounts

The Red Collection®

HomeTowne Studios by Red Roof™

Franchise

Contact Us

Site Map    Terms of Use    Privacy Policy                    © 2018 | All Rights Reserved.