

Joaquin R
**Greenville, South Carolina**
☐3 👍3

# This hotel changed my concept of red roof inn

Review of **Red Roof Inn Atlanta - Smyrna/ Ballpark**

◉○○○○  Reviewed August 22, 2014

I have stayed at the red roof inn in many locations and I was shocked to see the shape and ambiance of this one. It is true, drug dealers and thugs in the hallway and the parking lot. No exaggeration.
The sign, " no refunds after 15 min" is a clear indication that there is something really wrong going on here. I went to my room and I stayed for literally 5 minutes. Room had a very strong uncomfortable smell. In general, the room was awful.
Front desk clerk was hesitant to give my money back arguing that I stayed more than 15 minutes.
He checked the invoice and was very clear for him that I check-in 10 minutes before. He stopped arguing. The brand red roof inn changed for me since. If I ever book red roof inn, I will read the reviews before.
Show less

**Date of stay:** June 2014

**Trip type:** Traveled with family

◉○○○○  Sleep Quality

◉○○○○  Cleanliness
◉○○○○  Service

Ask Joaquin R about Red Roof Inn Atlanta - Smyrna/ Ballpark

👍 Thank Joaquin R                                                                                              ⚑

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Bob P, General Manager at Red Roof Inn Atlanta - Smyrna/ Ballpark, responded to this review**
> Responded August 27, 2014
>
> I am writing to express apology for your difficult experience at our hotel. We are doing renovation whole property furniture ,beds and wood floor . the property will be new after one month.
>
> Report response as inappropriate

*This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

[ **See all 266 reviews** ]

Blumberg No. 5119     EXHIBIT     7