More         Create Blog   Sign In

# Red Roofie Blog: Avoid Red Roof Inn Smyrna Georgia

This blog is intended to aid fellow travelers by providing information about the condition of Red Roof Inn, Smyrna, Georgia before stopping off there for the night. This place should be avoided and especially if you have children due to the drug activities and unsanitary conditions. This Inn has been a subject of drug busts and prostitution sting operations by the local police.

Home      Red Roof Reviews      About Red Roofie Blog

**Tuesday, July 1, 2014**

## Red Roof Inn Smyrna Georgia Prostitution Sting Operation

Six women arrested in prostitution sting
by Katy Ruth Camp
krcamp@mdjonline.com

December 22, 2010 12:00 AM | 14314 views | 3  | 17   |   | 

MARIETTA - A juvenile was returned to her family last week after a prostitution sting that resulted in several arrests, according to police.

The Metro Atlanta Child Exploitation Task Force and the Marietta Police Department conducted the sting within Marietta city limits on Dec. 16. Six female adults were arrested on prostitution charges and one male was arrested on an outstanding warrant, police said.

The 16-year-old female who was recovered during the sting faces a charge in juvenile court, Marietta Police spokeswoman Officer Jenny Murphy said, though she could not say what that charge was. She said the multi-jurisdictional task force focuses on finding and rescuing juvenile victims of prostitution.

The women facing prostitution charges were located Thursday, when three separate undercover officers visited the website www.back page.com and looked for ads placed on the website's escort section, according to arrest warrants. The officers then called the numbers listed on the ads and met the women in various hotel rooms, where police said offers for sexual acts were made, according to warrants.

Vonesshia Walters of Las Vegas invited one of the officers to her room at the Ramada Inn on Powers Ferry Place and offered to perform sex for $140, according to her arrest warrant. Leah Nicole Blalock of McDonough and Kathaleen Sue O'Connor of Atlanta visited the officers' hotel room at La Quinta Inn at 2170 Powers Ferry Place and offered a two-girl outcall sexual service for $250, and another form of sex for $100 extra, according to their warrants. Christina Taylor of Smyrna also visited the officer's room at La Quinta Inn and offered to perform sex and oral sex for $240, according to her warrant. Ahlai Woodward of Marietta invited an officer to her motel room at the Red Roof Inn at 2200 Corporate Plaza in Smyrna and offered sex for $125, and $50 extra for unprotected sex, her warrant states.

Bond for each woman was set at $1,000.

The warrants for the sixth female and the male could not be obtained and Marietta Police would not release names.

The penalty for prostitution is up to 12 months in jail and a $1,000 fine.

Read more: The Marietta Daily Journal - Six women arrested in prostitution sting
============================================

### Blog Archive

▼ 2014 (2)

    ▼ July (2)

       Red Roof Inn Smyrna Georgia Prostitution Sting Ope...

       Drug Bust at Red Roof Inn, Smyrna, GA as reported ...



Case 1:19-cv-03840-WMR    Document 1-8    Filed 08/26/19    Page 2 of 15



Posted by Unknown at 8:45 PM     No comments:

Labels: Drug Bust, Red Roof Atlanta, red roof atlanta not safe, Red Roof drug bust, red roof hotel reviews, red roof inn atlanta, Red Roof Inn. Red Roof Inn Smyrna, Red Roof Prostitute, Red Roof Smyrna Review

## Drug Bust at Red Roof Inn, Smyrna, GA as reported by Marietta Daily Journal

A Woodstock man is facing charges after police say they found him exposing himself and possessing two small bags of amphetamines while standing in a Dumpster at a Red Roof Inn in Smyrna near Windy Hill Road.

Travis Swett is accused of having two small green bags containing amphetamine. Several witnesses saw Swett going into a Dumpster at the Red Roof Inn and contacted the hotel's management, according to the arrest warrant. Police say they discovered Swett inside the Dumpster wearing only a red dress and fondling himself.

Swett was charged with one count of possession of amphetamine and one count of loiter prowl. He was arrested by Cobb County Police Department on May 15 and was jailed on a $5,000 bond.

Read more: The Marietta Daily Journal - Police Man wearing dress in dumpster faces drug charges



Posted by Unknown at 8:43 PM     1 comment:

Labels: Drug Bust, Red Roof Atlanta, red roof atlanta not safe, Red Roof drug bust, red roof hotel reviews, red roof inn atlanta, Red Roof Inn. Red Roof Inn Smyrna, Red Roof Smyrna Review

Home

Subscribe to: Posts (Atom)

Ethereal theme. Powered by Blogger.

More                                        Create Blog    Sign In

# Red Roofie Blog: Avoid Red Roof Inn Smyrna Georgia

This blog is intended to aid fellow travelers by providing information about the condition of Red Roof Inn, Smyrna, Georgia before stopping off there for the night. This place should be avoided and especially if you have children due to the drug activities and unsanitary conditions. This Inn has been a subject of drug busts and prostitution sting operations by the local police.

Home      Red Roof Reviews      About Red Roofie Blog

**Tuesday, July 1, 2014**

## Drug Bust at Red Roof Inn, Smyrna, GA as reported by Marietta Daily Journal

A Woodstock man is facing charges after police say they found him exposing himself and possessing two small bags of amphetamines while standing in a Dumpster at a Red Roof Inn in Smyrna near Windy Hill Road.

Travis Swett is accused of having two small green bags containing amphetamine. Several witnesses saw Swett going into a Dumpster at the Red Roof Inn and contacted the hotel's management, according to the arrest warrant. Police say they discovered Swett inside the Dumpster wearing only a red dress and fondling himself.

Swett was charged with one count of possession of amphetamine and one count of loiter prowl. He was arrested by Cobb County Police Department on May 15 and was jailed on a $5,000 bond.

Read more: The Marietta Daily Journal - Police Man wearing dress in dumpster faces drug charges



Posted by Unknown at 8:43 PM

Labels: Drug Bust, Red Roof Atlanta, red roof atlanta not safe, Red Roof drug bust, red roof hotel reviews, red roof inn atlanta, Red Roof Inn. Red Roof Inn Smyrna, Red Roof Smyrna Review

### Blog Archive

▼ 2014 (2)
    ▼ July (2)
         Red Roof Inn Smyrna Georgia Prostitution Sting Ope...
         Drug Bust at Red Roof Inn, Smyrna, GA as reported ...

## 1 comment:



**Muskan Rajput** February 22, 2017 at 2:16 AM

Hyderabad Escorts Service | Escorts in Hyderabad
Hyderabad Escorts | Independent Hyderabad Escorts

Case 1:19-cv-03646-WMR    Document 1-8    Filed 08/20/19    Page 5 of 15

Escorts Service in Hyderabad | Hyderabad Escorts Agency

Reply

Enter your comment...

Comment as:    Google Account ÷

Publish        Preview

Newer Post                        Home

Subscribe to: Post Comments (Atom)

Ethereal theme. Powered by Blogger.

Case 1:19-cv-03840-WMR    Document 1-8    Filed 08/26/19    Page 6 of 15

More      Create Blog    Sign In

# Red Roofie Blog: Avoid Red Roof Inn Smyrna Georgia

This blog is intended to aid fellow travelers by providing information about the condition of Red Roof Inn, Smyrna, Georgia before stopping off there for the night. This place should be avoided and especially if you have children due to the drug activities and unsanitary conditions. This Inn has been a subject of drug busts and prostitution sting operations by the local police.

Home     Red Roof Reviews     About Red Roofie Blog

**Tuesday, July 1, 2014**

## Drug Bust at Red Roof Inn, Smyrna, GA as reported by Marietta Daily Journal

A Woodstock man is facing charges after police say they found him exposing himself and possessing two small bags of amphetamines while standing in a Dumpster at a Red Roof Inn in Smyrna near Windy Hill Road.

Travis Swett is accused of having two small green bags containing amphetamine. Several witnesses saw Swett going into a Dumpster at the Red Roof Inn and contacted the hotel's management, according to the arrest warrant. Police say they discovered Swett inside the Dumpster wearing only a red dress and fondling himself.

Swett was charged with one count of possession of amphetamine and one count of loiter prowl. He was arrested by Cobb County Police Department on May 15 and was jailed on a $5,000 bond.

Read more: The Marietta Daily Journal - Police Man wearing dress in dumpster faces drug charges



Posted by Unknown at 8:43 PM

Labels: Drug Bust, Red Roof Atlanta, red roof atlanta not safe, Red Roof drug bust, red roof hotel reviews, red roof inn atlanta, Red Roof Inn. Red Roof Inn Smyrna, Red Roof Smyrna Review

## 1 comment:



**Muskan Rajput** February 22, 2017 at 2:16 AM

Hyderabad Escorts Service | Escorts in Hyderabad
Hyderabad Escorts | Independent Hyderabad Escorts

### Blog Archive

▼ 2014 (2)

  ▼ July (2)

    Red Roof Inn Smyrna Georgia Prostitution Sting Ope...

    Drug Bust at Red Roof Inn, Smyrna, GA as reported ...

Case 1:19-cv-03846-WMR   Document 1-8   Filed 08/26/19   Page 7 of 15

Escorts Service in Hyderabad | Hyderabad Escorts Agency

Reply

Enter your comment...

Comment as:   Google Account ⬍

Publish     **Preview**

Newer Post             Home

Subscribe to: Post Comments (Atom)

Ethereal theme. Powered by Blogger.

# Red Roofie Blog: Avoid Red Roof Inn Smyrna Georgia

This blog is intended to aid fellow travelers by providing information about the condition of Red Roof Inn, Smyrna, Georgia before stopping off there for the night. This place should be avoided and especially if you have children due to the drug activities and unsanitary conditions. This Inn has been a subject of drug busts and prostitution sting operations by the local police.

Home      Red Roof Reviews      About Red Roofie Blog

## Red Roof Reviews

Stay at your own risk.

Yours truly, Red Roofie

Reviews of Red Roof Inn, Smyrna, Georgia, United States of America

Trip Advisor

### "WOW"

Reviewed 1 week ago

Worst hotel on the planet. We stayed there for 6 days last week and would rather have slept in my car. Thugs and drug dealers crowd the hallways, cigarette butts cover the ground and the housekeeping crew is worse than terrible. During those 6 days they never cleaned my room once only dropped off towels. General manager was rude when I asked for my key to be reprogrammed or when I had to ask for towels in the early evening telling me that they didnt have anymore. Do not stay there even for free!

### "Worst in USA. I MEAN IT. SEE PICS."

Reviewed 4 weeks ago

Totally offensive. Ratty carpet, peeling paint, in Smyrna Ga? Ten years ago this was nice property. Arrived at 10 pm while moving north from Florida. Cracked sink fixef with caulk....r u kidding? Paint stained towels, peeling paint...left at 4am...funny just reapplied for redi card to switch from Hilton.... paint stain on chair...this hotel beyond sucks. Worst than Haiti. Shame on Red roof for allowing this operator. 96 dollars for this... shoulda slept in van. Smyrna deserves better. Email me for pics...

-

-

-

-

Stayed May 2014, traveled with family

=========================================

**Blog Archive**

▼ 2014 (2)

   ▼ July (2)

       Red Roof Inn Smyrna Georgia Prostitution Sting Ope...

       Drug Bust at Red Roof Inn, Smyrna, GA as reported ...

"If you can't say anything good..."

Reviewed March 25, 2014

We have been travelling across America for over 4 months and this was at the bottom of the pile.

When you see a sign in the lobby that says: no refunds after 15 minutes of checking in, take heed!

We could see light around the room door; the ceiling was black with soot; there were large cracks and damage to the walls; most of the electrical outlets did not work.
Stayed March 2014, traveled as a couple

Less

=========================================

"Worst I've Ever Been Had""

Reviewed March 23, 2014

Had we not been driving for hours in the rain, dead tired, and paid online this hotel stay would never have happened. The lobby was ok. But upon going around to the back there were young men and women standing outside the hotel rooms. The carpet was not clean, the chairs had stains in them, the ceiling over the window looked as if it had been burned. The sheets on the beds were dingy. One of the lamps did not work. The bathroom ceiling had mold on it. The bathroom fan was hanging several inches from the wall and the toilet leaked. I was shocked that this was the deluxe room. We paid extra for it. I can't imagine the other rooms. We have travelled many places and are not easily unnerved. However the when the sign in the lobby said no refunds after 15 minutes we should have recognized this as a warning sign. However with the tripadvisor sign we thought we were ok. We were sooooo wrong. Never ever will I stay there again. Oh and the card in the room said cleaned by Zada. I didn't leave the card but took pictures and have not downloaded them to my computer as yet. Hotels. com checked that a room was available I guess we should have asked if a clean room was available. The only advantage is that it was close to a waffle house that served good food and had great service. Must be trouble in that area though because the parking lot was monitored.
=========================================

"SKIN STILL CRAWLING"

Reviewed March 8, 2014

This place is disgusting. Unfortunately I didn't realize how bad it was til the morning I was checking out how bad it was. First and most disgusting. As I was putting on my slippers to get out of bed I noticed the bed frame. (The metal bed frame part) was absolutely full of various debris. Dead roaches,hair, dust, even a freaking bright yellow gummy bear! It was THICK with disgustingness. I had already disregarded the cigarette burns in the cheap comforter in the non smoking room AND the super tacky "No Refunds after 15Mins" sign at the front desk. The whole place is just gross. Even at $50 I would expect a little better.



•

Stayed March 2014, traveled with friends

Less

==================================================

I was scared!!!"

Reviewed September 24, 2013

This place is far from clean, I have read other reviews and I don't understand how anyone can say that. Please trust my review the only good thing about this place is the low price, but it was not worth it. We left and went to Hyatt place MUCH better. When we arrived we went into the room and the smell knocked us back out the door. The sheets and ....well all the bed clothes were dirty or stained. Mold on the bathtub, carpet looked dirty . This place needs a upgrade bad. And now about the people that live at the motel, there were kids playing in the parking lot, throwing a football over the cars, our car was almost hit 3 times in the hour that we were there. Kids were playing around the cars the whole time we were there. Grow ups screaming at the kids to get in the room and lock the doors. We could not even close our door because the smell was so bad. We decided to leave because we didn't feel safe here and could not handle the smell. Or risking damage to our car. We were charged for one night at the motel that we didn't stay, and couldn't stay. My nose and throat was burning from the smell in the room. The kids that live in the motel need a place to play so they don't have to play in the parking lot.
**Room Tip:** Dont stay here
==============================

""Nasty Bed Linen and Terrible Customer Service""

Reviewed August 12, 2013

My husband and I stayed at this dump the weekend of August 10-11, 2013 and this was the worst experience ever. The first room we enter had a smell of smoke and mildew; my husband then began to check out the bed. There was a spider crawling across the pillows. When I moved the pillows; I noticed that the bedding was dirty and make-up was on the sheets. My husband then went down to the front Desk to inform them of this problem; the first thing that was stated was there was "NO REFUND"; They never asked was there something that they could do in order to make this situation better. When my husband return to the room; the owner Bob Patel entered and states "let me see the sheets"; he never acknowledge the spider or the smell. He then gives us another room and upon looking around and checking the bed there was pubic hair on the bedding. I will never suggest that anyone stay at this filthy hotel with poor customer service. I am sending the health department this information so that they can go out and check out this trap for a hotel.
Stayed August 2013, traveled as a couple
==============================

"Prostitutes everywhere"

Reviewed July 7, 2013 via mobile

I stayed here for one night while I travelled across country to Florida with my husband, infant and dog. It seemed fine - nothing great - pretty much you get what you pay for. Furniture in the room was outdated and all the towels had someone else's hair on them. Sick. There were prostitutes at a couple doors too. Around midnight we heard loud yelling and looked out our window. Seven (yes seven!) cop cars were directly in front of our room and were arresting someone as a prostitute stood 5 feet from our window. It was hard to sleep to say the least. The only security I felt was the fact our dog was with us. Don't stay here!!!
Stayed July 2013
==================

"Actually would give it less then a 1"

Reviewed January 23, 2013

We are avid fans of Red Roof and prepaid the rooms on our way to Florida months in advance. Stayed here twice as well as Jacksonville, FL and Medina OH. This was actually the worst Red Roof we have ever stayed at. Where to begin. The hotel was outdated, old style televisions with remotes that did not work,limited outlets hidden behind tv stands, wiring to the main lamp was cut, exposed telephone jack pulled out of the wall. Had the rooms been refundable I would have stayed elsewhere. Filed a complaint with management, via a comment card, and also with corporate (Who were very helpful). They forwarded my info to the GM, who didn't even see fit to respond, so I wound up getting a free night from corporate. Rest assured I wont be spending it here.
Stayed January 2013, traveled as a couple
================

Booking.com


Darrell
Family
  United States of
America
May 3, 2013


Nothing
The room was not cleaned very dirty smoky and drugs left in the bathroom. The carpet smell with odor of cigarette. After the keys were giving to us we saw the room in that condition we were in told shock. I went back to the front desk and did not check in. We were later told by the staff at the other hotel that the Red Roof room always have problems with their room be used for such actives I have pictures and I will post them to yelp
========================================


Michelle
Couple


August 13, 2013


The price
The prostitutes The smell of urine in the walkway/stairwell The sketchy area We had to pay an extra $5.00 to upgrade to a room with fridge and coffee maker
==============================


Anonymous
  United States of
America
July 4, 2013

Later- after we checked back in - Forrest was very Nice n Professional n very accommodating. We stayed extra nights due to Forrest!!!

Person called himself "BOB" - not very friendly or Accommodating- said he was not Mgr- n told me to wait to talk to "Forrest" - but when Forrest came- he Took him back behind wall n gave him instructions- not to be accommodating as well n told him to say he had to call mgr. Not knowing I saw whole thing in Reflection. Bob the disappeared in back n Forrest came n made call- cant help but wonder if Forrest's call was to bob in back Room!!!!! Not Nice!!!

=========================

Anonymous
    United States of
America
April 13, 2014

It Did Not Feel Safe..Ther Were A Lot Of Seedy CharacterS Roaming The corridors.

==================================

2011-11-16 09:08:45
Red Roof Inn
Windy Hill
Smyrna, GA
I stayed July 10-13, 2011 in room 141. While laying on the bed with the covers pulled back my friend and I noticed bed bugs crawling on the pillows. After seeing the bed bugs we called the front desk and told the manager he needed to come to our room and see the bugs for himself. He did come to the room but refused to come in, because he did not want the bugs to get on him. I told him I wanted all my money back ofcourse he said I had to talk to the main manager, so I did and got the run around. Not-to-mention they charged me twice for the room. I will never stay at Red Roof Inn ever.

======================

Foursquare

**2 Tips**



  •

There is a la quinta down the street this place is shady
Dan Johansson · February 28, 2012
Save
Like



  •

The only tip I have is, don't stay here. The non smoking rooms have been smoked in, the staff is rude, and the showers don't drain.
Nikki Johnson · November 6, 2011

============================

Expedia

1 out of 5

        by A verified traveller from Forest Park, GA

**WILL NEVER STAY THERE AGAIN**

Posted 7-Jul-2011 on Hotels.com

The room stank real bad, like if someone had just gone potty. The tub and the walls were dirty had pink shampoo or something on the walls. The sheets had hairs from previous people, not ours. The carpet had lots of white stuff on it, needed to be vacuumed. And the air conditioner did not work. The room was hot as heck. They were booked (so they said) and they refused to give me the money back or clean it again. Very unhappy with this hotel. I will never again will I stay in that hotel. I DO NOT RECOMMEND IT

1 out of 5

        by A verified traveller from florida

**talk about staying in the hood**

Posted 6-Jul-2011 on Hotels.com

this hotel had people siting outfront all night, my boy friend would not even let me walk outside by my self. my bf got into a yelling match with forest in the front desk about one of owr rooms. we had to change rooms cause the ac would not work in the other room. we could smelll pot being smoked in one of the rooms next to us. there were people out side selling drugs. and two cops came there

while we were there we asked the person at the front desk why the cops were there there coment was if cops didnt show up daily that something would be wronge. the location was the only benifit.
2 out of 5

> by A verified traveller from vidalia

Posted 29-Jun-2011 on Hotels.com
I told them in advance that it was four of us they only gave us two towels and two rags when I asked for more they gave me one rag said they didn't have any more
==================================

## AVOID this dump!

Posted Jan 24, 2014 on Hotels.com
While the front desk people were friendly and competent, the ROOM was horrible. Absolutely, freaking, horrible. The toilet was not attached at all to the floor, and when you sat on it, or got up from it, it tilted and rocked. One of the drawers where you put your clothes, was missing the outer portion, where the handle goes for you to pull the drawer open. Someone, at some point, had punched a hole in the wall by one of the beds. The floor seemed never to have been vacuumed, and the AC unit was extremely noisy. I had turned it on to get the mustiness out of the room, but had to turn it off in short order. The shower had no water pressure to speak of, and the drain was not up to the task it was deigned for. You may ask why I did not switch rooms? I didn't because there is NO guarantee that the next room would have been better. I DID, however, check out after one night, even though I had paid--in advance-- for two. It was worth it to get lout of that place. Never, ever, ever stay at this Red Roof. Ever. Never. Oh, and the walls are like rice paper. You hear EVERYTHING your neighbors are doing, and even what they are thinking! What a freaking dump!
====================

## Hott mess

Posted Dec 14, 2013 on Hotels.com
Ugh where do I begin... The carpets were filthy I walked on the carpet without any socks on and my feet were black from the carpet. My friend and I heard gunshots in the hotel right behind our room. The lamp was comin out of the wall there was a big hole in the wall were the lamp was... I will never stay in this hotel again
=================

## Couldve been better

Posted May 20, 2014
I was given a room that at first had no microwave no fridge then i asked to switch rooms, when i switched there was mold covering the bathroom ceiling, it was a non smoking room but smelled like someone had been smoking previously then when i first checked in the lady that checked me in was new and training, now i understand people take tgeir time during training but the guy that was there name Walter said "if nobody wants to wait, they can het the hell out" which i told him was rude. He apologized but it was an overall worst experience ever at a hotel
================

## Terrible hotel, but you get what you pay for

Posted Jun 13, 2014
**Pros:** Wifi
Terrible service, no one answers the phone, machine plays on a loop, used my room as a power source to set up renovations, ac machine was super loud, called the front to fix the ac machine, said maintenance would be right up, never came, all the tables were sticky from God knows what, but I mean $46. That was an awful run on sentence.

# No comments:

# Post a Comment

Case 1:19-cv-03840-WMR Document 1-8 Filed 08/26/19 Page 13 of 15

Enter your comment...

Comment as: Google Account ⇕

Publish    Preview

Home

Subscribe to: Posts (Atom)

Ethereal theme. Powered by Blogger.

# Red Roofie Blog: Avoid Red Roof Inn Smyrna Georgia

This blog is intended to aid fellow travelers by providing information about the condition of Red Roof Inn, Smyrna, Georgia before stopping off there for the night. This place should be avoided and especially if you have children due to the drug activities and unsanitary conditions. This Inn has been a subject of drug busts and prostitution sting operations by the local police

Home      Red Roof Reviews      About Red Roofie Blog

## About Red Roofie Blog

Dear Readers,

This blog is intended to aid fellow travelers by providing information about the condition of Red Roof Inn, Smyrna, Georgia before stopping off there for the night. This place should be avoided and especially if you have children due to the drug activities and unsanitary conditions. This Inn has been a subject of drug busts and prostitution sting operations by the local police (see blog posts July 1, 2014). The manager is well aware of the conditions, but has done nothing to rectify them.

For two years, he has posted the same response to reviews saying 'renovations' are underway but nothing has been renovated and it has become obvious his review responses are just a 'smoke' screen. Even the drug dealers living there long-term and the pets staying as guests deserve better and cleaner conditions than what is provided for them in the $179 week special.

If you happen to prepay unknowingly, you will never get your money back nor an apology. You will be expected to sleep in unclean, marijuana smoke-filled rooms, with bugs crawling on you at night. If you are scheduled to take a drug test anytime soon, you for sure would fail after staying here. These conditions may appeal to some people, so in that case this is the place for you. Red Roofie doesn't judge. However, it is not indicative of what people expect from the Red Roof brand image. Also, all people deserve to be treated respectfully which they are not by the manager and his wife at the Red Roof Inn, Smyrna, Georgia location. Corporate Red Roof seem to be turning their head the other way, but Red Roofie wants to get the word out, so you don't end up wasting 50 bucks or having a creepy night.

Very truly yours,
Red Roofie



No comments:

Post a Comment

**Blog Archive**

▼ 2014 (2)
   ▼ July (2)
     Red Roof Inn Smyrna Georgia Prostitution Sting Ope...
     Drug Bust at Red Roof Inn, Smyrna, GA as reported ...

Enter your comment...

Comment as: Google Account ⬍

Publish    Preview

Home

Subscribe to: Posts (Atom)

Ethereal theme. Powered by Blogger.