

**CLICK TO CALL**

# Red Roof Inn Atlanta - Smyrna/ Ballpark

2200 Corporate Plaza, Smyrna, GA

**Directions**

 (265 Reviews)



1/4

| | |
|---|---|
| **Check in time** <br> **3:00 PM** | |
| **Check out time** <br> **11:00 AM** | Ready to book? Give us a call at **1-937-328-1464** . |

## Hotel Overview

Red Roof Inn Atlanta - Smyrna/Ballpark is one of the best budget hotels in Smyrna, GA that's located right off of I-75 with easy access to I-285. We are just 12 miles from the sporting events happening at Mercedes-Benz Stadium as well as within walking distance to SunTrust Park. We are an easy drive to downtown Atlanta and near many of Atlanta's most notable attractions including Six Flags Over Georgia, Six Flags White Water, Georgia World Congress Center, Atlanta Civic Center, State Bank Amphitheatre at Chastain Park, State Farm Arena, Cobb Energy Performing Arts Center, Georgia State University and Hartsfield-Jackson Atlanta International Airport (ATL). We offer our guests free Verified Wi-Fi, a free expanded cable package featuring HBO, a guest coin laundry facility and free coffee in the lobby. Red Roof Inn Atlanta - Smyrna/Ballpark is a pet-friendly hotel.

There is a private taxi available for transportation to and from the SunTrust Ballpark for $5.00 each way. Uber and other taxi services are also available for varied fees to other local attractions.

**NEED TO SPEAK TO THE FRONT DESK? Call 1-770-952-6966**

...Read More

**Learn more about Red Roof Inn Atlanta - Smyrna/ Ballpark!**



Blumberg No. 5119

EXHIBIT
9

Privacy - Terms