

**myheartisyours**

3  9

# A place of horror, if you want to know what hell is like stay here.

Review of **HomeTowne Studios Atlanta - Chamblee by RedRoof**

○○○○  Reviewed January 24, 2012

I was forced to stay in this place to get my life back together after going through a divorce and losing a job because of economy. I wanted to get the new management and owners a chance to correct this horrible place. but no prevail, there is absolutely no customer service whatsoever. if you looking for the latest cable programs to watch, you can forget that they went from 69 stations to only 9 plus local stations. you can forget about internet, the wireless is always on and off never complete any work. I can understand why there no improvements most of people that I see are crackheads rough looking thugs or prostitutes and they don't use computers. there is still a very bad bug problem here in the room and in the bed. front desk is rude, does nothing about putting the customer first. there are alway people hanging out in the parking lot full of alcohol no telling what else. you don't go outside at night here for fear of your own safety from the thugs thet make up most of the clients. maid service tries to do the best they can, but can only do what they are allowed to do by the company that they work for. even the maid staff has told me this place is nasty I guess they ought to know the gotta clean up after the thugs. thank you for taking your time out in reading my review. I hope this helps you n your decision making process. I think tripadvisor to give you a place to go to the left the public know the truth.
Show less

**Date of stay:** January 2012

○○○○  Value
○○○○  Location

○○○○  Rooms
○○○○  Cleanliness
○○○○  Service

Ask myheartisyours about HomeTowne Studios Atlanta - Chamblee by RedRoof

7  Thank myheartisyours

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**See all 89 reviews**

Blumberg No. 5119    EXHIBIT    10



## BUGS

Review of **HomeTowne Studios Atlanta - Chamblee by RedRoof**

⦿◯◯◯◯   Reviewed August 30, 2012

gogetterBirmingham
**birmingham**
🗹1 👍2

This Hotel was full of BUGS and lots of people hanging out.. I was in the room for 5 minutes and requested a refund. I'm still waiting on the refund and it has been 2 months. Manger said that she would mail the refund, still waiting.Have spoken with the mangsr several times, still waiting. I think this hotel is a hangout spot for Drug dealers and Crackheads.

**Date of stay:** July 2012

**Trip type:** Traveled with family

⦿◯◯◯◯  Value
⦿⦿◯◯◯  Location
⦿◯◯◯◯  Sleep Quality

⦿◯◯◯◯  Rooms
⦿◯◯◯◯  Cleanliness
⦿◯◯◯◯  Service

Ask gogetterBirmingham about HomeTowne Studios Atlanta - Chamblee by RedRoof

👍 2   Thank gogetterBirmingham                                                    ⚑

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**See all 89 reviews**



**Tiffany R.**
**Wilmington, DE**

74 friends

11 reviews

7 photos

 5/21/2014

 First to Review

Marijuana Smoke, Tar covered walls, Roaches, Dog Food, Cigarette Butts, No hot water, Drug dealers next door, Cops circling the premises, The staff is rude, Cum stained sheets and Telephones with no cords, If you want to live a Herpe , drug free wait, if you just want to LIVE, do not stay here.

YOU GET WHAT YOU PAY FOR, GO GET AN EXPRESS DEAL ON PRICELINE!!!

1 person voted for this review

Useful 1        Funny        Cool



kids42me
chamblee
📝1

# Disgusting. Hotel

Review of **HomeTowne Studios Atlanta - Chamblee by RedRoof**

◉○○○○ Reviewed June 12, 2014

When you check in, you need to ask for clean sheets.Housekeeping told me that. The sheets on the bed could be very used sheets.The hotel does not even own a working vaccuum cleaner. They will never vacuum. Microwave, refrigerator stove broken. 20 minutes of running water to get hot water. Tub drain takes over an hour. Coffee pot had mold. 2 working prostitutes and many drug dealers. I am stuck here. Price went 200 to 300 in one week. Where is my 50 dollar deposit? Stay away from this hotel.

**Date of stay:** June 2014

◉○○○○ Value
◉◉◉◉○ Location

◉○○○○ Rooms
◉○○○○ Cleanliness
◉◉◉○○ Service

Ask kids42me about HomeTowne Studios Atlanta - Chamblee by RedRoof

👍 Thank kids42me                                                                    🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

See all 89 reviews



Lex L
Atlanta, Georgia
☑1

# Great if your looking for new drug dealers. Not so great if you need an affordable roof over your head.

Review of **HomeTowne Studios Atlanta - Chamblee by RedRoof**

◉◉◯◯◯ Reviewed June 16, 2014

Due to unexpectedly needing a place to live temporarily after a roommate/rental situation gone wrong, my two friends and I chose the Suburban Extended stay because of its rather close proximity to Walmart, MARTA, and several fast food joints. While the location was very convenient for us who were without wheels at the time, the hotel itself left many things to be desired, and some aspects were outright awful. The floor in the room was only slightly filthy in appearance, but don't be fooled! The floors here go without vacuuming for long periods of time if they EVER even get cleaned. The sheets were dirty looking. The A/C unit struggled to keep it tolerable around 82F during the heat of the day, and at night would switch from cooling mode to fan mode and back again at least once every 3 minutes!! The mini fridge has a built in "freezer" shelf, but it took well over 24 hours each time for the ice trays to produce fully frozen cubes of ice. The stove worked fine, but the microwave was missing it's plate and was ridden with dried on food from who knows when. The TV channel selection was a bright spot carrying your normal 80'sh or so channels including HBO. The toilet looked dusted off, but the shower was rife with mystery stains as was the mirror and floor. We also ran out of toilet paper on day three, but the rooms are only kept up once per week, IF you are lucky enough to get one of the cleaning ladies to actually come in and do their job without having to offer a bribe. We were not so lucky, and our room went dirty for the duration of our stay. I was able to procure three clean towels at the $3 donation level (We had dealt with only one towel being provided at check-in, despite having three people staying there). Getting to sleep at night can be a challenge, especially if you are not comfortable being surrounded by felons, thieves, drug dealers(the bad drugs to boot) and also prostitutes and some pimps. If you are a female traveling without a male companion, or if you are not carrying a firearm, it would be foolish to stay here. I wasn't here for even an hour before I was in a rigorous habit of using all available door locks AS SOON as I entered my room. I will admit, if you are looking to get high (on pretty much anything other than hallucinogenic drugs such as mushrooms and LSD) during your stay, this may just be the best place you could possibly come across in the area. I was offered, and I quote, "that hard, that soft, ice, boy, Cali bud" of course, the proper medical tools for administering said chemicals, and I even happened across no less than 3 partially used portions of what I am pretty sure was crack just lying around in the breezeways, waiting for anybody to pick up and check out! So if drugs are your thing, this might be your favorite new home away from home.

Overall I would not recommend this hotel to any one I know and would advise those accustomed to a middle class lifestyle avoid at all costs. At ~$280/week, this hotel does not present a good value by any measure. Drug and bug ridden dumps can be had for $100 less than that if your main concern is a tight budget. Also, I suspect that several of the generally positive reviews, and especially the 5 star marks, are of questionable origin, as I see no way ANYONE could think that this hotel deserves such high marks, even those fresh out of the state prison. More than likely, there has been some sort of friendly encouragement on the part of management or the owners in order to garner that many reviews that are even 50/50 good to bad. Furthermore, the recurring apologies on the part of management are meaningless, and are nothing more than a blatant attempt to draw in to question overwhelmingly negative reviews from people that have obviously stayed here before. Final Verdict: This place is bad, and you should go somewhere else.

Show less

**Date of stay:** May 2014

**Room tip:** Simply passing on the advice I have heard from others here: request a room on the ground floor. Apparently, these rooms tend to be kept in nicer condition, and are probably visited more regularly by the cleaning staff due to their closer proximity to the front office and the threat of being reprimanded by management that is probably fairly reluctant to climb the stairs or ride in the elevator (with it's expired certification) to the higher floors.

**Trip type:** Traveled with friends

◉◯◯◯◯ Value
◉◉◉◉◯ Location
◉◉◯◯◯ Sleep Quality

◉◉◯◯◯ Rooms
◉◉◉◯◯ Cleanliness
◉◉◉◯◯ Service

Ask Lex L about HomeTowne Studios Atlanta - Chamblee by RedRoof

👍 Thank Lex L                                                                🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC*



See all 89 reviews



**Louie L.**
North Hollywood, CA
630 friends
23 reviews
15 photos

⭐ ☐ ☐ ☐ ☐  6/3/2015

I typically wouldn't give any business a 1 star, but the Suburban Extended Stay in Chamblee is terrible. Lets begin from the moment we arrived, a Thursday at 5 PM, a time and day that nearly every business would be operating at.

Unfortunately for the Suburban Extended Stay, that was not that case. We after waiting for 10 minutes for a representative to show up, we decided to call the corporate number listed on their window. The person on the phone told us that they should be there as it was after check in time, and that this is not typical so they should compensate us for waiting. It got a bit strange because the person on the phone began to instruct me on how to exactly phrase my request to the worker. Slight foreshadowing of the unprofessionalism to come.

When the women finally showed up 45 minutes after we arrived, she was on her phone with no concern to her job. Her attitude was terrible and it was as if she wanted an apology from us because we made her to her job. Near the end of our check in, I decided to bring up what the person on the phone had mentioned (compensation for waiting 45 minutes to check in).

I began by asking if the manager was present, she told me he stepped out but will be back that evening. Then I told her their upper management had advised them to compensate us for waiting. The manager's arrival then changed to Monday after 10 AM, we never went back...

Beyond terrible management, the room was absolutely filthy, not sure how we managed to stay for nearly two weeks. The first thing we saw when we walked in was a small cockroach on the wall, which we ended up slaying. We came to discover 1 more roach in the fridge shortly after.

When it came to the bed, there was cigarette holes in the sheets (keep in mind this is a NON smoking room we are in), and crumbs of an unidentified substance (presumably food). DISGUSTING!!

It was getting late at this point so we decided to sleep on top of the covers and head to the local grocery store for bug spray and home cleaning supplies. Beyond the crumbs in the bed and the roaches in the room, there was an array of brown stains on the walls in the bathroom and through out the room.

After spraying the room with bug spray, washing the sheets, and wiping the walls, the room wasn't too bad...

The building and surrounding areas aren't much better. The hall ways are dirty, including the elevator which has a broken hand rail. In addition, during our 2 week stay I noticed 4 different police offficers responding to calls in the building. I was also informed by a business owner very similar to the Suburban Extended Stay that the hotel is "ghetto" and is frequently used for selling drugs and prostitution... DISGUSTING again!

Overall, you certainly get what you pay for, if you want something at an affordable price for your money... DON'T STAY HERE. Under no circumstances should you stay at the Suburban Extended Stay in Chamblee, GA. You would probably come across less bugs sleeping on the sidewalk. As I wrote my review, I noticed the other 1 star rankings on this place... Should have just yelp'd before hand. Oh well, hopefully you will read my review, or the many other 1 star reviews, and save yourself the disgusting experience.

3 people voted for this review

 Useful 3     Funny     Cool



Me Y
Atlanta, Georgia
☑1

# Run, stay away

Review of **HomeTowne Studios Atlanta - Chamblee by RedRoof**

⬤〇〇〇〇  Reviewed November 11, 2015   ☐ via mobile

This is the clean spotless rooms they offer..The walls on the out side of the hotel is just as bad. Office staff Very rude, police are always on the property. Rooms are very out dated. Housekeeping..oh wait there was housekeeping, could have fooled me. No matter how much you complain nothing will get done, all the review's in the world could be left on here and management or corporate will do anything about it. There a choice property so the only person you can even complain to is a 800 number and they only document what you say and forward it to the hotel, a lot of good that will do. They have so many bad reviews and complaints but still open.
Show less

**Date of stay:** November 2015

**Trip type:** Traveled with family

 

Ask Me Y about HomeTowne Studios Atlanta - Chamblee by RedRoof

👍 Thank Me Y                                                                      ⚑

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

> **Della A, General Manager at HomeTowne Studios Atlanta - Chamblee by RedRoof, responded to this review**
>
> Responded November 30, 2017
>
> . Thank you for taking the time to write such a detailed review. All your comments are essential to educating our staff about good and bad service. We will ensure your feedback us shared with all staff members. Furthermore, I will personally oversee that all your other complaints are addressed and everything will be in order on your next visit. We look forward to welcoming you back.
> Sincerely
>
> Report response as inappropriate
>
> *This response is the subjective opinion of the management representative and not of TripAdvisor LLC.*

See all 89 reviews