THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE 1, <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC.; VARAHI HOTEL, LLC; FMW RRI NC, LLC; WESTMONT HOSPITALITY GROUP, INC. WHG SU ATLANTA LP; SUB-SU HOTEL GP, LLC; CHOICE HOTELS INTERNATIONAL, INC.; LQ PROPERTIES, LLC; CPLG PROPERTIES, LLC; BRE/LQ PROPERTIES, LLC; LA QUINTA WORLDWIDE, LLC; EXTENDED STAY AMERICA, INC.; ESA MANAGEMENT, LLC; ESA P PORTFOLIO, LLC; ESA P PORTFOLIO OPERATING LESSEE, LLC; JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:19-CV-03840-WMR |

## ORDER GRANTING STIPULATION AND ORDER VACATING CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS BRE/LQ PROPERTIES, LLC, CPLG PROPERIES, LLC, AND LQ PROPERTIES, LLC

Before the Court is the parties' Stipulation and Order Vacating Clerk's Entry

of Default as to Defendants BRE/LQ Properties, LLC, CPLG Properties, LLC, and

LQ Properties, LLC.  The Court concludes that good cause exists to GRANT the parties' Stipulation.  The Clerk shall vacate the Entry of Default as to the CPLG Defendants, and the CPLG Defendants' responsive pleadings to Plaintiff's Complaint shall be due on **October 31, 2019**.

      SO ORDERED this 1st day of October, 2019.

                                                            Hon. William M. Ray
                                                            United States District Court Judge