# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:19-cv-03840-WMR |
| RED ROOF INNS, INC.; VARAHI ) | |
| HOTEL, LLC; FMW RRI NC, LLC; ) | |
| WESTMONT HOSPITALITY ) | |
| GROUP, INC.; WHG SU ATLANTA ) | |
| LP; SUB-SU HOTEL GP, LLC; ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC.; LQ PROPERTIES, LLC; ) | |
| CPLG PROPERTIES, LLC; ) | |
| BRE/LQ PROPERTIES, LLC; ) | |
| LA QUINTA WORLDWIDE, LLC; ) | |
| EXTENDED STAY AMERICA, INC.; ) | |
| ESA MANAGEMENT, LLC; ) | |
| ESA P PORTFOLIO, LLC; ) | |
| ESA P PORTFOLIO OPERATING ) | |
| LESSEE, LLC; JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS EXTENDED STAY AMERICA, INC., ESA MANAGEMENT, LLC, ESA P PORTFOLIO, LLC, AND ESA P PORTFOLIO OPERATING LESSEE, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**

COME NOW Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P. Portfolio, LLC, and ESA P. Portfolio Operating Lessee, LLC

(collectively the "ESA")[1], by and through the undersigned counsel, and hereby responds to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously, as follows:

In her Motion, Plaintiff makes various contentions that she was a victim of sex trafficking, that her traffickers present a current and continuing threat to her safety, and that she wishes to remain anonymous to the general public. ESA is without information sufficient to form any opinion as to the veracity of Plaintiff's allegations, but, at this point, ESA does not oppose Plaintiff's Motion.[2] However, ESA does note that it does and will object to Plaintiff proceeding to trial anonymously. In other words, if and when this case is presented to the jury, the jurors should not be informed that Plaintiff prosecuted the case anonymously and the case style and Plaintiff herself should be represented to the jury with Plaintiff using her legal name, as opposed to "Jane Doe". ESA believes this will allow Plaintiff to address the alleged risk of retaliation and privacy concerns outlined in her Motion, and it will also avoid the potential prejudice of having the jurors

---

[1] ESA hereby expressly reserve and hereby assert any and all available defenses, including lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted, failure to join a party, and timeliness of Plaintiff's claim (i.e. Plaintiff's claims are barred by the applicable statute of limitations). By filing the instant Response, the ESA Defendants do not consent to personal jurisdiction or venue, which the ESA Defendants hereby expressly contest.

[2] ESA reserves the right to oppose Plaintiff's anonymity at a later time, should facts learned in discovery so warrant.

improperly conclude that the Court, in allowing Plaintiff to proceed anonymously, has somehow validated her claims. ESA believes that the risk of such prejudice would constitute a "threat of fundamental unfairness" under federal case law (*see Plaintiff B v. Francis*, 631 F.3d 1310 (11th Cir. 2011)), which can be easily and equitably remedied by keeping her identity from the general public but revealing it to jurors.

Respectfully submitted this 10th day of October, 2019.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/  Emily M. Adams*
Patrick B. Moore
GA Bar No. 520390
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
Emily M. Adams
GA Bar No. 544199

3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia  30326
(404) 876-2700
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
eadams@wwhgd.com

*Counsel for Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, and ESA P Portfolio Operating Lessee, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: October 10, 2019.

>   */s/  Emily M. Adams*
>   Emily M. Adams

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to all counsel of record herein by filing same via the Court's CM/ECF electronic filing system as follows:

| | |
|---|---|
| Jonathan S. Tonge, Esq.<br>jtonge@atclawfirm.com<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Trinity Hundredmark<br>thundred@atclawfirm.com<br>**ANDERSON, TATE & CARR, P.C.**<br>One Sugarloaf Centre<br>1960 Satellite Boulevard, Ste. 4000<br>Duluth, Georgia  30097<br>*Attorneys for Plaintiff* | **Delia Gervin Frazier**<br>**David S. Sager**<br>DLA Piper LLP-Atl<br>One Atlantic Center, Suite 2800<br>1201 West Peachtree St., N.W.<br>Atlanta, GA 30309<br>404-736-7800<br>delia.frazier@dlapiper.com<br>david.sager@dlapiper.com<br>*Attorneys for CPLG Properties, LLC, LQ Properties, LLC, BRE/LQ Properties, LLC,  La Quinta Worldwide, LLC* |
| **Admir Allushi**<br>Lewis Brisbois Bisgaard & Smith, LLP<br>Suite 2900<br>1180 Peachtree St., N.E.<br>Atlanta, GA 30309-3521<br>adi.allushi@lewisbrisbois.com<br>*Attorney for Red Roof Inns, Inc. and FMW RRI NC, LLC, Westmont Hospitality Group, Inc., WHG SU Atlanta, LP, SUB SU Hotel GP, LLC* | **Christopher Shane Keith**<br>Hawkins Parnell & Young, LLP-GA<br>Suite 4000<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243<br>skeith@hpylaw.com<br>*Attorney for Varahi Hotel, LLC* |

**Sara Marie Turner**
**Janelle E. Alleyne**
Baker Donelson Bearman Caldwell &
Berkowtiz-
420 North 20th Street
Suite 1600 Wachovia Tower
Birmingham, AL 35203-5202
jalleyne@bakerdonelson.com
*Attorney for Choice Hotels*
*International, Inc.*

This 10th day of October, 2019.

               */s/  Emily M. Adams*
               Emily M. Adams