IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION FILE |
| v. | * |
| | * NO. 1:19-CV-03840-WMR |
| RED ROOF INNS, INC.; VARAHI | * |
| HOTEL, LLC; FMW RRI NC, LLC; | * |
| WESTMONT HOSPITALITY | * |
| GROUP, INC.; WHG SU | * |
| ATLANTA LP; SUB-SU HOTEL GP, | * |
| LLC; CHOICE HOTELS | * |
| INTERNATIONAL, INC.; LQ | * |
| PROPERTIES, LLC; CPLG | * |
| PROPERTIES, LLC; BRE/LQ | * |
| PROPERTIES, LLC; LA QUINTA | * |
| WORLDWIDE, LLC; | * |
| EXTENDED STAY AMERICA, | * |
| INC.; ESA MANAGEMENT, | * |
| LLC; ESA P PORTFOLIO, LLC; | * |
| ESA P PORTFOLIO OPERATING | * |
| LESSEE, LLC; JOHN DOES 1-10, | * |
| | * |
| Defendants. | * |

## **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Jane Doe 1 respectfully requests the Court grant a protective order pursuant to Federal Rule of Civil Procedure 26(c) to govern the confidentiality and use of Plaintiff's identity throughout this lawsuit and thereafter. Pursuant to the Court's direction at the October 23, 2019 hearing,

1

this Motion is a placeholder for the November 25, 2019 hearing. Plaintiff hereby adopts her memorandum of support in her earlier-filed Motion for Protective Order and Leave to Proceed Anonymously. [17]. Plaintiff will work with Defendants to reach consensus on a stipulated protective order prior to the hearing.

Respectfully submitted this 28th day of October, 2019.

ANDERSEN, TATE & CARR, P.C.

/s/ Jonathan S. Tonge
Jonathan S. Tonge
Georgia State Bar No. 303999
jtonge@atclawfirm.com
Patrick J. McDonough
Georgia State Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia State Bar No. 140808
thundred@atclawfirm.com
Attorneys for Plaintiff Jane Doe 1

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## LR 7.1 CERTIFICATE

Pursuant to L.R. 7.1D, counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Century Schoolbook 13-point font.

Respectfully submitted this 28th day of October, 2019.

                ANDERSEN, TATE & CARR, P.C.

                /s/ Jonathan S. Tonge
                Jonathan S. Tonge
                Georgia State Bar No. 303999
                jtonge@atclawfirm.com
                Patrick J. McDonough
                Georgia State Bar No. 489855
                pmcdonough@atclawfirm.com
                Trinity Hundredmark
                Georgia State Bar No. 140808
                thundred@atclawfirm.com
                Attorneys for Plaintiff Jane Doe 1

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff—through her attorney—delivered a true and correct copy of Plaintiff's Motion for Protective Order, filed with the Court in the above-styled case, to the following parties by electronic service through filing in the Court's electronic case files ("ECF") system.

**Defendants**

| | |
|---|---|
| Charles K. Reed<br>P. Michael Freed<br>Admir Allushi<br>Lewis Brisbois<br>1180 Peachtree Street NE, Suite 2900<br>Atlanta, Georgia  30309<br>Chuck.Reed@lewisbrisbois.com<br>Michael.Freed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com<br>Attorneys for Red Roof Inns, Inc., FMW RRI NC, LLC, Westmont Hospitality Group, Inc., WHG Su Atlanta, LP, and Sub-Su Hotel GP, LLC | Davis S. Sager<br>DLA Piper LLP<br>Suite 120<br>51 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2704<br>david.sager@dlapiper.com<br><br>Christopher G. Campbell<br>Delia G. Frazier<br>DLA Piper LLP<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br>Christopher.Campbell@dlapiper.com<br>Delia.Frazier@dlapiper.com<br>Attorneys for Defendant La Quinta Worldwide, LLC, LQ Properties, LLC, CPLG Properties, LLC, and BRE/LQ Properties, LLC |
| C. Shane Keith<br>303 Peachtree Street, NE<br>Suite 4000<br>Atlanta, Georgia  30308<br>skeith@hpylaw.com | Janelle Alleyne<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>3414 Peachtree Road, NE<br>Suite 1600, Monarch Tower |

| | |
|---|---|
| attorney for Varahi Hotel, LLC | Atlanta, Georgia  30326<br>jalleyne@bakerdonelson.com<br><br>Christie Lyman Dowling<br>Sara M. Turner<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>1400 Wells Fargo Tower<br>420 20th Street North<br>Birmingham, Alabama 35203-5202<br>cdowling@bakerdonelson.com<br>attorneys for Choice Hotels International, Inc. |
| Patrick B. Moore<br>Christopher T. Byrd<br>Shubhra R. Mashelkar<br>Emily M. Adams<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>3344 Peachtree Road, N.E.<br>Suite 2400<br>Atlanta, Georgia  30326<br>Attorneys for Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, and ESA P Portfolio Operating Lessee, LLC<br>eadams@wwhgd.com | |

Respectfully submitted this 28th day of October, 2019.

        ANDERSEN, TATE & CARR, P.C.

        /s/ Jonathan S. Tonge
        Jonathan S. Tonge
        Georgia State Bar No. 303999
        jtonge@atclawfirm.com

                                        Patrick J. McDonough
                                        Georgia State Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        Trinity Hundredmark
                                        Georgia State Bar No. 140808
                                        thundred@atclawfirm.com
                                        Attorneys for Plaintiff Jane Doe

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile