**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE 1, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 1:19-cv-03840-WMR |
| | ) |
| RED ROOF INNS, INC.; VARAHI HOTEL, LLC; FMW RRI NC, LLC; WESTMONT HOSPITALITY GROUP, INC.; WHG SU ATLANTA LP; SUB-SU HOTEL GP, LLC; CHOICE HOTELS, INTERNATIONAL, INC.; LQ PROPERTIES, LLC; CPLG PROPERTIES, LLC; BRE/LQ PROPERTIES, LLC; LA QUINTA WORLDWIDE, LLC; EXTENDED STAY AMERICA, INC.; ESA MANAGEMENT, LLC; ESA P PORTFOLIO, LLC; ESA P PORTFOLIO OPERATING LESSEE, LLC; JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S RESPONSE
IN OPPOSITION TO PLAINTIFF'S
<u>MOTION FOR PROTECTIVE ORDER</u>**

COMES NOW Defendant, Choice Hotels International, Inc. ("Choice"), by

and through its undersigned counsel, and submits this Response in Opposition to

SMT 4839-1818-3853
2138837-000066

Plaintiff's Motion for Protective Order and attached Proposed Order (Dkt. 74 and 74-1), and in support thereof, states as follows:

Choice hereby adopts in its entirety, as if set forth fully herein, the Response in Opposition filed by Defendants La Quinta Worldwide, LLC, LQ Properties, LLC, CPLG Properties, LLC, and BRE/LW Properties, LLC (collectively the "La Quinta Defendants") (Dkt. 80). Choice previously responded to Plaintiff's prior Motion for Protective Order (Dkt. 71) which sought leave to proceed anonymously. (Dkt. 78).

Plaintiff's November 4, 2019 Motion for Protective Order (Dkt. 74) attached a proposed protective order (Dkt. 74-1) which would prohibitively hinder Defendant's rights to conduct discovery in this matter. For the reasons more fully set forth in the La Quinta Defendants' Response (Dkt. 80), Choice respectfully requests that the Court deny Plaintiffs' Motion and enter Defendants' Proposed Order on these issues (Dkt. 75-1).

Dated this the 18th day of November 2019.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

 /s/ *Janelle E. Alleyne*
JANELLE E. ALLEYNE
Georgia State Bar No. 716480
3414 Peachtree Road, NE

2

        Atlanta, Georgia 30326
        (404) 577-6000 Telephone
        (404) 221-6504 Facsimile
        jalleyne@bakerdonelson.com

        /s/ *Sara M. Turner*
        SARA M. TURNER
        *Admitted Pro Hac Vice*
        CHRISTIE LYMAN DOWLING
        Georgia Bar No. 228180
        1400 Wells Fargo Tower
        420 20th Street North
        Birmingham, Alabama  35203-5202
        (205) 328-0480 Telephone
        (205) 322-8007 Facsimile
        cdowling@bakerdonelson.com
        smturner@bakerdonelson.com
        ***Attorneys for Defendant, Choice Hotels International, Inc.***

## **CERTIFICATION PURSUANT TO LOCAL RULE 5.1B**

  This is to certify that this Pleading was created in Times New Roman 14-point font as approved by LR 5.1.

  Dated:  November18, 2019.

        /s/ *Sara M. Turner*
        SARA M. TURNER
        *Admitted Pro Hac Vice*

SMT 4839-1818-3853
2138837-000066

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of November 2019, the foregoing DEFENDANT CHOICE HOTELS INTERNATIONAL, INC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER was filed with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

/s/ *Sara M. Turner*
SARA M. TURNER
*Admitted Pro Hac Vice*