## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1<br><br>   Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., VARAHI HOTEL, LLC, FMW RRI NC, LLC, WESTMONT HOSPITALITY GROUP, INC., RRI III, LLC, WHG SU ATLANTA, LP, SUB-SU HOTEL GP, LLC, CHOICE HOTELS INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, INC., MICROTEL INNS AND SUITES FRANCHISING, INC., KUZZINS BUFORD, LLC, RAMADA WORLDWIDE INC., JEET & JJ LLC, NEWTEL V CORPORATION, CPLG HOL, LLC, CPLG PROPERTIES, LLC, COREPOINT LODGING, INC., LQ MANAGEMENT, LLC, LA QUINTA WORLDWIDE, LLC, HAMENT DESAI, VAD PROPERTY MANAGEMENT, LLC, VANTAGE HOSPITALITY GROUP, INC., 2014 SE OWNER 5-EMORY, LLC, LAXMI DRUID HILLS HOTEL, LLC, JHM HOTELS MANAGEMENT, INC., AURO HOTELS MANAGEMENT, LLC, HILTON FRANCHISE HOLDINGS, LLC, HILTON DOMESTIC OPERATING COMPANY, INC., HILTON WORLDWIDE HOLDINGS, INC. and JOHN DOES 1-10.<br><br>   Defendants. | Civil Action No.<br><br>1:19-cv-03840-WMR |

## Notice of Voluntary Dismissal Under Rule 41(a)(1)(A)(i)

Under Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 1 gives notice that all claims against the following defendants are voluntarily dismissed without prejudice:

Extended Stay America, Inc.

ESA Management, LLC

ESA P Portfolio, LLC

ESA P Portfolio Operating Lessee, LLC

LQ Properties, LLC

BRE/LQ Properties, LLC

Jane Doe 1's claims remain pending against all other defendants. *See, e.g.*, *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) (Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant).

This 22nd day of November, 2019.

Respectfully submitted,

/s/ *Jonathan S. Tonge*

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855

                                         pmcdonough@atclawfirm.com
                                         Trinity Hundredmark
                                         Georgia Bar No. 140808
                                         thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                                         John E. Floyd
                                         Georgia Bar No. 266413
                                         floyd@bmelaw.com
                                         Manoj S. Varghese
                                         Georgia Bar No. 734668
                                         varghese@bmelaw.com
                                         Tiana S. Mykkeltvedt
                                         Georgia Bar No. 533512
                                         mykketlvedt@bmelaw.com
                                         Amanda Kay Seals
                                         Georgia Bar No. 502720
                                         seals@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA  30309
(404) 881-4100- Telephone
(404) 881-4111 – Facsimile

                                         Attorneys for Plaintiff Jane Doe 1

# LR 7.1 CERTIFICATE

Pursuant to L.R. 7.1D, counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C.  This document was prepared using Century Schoolbook 13-point font.

Respectfully submitted this 22nd day of November, 2019.

/s/ *Jonathan S. Tonge*

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com

        Amanda Kay Seals
        Georgia Bar No. 502720
        seals@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA  30309
(404) 881-4100- Telephone
(404) 881-4111 – Facsimile

        Attorneys for Plaintiff Jane Doe 1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiff—through her attorney—delivered a true and correct copy of Plaintiff's Notice of Voluntary Dismissal, filed with the Court in the above-styled case using the EM/ECF system which will send e-mail notification to all counsel of record. Plaintiff's Notice of Voluntary Dismissal will be personally served, along with Plaintiff's Amended Complaint, upon Defendants who have not yet appeared in this action.

Respectfully submitted this 22nd day of November, 2019.

          ANDERSEN, TATE & CARR, P.C.

          /s/ *Jonathan S. Tonge*

          Jonathan S. Tonge
          Georgia State Bar No. 303999
          jtonge@atclawfirm.com
          Patrick J. McDonough
          Georgia State Bar No. 489855
          pmcdonough@atclawfirm.com
          Trinity Hundredmark
          Georgia State Bar No. 140808
          thundred@atclawfirm.com
          Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        John E. Floyd
        Georgia Bar No. 266413

>floyd@bmelaw.com
>Manoj S. Varghese
>Georgia Bar No. 734668
>varghese@bmelaw.com
>Tiana S. Mykkeltvedt
>Georgia Bar No. 533512
>mykketlvedt@bmelaw.com
>Amanda Kay Seals
>Georgia Bar No. 502720
>seals@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA  30309
(404) 881-4100- Telephone
(404) 881-4111 – Facsimile

>Attorneys for Plaintiff Jane Doe 1