## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JANE DOE 1,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **RED ROOF INNS, INC., VARAHI** | § | **CIVIL ACTION FILE** |
| **HOTEL, LLC, FMW RRI NC, LLC,** | § | |
| **WESTMONT HOSPITALITY GROUP,** | § | **NO. 1:19 CV 03840-** |
| **INC., RRI III, LLC, WHG SU** | § | **WMR** |
| **ATLANTA, LP, SUB-SU HOTEL GP,** | § | |
| **LLC, CHOICE HOTELS** | § | |
| **INTERNATIONAL, INC., WYNDHAM** | § | |
| **HOTELS & RESORTS, INC.,** | § | |
| **MICROTEL INNS AND SUITES** | § | |
| **FRANCHISING, INC., KUZZINS** | § | |
| **BUFORD, LLC, RAMADA** | § | |
| **WORLDWIDE, INC., JEET & JJ, LLC,** | § | |
| **NEWTEL V CORPORATION, CPLG** | § | |
| **HOL, LLC, CPLG PROPERTIES, LLC,** | § | |
| **COREPOINT LODGING, INC., LQ** | § | |
| **MANAGEMENT, LLC, LA QUINTA** | § | |
| **WORLDWIDE, LLC, HAMENT DESAI,** | § | |
| **VAD PROPERTY MANAGEMENT,** | § | |
| **LLC, VANTAGE HOSPITALITY** | § | |
| **GROUP, INC., 2014 SE OWNER 5-** | § | |
| **EMORY, LLC, LAXMI DRUID HILLS** | § | |
| **HOTEL, LLC, JHM HOTELS** | § | |
| **MANAGEMENT, INC., AURO** | § | |
| **HOTELS MANAGEMENT, LLC,** | § | |
| **HILTON FRANCHISE HOLDINGS,** | § | |
| **LLC, HILTON DOMESTIC** | § | |
| **OPERATING COMPANY, INC.,** | § | |
| **HILTON WORLDWIDE HOLDINGS,** | § | |
| **INC. and JOHN DOES 1-10,** | § | |
| | § | |

_____**Defendants,**_____ § _____

### DEFENDANT KUZZINS BUFORD, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, **KUZZINS BUFORD, LLC,** ("Kuzzins") a Defendant in the above-styled civil action, and without waiving and defenses as to jurisdiction or venue, hereby files its Answer and Defenses to Plaintiff's Amended Complaint, stating as follows:

### FIRST DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted against Kuzzins.

### SECOND DEFENSE

Venue may be improper as to Kuzzins.

### THIRD DEFENSE

Jurisdiction may be improper as to Kuzzins.

### FOURTH DEFENSE

The Plaintiff's claims are barred on the grounds that no act or omission of Kuzzins proximately caused the alleged occurrences in this action or the Plaintiff's alleged damages.

### FIFTH DEFENSE

The Plaintiff's claims are barred on the grounds of acquiescence, waiver,

estoppel, unclean hands, statute of limitations and/or laches.

## SIXTH DEFENSE

The losses, if any, sustained by the Plaintiff were the result of conduct of persons or entities over whom Kuzzins had no control or responsibility, and for whose conduct Kuzzins is thus not liable.

## SEVENTH DEFENSE

The Plaintiff's claims against Kuzzins are barred because there is no causal connection between any alleged act, error, or omission by Kuzzins and the Plaintiff's alleged damages.

## EIGHTH DEFENSE

The injuries or damages complained of, if any, were caused in whole or in part by the negligence of the Plaintiff and such negligence equaled or exceeded any negligence on the part of Kuzzin, if any.

## NINTH DEFENSE

The Plaintiff willingly, knowingly and voluntarily exposed herself to and assumed the risk and therefore, Plaintiff's recovery is barred.

## TENTH DEFENSE

If it is judicially determined that Kuzzins was negligent or breached a duty as alleged, which is specifically denies, then such negligence or breach of duty was not a proximate cause of the damages claimed.

## ELEVENTH DEFENSE

The Plaintiff has released, settled, entered into accord and satisfaction or otherwise compromised her claims herein and, accordingly, said claims are barred by operation of law.

## TWELFTH DEFENSE

The Plaintiff's damages, if any, were caused by superseding, intervening acts, which were beyond the knowledge or control of Kuzzins.

## THIRTEENTH DEFENSE

The Plaintiff's claims are barred in whole or in part because of her own comparative negligence.

## FOURTEENTH DEFENSE

Kuzzins at all times relevant hereto act in accordance with the applicable standard of care under the circumstances.

## FIFTEENTH DEFENSE

The Plaintiff has failed to join an indispensable party.

## SIXTEENTH DEFENSE

Even if Plaintiff could state a claim for relief in this action, which Kuzzins denies, Plaintiff cannot prove actual or punitive damages, and hence can only recover nominal damages.

## SEVENTEENTH DEFENSE

To the extent Plaintiff has made any claim for special damages, she has failed to state such claim with the requisite specificity. Therefore, Plaintiff's claims are barred and should be dismissed.

## EIGHTEENTH DEFENSE

Plaintiff has failed to state a claim upon which she may be awarded compensatory or punitive damages. Furthermore, some or all of Plaintiff's damages claims are capped by statute and, so, Plaintiff is prohibited from claiming or collecting any damages, which exceed any statutory cap.

## NINETEENTH DEFENSE

Plaintiff's claim for punitive damages fails to state a claim upon which relief can be granted.

## TWENTIETH DEFENSE

Plaintiff's request for punitive damages fails because Kuzzins did not act with malice or reckless indifference to Plaintiff's legally protected rights.

## TWENTY-FIRST DEFENSE

Plaintiff has failed to plead facts sufficient to support her claim for attorney's fees, fees and costs.

## TWENTY-SECOND DEFENSE

As discovery has not yet begun, Kuzzins specifically reserves the right to

raise any additional claims or affirmative defenses which may be discovered.

Defenses asserted herein are based upon the initial theories of defense counsel.

Kuzzins further specifically reserves the right to withdraw or add any defenses to

conform to the evidence presented at the time of trial.

<u>**TWENTY-THIRD DEFENSE**</u>

As a next Defense, Kuzzins answers the numbered paragraphs of Plaintiff's

Amended Complaint as follows:

<u>**INTRODUCTION**</u>

1.

The allegations contained in paragraph 1 of the Amended Complaint are not

directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the

allegations contained in Paragraph 1 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

2.

Kuzzins denies the allegations contained in Paragraph 2 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 2 of the Amended Complaint, for want of knowledge or information

sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof

of the same.

3.

Kuzzins denies the allegations contained in Paragraph 3 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 3 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

4.

Kuzzins denies the allegations contained in Paragraph 4 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 4 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

5.

Kuzzins denies the allegations contained in Paragraph 5 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 5 of the Amended Complaint, for want of knowledge or information

sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

6.

Kuzzins denies the allegations contained in Paragraph 6 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 6 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

7.

Kuzzins denies the allegations contained in Paragraph 7 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 7 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

8.

Kuzzins denies the allegations and all subparts contained in Paragraph 8 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations

and subparts contained in Paragraph 8 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

9.

Kuzzins denies the allegations and all subparts contained in Paragraph 9 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and subparts contained in Paragraph 9 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

10.

Kuzzins denies the allegations contained in Paragraph 10 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 10 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

11.

Kuzzins denies the allegations contained in Paragraph 11 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 11 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

12.

Kuzzins denies the allegations contained in Paragraph 12 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 12 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

13.

Kuzzins denies the allegations contained in Paragraph 13 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 13 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

14.

Kuzzins denies the allegations contained in Paragraph 14 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 14 of the Amended Complaint, for want of knowledge or information

sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof

of the same.

## THE PARTIES

### I.   Plaintiff

15.

The allegations contained in paragraph 15 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 15 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

### II.   Defendants

16.

Kuzzins denies the allegations contained in Paragraph 16 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 16 of the Amended Complaint, for want of knowledge or information

sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof

of the same.

A.    **The Red Roof (Smyrna) Defendants**

17.

The allegations contained in paragraph 17 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 17 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

18.

The allegations contained in paragraph 18 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 18 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

19.

The allegations contained in paragraph 19 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 19 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

20.

The allegations contained in paragraph 20 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 20 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

21.

The allegations contained in paragraph 21 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 21 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

22.

The allegations contained in paragraph 22 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 22 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

23.

The allegations contained in paragraph 23 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 23 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

24.

The allegations contained in paragraph 24 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 24 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**B.**      **The Red Roof (Atlanta) Defendants**

25.

The allegations contained in paragraph 25 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 25 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

26.

The allegations contained in paragraph 26 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 26 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

27.

The allegations contained in paragraph 27 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 27 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

### C. **Suburban Extended Stay Defendants**

28.

The allegations contained in paragraph 28 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 28 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

29.

The allegations contained in paragraph 29 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 29 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

30.

The allegations contained in paragraph 30 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 30 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

31.

The allegations contained in paragraph 31 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 31 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

32.

The allegations contained in paragraph 32 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 32 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

### D.   **The Microtel Defendants**

33.

Kuzzins admits that it owned the Microtel Inn & Suite located at 1840 Corporate Boulevard NE, Atlanta, Georgia 30329 in response to the allegations contained within paragraph 33 of the Amended Complaint. Kuzzins denies that it managed, supervised or operated the Microtel Inn & Suite located at 1840 Corporate Boulevard NE, Atlanta, Georgia 30329, as it understands these terms. Otherwise, Kuzzins can neither admit nor deny the allegations contained in Paragraph 33 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

34.

The allegations contained in paragraph 34 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 34 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

35.

The allegations contained in paragraph 35 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 35 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

36.

The allegations contained in paragraph 36 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 36 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

37.

The allegations contained in paragraph 37 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 37 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

38.

The allegations contained in paragraph 38 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 38 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

<div align="center">39.</div>

The allegations contained in paragraph 39 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 39 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">40.</div>

The allegations contained in paragraph 40 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 40 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">41.</div>

The allegations contained in paragraph 41 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 41 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

42.

Kuzzins admits the allegations contained in Paragraph 42 of the Amended Complaint.

**E.** **The Ramada Defendants**

43.

The allegations contained in paragraph 43 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 43 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

44.

The allegations contained in paragraph 44 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 44 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

45.

The allegations contained in paragraph 45 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 45 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

46.

The allegations contained in paragraph 46 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 46 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

47.

The allegations contained in paragraph 47 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 47 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

48.

The allegations contained in paragraph 47 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 47 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

### F.    The La Quinta Defendants

49.

The allegations contained in paragraph 49 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 49 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

50.

The allegations contained in paragraph 50 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 50 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

51.

The allegations contained in paragraph 51 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 51 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

52.

The allegations contained in paragraph 52 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 52 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

53.

The allegations contained in paragraph 53 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 53 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

54.

The allegations contained in paragraph 54 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 54 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

55.

The allegations contained in paragraph 55 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 55 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

56.

The allegations contained in paragraph 56 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 56 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**G.    The Americas Best Defendants**

57.

The allegations contained in paragraph 57 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 57 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

58.

The allegations contained in paragraph 58 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 58 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

<div align="center">59.</div>

The allegations contained in paragraph 59 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 59 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

<div align="center">60.</div>

The allegations contained in paragraph 60 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 60 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

**H.**     **The Hampton Inn (NDH Atlanta) Defendants**

<div align="center">61.</div>

The allegations contained in paragraph 61 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 61 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

62.

The allegations contained in paragraph 62 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 62 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

63.

The allegations contained in paragraph 63 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 63 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

64.

The allegations contained in paragraph 64 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 64 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

65.

The allegations contained in paragraph 65 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 65 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

66.

The allegations contained in paragraph 66 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 66 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

67.

The allegations contained in paragraph 67 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 67 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

68.

The allegations contained in paragraph 68 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 68 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

69.

The allegations contained in paragraph 69 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 69 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**I.     The John Doe Defendants**

70.

The allegations contained in paragraph 70 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 70 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**JURISDICTION & VENUE**

71.

Kuzzins can neither admit nor deny the allegations contained in Paragraph

71 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

72.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 72 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

73.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 73 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## **FACTUAL ALLEGATIONS**

### **I.**    **Sex Trafficking**

74.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 74 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

75.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 75 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

76.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 76 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

77.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 77 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

78.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 78 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## II.    Metro Atlanta Had Long Been Known As A Sex Trafficking Hub

79.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 79 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

80.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 80 of the Amended Complaint, for want of knowledge or information sufficient to

form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

81.

Kuzzins denies the allegations contained in Paragraph 81 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 81 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## III.   Hotels Are Complicit In Sex Trafficking

82.

Kuzzins denies the allegations contained in Paragraph 82 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 82 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

### A.   Hotels Are a Critical Part of the Sex Trafficking Industry

83.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 83 of the Amended Complaint, for want of knowledge or information sufficient to

form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

84.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 84 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

85.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 85 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

86.

Kuzzins denies the allegations contained in Paragraph 86 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 86 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

87.

Kuzzins denies the allegations contained in Paragraph 87 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 87 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**B.      The Presence of Sex Trafficking and  Measures to Prevent It Have Been Known in the Hotel Industry for Decades**

88.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 88 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

89.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 89 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

90.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 90 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

91.

Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 91 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

92.

Kuzzins denies the allegations contained in Paragraph 92 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 92 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

C.   **Defendants Chose to Ignore or Participate in Sex Trafficking Rather than take Steps to Prevent It**

93.

Kuzzins denies the allegations contained in Paragraph 93 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 93 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

94.

Kuzzins denies the allegations contained in Paragraph 94 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 94 of the Amended Complaint, for want of knowledge or information

sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof

of the same.

95.

Kuzzins denies the allegations contained in Paragraph 95 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 95 of the Amended Complaint, for want of knowledge or information

sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof

of the same.

96.

The allegations contained in paragraph 96 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 96 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

97.

The allegations contained in paragraph 97 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 97 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

98.

The allegations contained in paragraph 98 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 98 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

99.

The allegations contained in paragraph 99 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 99 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

100.

The allegations contained in paragraph 100 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 100 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

101.

The allegations contained in paragraph 101 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 101 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## IV.   The Defendants Participated In the Sex Trafficking Of Jane Doe 1

102.

Kuzzins denies the allegations contained in Paragraph 102 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 102 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

103.

Kuzzins denies the allegations contained in Paragraph 103 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 103 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

104.

Kuzzins denies the allegations contained in Paragraph 104 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 104 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

105.

Kuzzins denies the allegations contained in Paragraph 105 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 105 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

106.

Kuzzins denies the allegations contained in Paragraph 106 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 106 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**A.**     **The Red Roof (Smyrna) Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew of Should Have Known They Were Benefitting Financially From Such a Venture**

107.

The allegations contained in paragraph 107 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 107 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

108.

The allegations contained in paragraph 108 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 108 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

109.

The allegations contained in paragraph 109 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 109 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

110.

The allegations contained in paragraph 110 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 110 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

      ii.    <u>Red Roof (Smyrna) management and employees knew of and facilitated the sex trafficking venture at that hotel, and they specifically facilitated the trafficking of Jane Doe 1</u>

111.

The allegations contained in paragraph 111 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and contained in Paragraph 111 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

112.

The allegations contained in paragraph 112 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 112 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

113.

The allegations contained in paragraph 113 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 113 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

114.

The allegations and all subparts contained in paragraph 114 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 114 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

115.

The allegations and all subparts contained in paragraph 115 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 115 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

116.

The allegations contained in paragraph 116 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 116 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

117.

The allegations contained in paragraph 117 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 117 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

118.

The allegations contained in paragraph 118 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 118 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

119.

The allegations contained in paragraph 119 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 119 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

120.

The allegations contained in paragraph 120 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 120 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

121.

The allegations contained in paragraph 121 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 121 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

122.

The allegations contained in paragraph 122 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 122 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">123.</div>

The allegations contained in paragraph 123 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 123 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">

iii.    <u>Red Roof Defendants knew of, or should have known of, the sex trafficking venture at the Red Roof (Smyrna)</u>

</div>

<div align="center">124.</div>

The allegations contained in paragraph 124 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 124 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">125.</div>

The allegations contained in paragraph 125 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 125 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

126.

The allegations contained in paragraph 126 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 126 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

127.

The allegations contained in paragraph 127 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 127 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

128.

The allegations contained in paragraph 128 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 128 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

> a.   *Publicly available online reviews confirm the Red Roof*
> *Defendants knew, or should have known, of the sex*
> *trafficking venture and other criminal activity at the Red*
> *Roof (Smyrna)*

129.

The allegations and all subparts contained in paragraph 129 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 129 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

130.

The allegations and contained in paragraph 130 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 130 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

131.

The allegations and contained in paragraph 131 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 131 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

132.

The allegations and all subparts contained in paragraph 132 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 132 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

133.

The allegations and all subparts contained in paragraph 133 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 133 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

134.

The allegations contained in paragraph 134 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 134 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

135.

The allegations contained in paragraph 135 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 135 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

136.

The allegations contained in paragraph 136 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 136 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

137.

The allegations contained in paragraph 137 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 137 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

138.

The allegations contained in paragraph 138 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 138 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

139.

The allegations contained in paragraph 139 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 139 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

140.

The allegations contained in paragraph 140 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 140 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

       *b.*   *Law enforcement activity at the Red Roof (Smyrna) demonstrated the Red Roof Defendants knew, or should have known, of the sex trafficking venture at that hotel*

141.

The allegations and all subparts contained in paragraph 141 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 141 of the

Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

142.

The allegations contained in paragraph 142 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 142 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

          *c.*    *The sex trafficking venture at the Red Roof (Smyrna) was otherwise open and obvious*

143.

The allegations contained in paragraph 143 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 143 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

144.

The allegations contained in paragraph 144 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 144 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

145.

The allegations contained in paragraph 145 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 145 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

146.

The allegations contained in paragraph 146 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 146 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

147.

The allegations and all subparts contained in paragraph 147 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 147 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

148.

The allegations contained in paragraph 148 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 148 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

149.

The allegations and all subparts contained in paragraph 149 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 149 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

150.

The allegations and contained in paragraph 150 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 150 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

151.

The allegations contained in paragraph 151 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 151 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

152.

The allegations contained in paragraph 152 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 152 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

153.

The allegations contained in paragraph 153 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 153 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

154.

The allegations contained in paragraph 154 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 154 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

155.

The allegations contained in paragraph 155 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 155 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

156.

The allegations contained in paragraph 156 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 156 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**B.    The Red Roof (Atlanta) Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew or Should Have Known They Were Benefitting Financially From Such a Venture**

i.    The Red Roof (Atlanta) Sex Trafficking Venture

157.

The allegations contained in paragraph 157 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 157 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

158.

The allegations contained in paragraph 158 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 158 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

159.

The allegations contained in paragraph 159 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 159 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

160.

The allegations contained in paragraph 160 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 160 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

> ii.    <u>Red Roof (Atlanta) management and employees knew of and facilitated the sex trafficking venture at that hotel, and they specifically facilitated the trafficking of Jane Doe 1</u>

161.

The allegations contained in paragraph 161 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 161 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

162.

The allegations contained in paragraph 162 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 162 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

163.

The allegations contained in paragraph 163 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 163 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

164.

The allegations contained in paragraph 164 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 164 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

165.

The allegations contained in paragraph 165 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 165 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

166.

The allegations contained in paragraph 166 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 166 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

  iii. <u>The Red Roof (Atlanta) Defendants knew of, or should have known of, the sex trafficking venture at the Red Roof (Atlanta)</u>

167.

The allegations contained in paragraph 167 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 167 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

168.

The allegations contained in paragraph 168 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 168 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

169.

The allegations and all subparts contained in paragraph 169 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 169 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

170.

The allegations contained in paragraph 170 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 170 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

171.

The allegations contained in paragraph 171 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 171 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**C.** **The Suburban Extended Stay Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew or Should Have Known They Were Benefitting Financially From Such a Venture**

    i.    <u>The Suburban Extended Stay (Chamblee) Sex Trafficking Venture</u>

172.

The allegations contained in paragraph 172 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 172 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

173.

The allegations contained in paragraph 173 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 173 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

174.

The allegations contained in paragraph 174 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 174 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

175.

The allegations contained in paragraph 175 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 175 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

ii.   <u>Suburban Extended Stay (Chamblee) management and employees knew of and facilitated the sex trafficking venture at that hotel, and they specifically facilitated the trafficking of Jane Doe 1</u>

176.

The allegations contained in paragraph 176 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 176 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

177.

The allegations contained in paragraph 177 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 177 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

178.

The allegations contained in paragraph 178 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 178 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

179.

The allegations contained in paragraph 179 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 179 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

180.

The allegations contained in paragraph 180 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 180 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

181.

The allegations contained in paragraph 181 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 181 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

182.

The allegations contained in paragraph 182 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 182 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

183.

The allegations contained in paragraph 183 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 183 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

184.

The allegations contained in paragraph 184 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 184 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

185.

The allegations contained in paragraph 185 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 185 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

186.

The allegations contained in paragraph 186 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 186 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

187.

The allegations contained in paragraph 187 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 187 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

     iii.   <u>The Suburban Extended Stay Defendants knew of, or should have known of, the sex trafficking venture at the Suburban Extended Stay (Chamblee)</u>

188.

The allegations contained in paragraph 188 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 188 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

189.

The allegations contained in paragraph 189 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 189 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

   a.   *Publicly available online reviews confirm Suburban Extended Stay Defendants knew, or should have known, of the sex trafficking venture and other criminal activity at the Suburban Extended Stay (Chamblee)*

190.

The allegations contained in paragraph 190 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 190 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

191.

The allegations and all subparts contained in paragraph 191 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 191 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

192.

The allegations contained in paragraph 192 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 192 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

193.

The allegations contained in paragraph 193 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 193 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

194.

The allegations contained in paragraph 194 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 194 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

195.

The allegations contained in paragraph 195 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 195 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

> b.   *Law enforcement activity at the Suburban Extended Stay (Chamblee) demonstrates the Suburban Extended Stay Defendants knew, or should have known, of the sex trafficking venture at that hotel*

196.

The allegations contained in paragraph 196 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 196 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

197.

The allegations and all subparts contained in paragraph 197 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations and all subparts contained in Paragraph 197 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

> c.   *The sex trafficking venture at the Suburban Extended Stay (Chamblee) was otherwise open and obvious*

198.

The allegations contained in paragraph 198 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 198 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**D.**    **The Microtel Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew or Should Have Known They Were Benefitting Financially From Such a Venture**

i.    The Microtel (Atlanta) Sex Trafficking Venture

199.

Kuzzins denies the allegations contained in Paragraph 199 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 199 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

200.

Kuzzins denies the allegations contained in Paragraph 200 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 200 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

201.

Kuzzins denies the allegations contained in Paragraph 201 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 201 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

202.

Kuzzins denies the allegations contained in Paragraph 202 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 202 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

      ii.    <u>Microtel (Atlanta) management and employees knew or and facilitated the sex trafficking venture at that hotel, and they specifically facilitated the trafficking of Jane Doe 1</u>

203.

Kuzzins denies the allegations contained in Paragraph 203 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 203 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

204.

Kuzzins denies the allegations contained in Paragraph 204 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 204 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

205.

Kuzzins denies the allegations contained in Paragraph 205 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 205 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

206.

Kuzzins denies the allegations contained in Paragraph 206 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 206 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

207.

Kuzzins denies the allegations contained in Paragraph 207 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 207 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

208.

Kuzzins denies the allegations contained in Paragraph 208 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 208 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

209.

Kuzzins denies the allegations contained in Paragraph 209 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 209 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

210.

 Kuzzins denies the allegations contained in Paragraph 210 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 210 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

211.

Kuzzins denies the allegations contained in Paragraph 211 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 211 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

212.

Kuzzins denies the allegations contained in Paragraph 212 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 212 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

213.

Kuzzins denies the allegations contained in Paragraph 213 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 213 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

214.

Kuzzins denies the allegations contained in Paragraph 214 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 214 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

215.

Kuzzins denies the allegations contained in Paragraph 215 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 215 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

216.

Kuzzins denies the allegations contained in Paragraph 216 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 216 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

217.

Kuzzins denies the allegations contained in Paragraph 217 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 217 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<p style="text-align:center">218.</p>

Kuzzins denies the allegations contained in Paragraph 218 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 218 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<p style="text-align:center">219.</p>

Kuzzins denies the allegations contained in Paragraph 219 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 219 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

220.

Kuzzins denies the allegations contained in Paragraph 220 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 220 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

iii.   The Microtel Defendant knew of, or should have known of, the sex trafficking venture at the Microtel (Atlanta)

221.

The allegations contained in paragraph 221 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 221 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

222.

The allegations contained in paragraph 222 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 222 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

223.

Kuzzins denies the allegations and all subparts contained in Paragraph 223 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and subparts contained in Paragraph 223 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

224.

The allegations contained in paragraph 224 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 224 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

225.

The allegations contained in paragraph 225 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 225 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

226.

The allegations contained in paragraph 226 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 226 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

E.   **The Ramada Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew or Should Have Known They Were Benefitting Financially From Such a Venture.**

i.   The Ramada (Alpharetta) Sex Trafficking Venture

227.

The allegations contained in paragraph 227 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 227 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

228.

The allegations contained in paragraph 228 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 228 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

229.

The allegations contained in paragraph 229 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 229 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

230.

The allegations contained in paragraph 230 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 230 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

ii. <u>The Ramada (Alpharetta) management and employees knew of and facilitated the sex trafficking venture at that hotel, and they specifically facilitated the trafficking of Jane Doe 1</u>

231.

The allegations contained in paragraph 231 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 231 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

232.

The allegations contained in paragraph 232 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 232 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

233.

The allegations contained in paragraph 233 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 233 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

234.

The allegations contained in paragraph 234 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 234 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

235.

The allegations contained in paragraph 235 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 235 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

236.

The allegations contained in paragraph 236 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 236 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

237.

The allegations contained in paragraph 237 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 237 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

238.

The allegations contained in paragraph 238 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 238 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

239.

The allegations contained in paragraph 239 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 239 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

240.

The allegations contained in paragraph 240 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 240 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

   iii.  <u>The Ramada Defendants Knew of, or should have known of, the sex trafficking venture at the Ramada (Alpharetta)</u>

241.

The allegations contained in paragraph 241 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 241 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

242.

The allegations contained in paragraph 242 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 242 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

243.

The allegations contained in paragraph 243 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 243 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

244.

Kuzzins denies the allegations and all subparts contained in Paragraph 244 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and subparts contained in Paragraph 244 of the Amended Complaint,

for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

245.

The allegations contained in paragraph 245 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 245 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

246.

The allegations contained in paragraph 246 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 246 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

247.

The allegations contained in paragraph 247 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 247 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

248.

The allegations contained in paragraph 248 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 248 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

249.

The allegations contained in paragraph 249 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 249 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**F.**   **The La Quinta Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew or Should Have Known They Were Benefitting Financially From Such a Venture**

i.   The La Quinta (Alpharetta) Sex Trafficking Venture

250.

The allegations contained in paragraph 250 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 250 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

251.

The allegations contained in paragraph 251 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 251 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

252.

The allegations contained in paragraph 252 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 252 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

253.

The allegations contained in paragraph 253 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 253 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

    ii.  <u>La Quinta (Alpharetta) management and employees knew of and facilitated the sex trafficking venture at that hotel and they</u>

specifically facilitated the trafficking of Jane Doe 1

254.

The allegations contained in paragraph 254 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 254 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

255.

The allegations contained in paragraph 255 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 255 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

256.

The allegations contained in paragraph 256 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 256 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

257.

The allegations contained in paragraph 257 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 257 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

258.

The allegations contained in paragraph 258 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 258 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

259.

The allegations contained in paragraph 259 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 259 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

260.

The allegations contained in paragraph 260 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 260 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

261.

The allegations contained in paragraph 261 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 261 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

iii.   <u>The La Quinta Defendants knew of, or should have known of, the sex trafficking venture at the La Quinta (Alpharetta)</u>

262.

The allegations contained in paragraph 262 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 262 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

262.

The allegations contained in paragraph 262 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 262 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

263.

The allegations contained in paragraph 263 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 263 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

264.

The allegations contained in paragraph 264 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 264 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

265.

Kuzzins denies the allegations and all subparts contained in Paragraph 265 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and subparts contained in Paragraph 265 of the Amended Complaint,

for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

266.

The allegations contained in paragraph 266 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 266 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

267.

The allegations contained in paragraph 267 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 267 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

268.

The allegations contained in paragraph 268 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 268 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

G.    **The Americas Best Defendants Participated in a Sex Trafficking Venture Whose Victims Included Jane Doe 1, and They Knew or Should Have Known They Were Benefitting Financially From Such a Venture**

i.    The Americas Best (Atlanta) Sex Trafficking Venture

269.

The allegations contained in paragraph 269 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 269 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

270.

The allegations contained in paragraph 270 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 270 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

271.

The allegations contained in paragraph 271 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 271 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

272.

The allegations contained in paragraph 272 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 272 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

    ii.  <u>Americas Best (Atlanta) management and employees knew of and facilitated the sex trafficking venture at that hotel and they specifically facilitated the trafficking of Jane Doe 1</u>

273.

The allegations contained in paragraph 273 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 273 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

274.

The allegations contained in paragraph 274 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 274 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

275.

The allegations contained in paragraph 275 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 275 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

276.

The allegations contained in paragraph 276 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 276 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

277.

The allegations contained in paragraph 277 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 277 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

278.

The allegations contained in paragraph 278 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 278 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

279.

The allegations contained in paragraph 279 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 279 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

280.

The allegations contained in paragraph 280 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 280 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

   iii. <u>The Americas Best Defendants knew of, or should have known of, the sex trafficking venture at the Americas Best (Atlanta)</u>

281.

The allegations contained in paragraph 281 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 281 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

282.

The allegations contained in paragraph 282 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 282 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

      a.   *Vantage controls its hotels and undertakes the responsibility of training employees and owners of Americas Best (Atlanta), inspecting its hotels and monitoring criminal activity at Americas Best*

283.

The allegations contained in paragraph 283 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 283 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

284.

The allegations contained in paragraph 284 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 284 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

285.

The allegations contained in paragraph 285 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 285 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

286.

The allegations contained in paragraph 286 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 286 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

287.

The allegations contained in paragraph 287 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 287 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

288.

The allegations contained in paragraph 288 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 288 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

289.

The allegations contained in paragraph 289 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 289 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

290.

The allegations contained in paragraph 290 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 290 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

291.

The allegations contained in paragraph 291 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 291 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

289.

The allegations contained in paragraph 289 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 289 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

290.

The allegations contained in paragraph 290 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 290 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

291.

The allegations contained in paragraph 291 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 291 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

292.

The allegations contained in paragraph 292 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 292 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

293.

The allegations contained in paragraph 293 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 293 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

294.

The allegations contained in paragraph 294 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 294 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

295.

The allegations contained in paragraph 295 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 295 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

296.

The allegations contained in paragraph 296 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 296 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

297.

The allegations contained in paragraph 297 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 297 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

298.

The allegations contained in paragraph 298 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 298 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

299.

The allegations contained in paragraph 299 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 299 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

300.

The allegations contained in paragraph 300 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 300 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

301.

The allegations contained in paragraph 301 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 301 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

> b.    *Publicly available online reviews confirm Americas Best Defendants knew, or should have known, of the sex trafficking venture and other criminal activity at Americas Best (Atlanta)*

302.

The allegations contained in paragraph 302 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 302 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

303.

Kuzzins denies the allegations and all subparts contained in Paragraph 303 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and subparts contained in Paragraph 303 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth

thereof, and puts Plaintiff upon strict proof of the same.

304.

The allegations contained in paragraph 304 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 304 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

305.

The allegations contained in paragraph 305 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 305 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

306.

The allegations contained in paragraph 306 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 306 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**H.** **The Hampton Inn (NDH Atlanta) Defendants Participated
in a Sex Trafficking Venture Whose Victims Included Jane
Doe 1, and They Knew or Should Have Known They Were
Benefitting Financially From Such a Venture**

i.    The Hampton Inn (NDH Atlanta) Sex Trafficking Venture

307.

The allegations contained in paragraph 307 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 307 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

308.

The allegations contained in paragraph 308 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 308 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

309.

The allegations contained in paragraph 309 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 309 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

310.

The allegations contained in paragraph 310 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 310 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

    ii.   <u>Hampton Inn (NDH Atlanta) management and employees knew of and facilitated the sex trafficking venture at that hotel, and they specifically facilitated the trafficking of Jane Doe 1</u>

311.

The allegations contained in paragraph 311 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 311 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

312.

The allegations contained in paragraph 312 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 312 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

313.

The allegations contained in paragraph 313 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 313 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

314.

The allegations contained in paragraph 314 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 314 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

315.

The allegations contained in paragraph 315 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 315 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

316.

The allegations contained in paragraph 316 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 316 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

317.

The allegations contained in paragraph 317 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 317 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

318.

The allegations contained in paragraph 318 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 318 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

319.

The allegations contained in paragraph 319 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 319 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

      iii.   <u>The Hampton Inn (NDH Atlanta) Defendants knew of, or should have known of, the sex trafficking venture at the Hampton Inn (NDH Atlanta)</u>

320.

The allegations contained in paragraph 320 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 320 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

321.

The allegations contained in paragraph 321 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 321 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

322.

The allegations contained in paragraph 322 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 322 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

323.

The allegations contained in paragraph 323 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 323 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

324.

The allegations contained in paragraph 324 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 324 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

325.

The allegations contained in paragraph 325 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 325 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<p style="text-align:center">326.</p>

The allegations contained in paragraph 326 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 326 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div style="text-align:center">

**PLAINTIFF'S CLAIMS**
**Trafficking Victims Protection Reauthorization Act Claims**
**(Allegations Common to Counts 1 - 24)**

</div>

<p style="text-align:center">327.</p>

Kuzzins can neither admit nor deny the allegations contained in Paragraph 327 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<p style="text-align:center">328.</p>

Kuzzins denies the allegations contained in Paragraph 328 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 328 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

329.

Kuzzins denies the allegations contained in Paragraph 329 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 329 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

330.

Kuzzins can neither admit nor deny the allegations contained in Paragraph 330 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

331.

Kuzzins denies the allegations contained in Paragraph 331 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 331 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

332.

Kuzzins denies the allegations contained in Paragraph 332 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 332 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">

**COUNT ONE**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Claim**
**18 U.S.C. §§ 1591(a)(1), 1595(a)**
**(Against Red Roof (Smyrna) Defendants)**

</div>

333.

In response to the allegations contained in Paragraph 333 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

332 above, as if restated in full and set forth specifically herein.

334.

The allegations contained in paragraph 334 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 334 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

335.

The allegations contained in paragraph 335 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 335 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

336.

The allegations contained in paragraph 336 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 336 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

337.

The allegations contained in paragraph 337 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 337 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

338.

The allegations contained in paragraph 338 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 338 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

339.

The allegations contained in paragraph 339 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 339 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

340.

Kuzzins denies the allegations contained in Paragraph 340 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 340 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT TWO**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Financial Beneficiary Claim**
**18 U.S.C. §§ 1591(a)(2), 1595(a)**
**(Against Red Roof (Smyrna) Defendants)**

341.

In response to the allegations contained in Paragraph 341 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 340 above, as if restated in full and set forth specifically herein.

342.

The allegations contained in paragraph 342 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 342 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

343.

The allegations contained in paragraph 343 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 343 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

344.

The allegations contained in paragraph 344 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 344 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

345.

The allegations contained in paragraph 345 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 345 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

346.

The allegations contained in paragraph 346 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 346 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

347.

The allegations contained in paragraph 347 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 347 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

348.

The allegations contained in paragraph 348 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 348 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

349.

Kuzzins denies the allegations contained in Paragraph 349 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 349 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT THREE
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking
### Negligent Financial Beneficiary Claim
### 18 U.S.C. § 1595(a)
### (Against Red Roof (Smyrna) Defendants)

350.

In response to the allegations contained in Paragraph 350 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 349 above, as if restated in full and set forth specifically herein.

351.

The allegations contained in paragraph 351 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 351 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

352.

The allegations contained in paragraph 352 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 352 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

353.

The allegations contained in paragraph 353 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 353 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

354.

The allegations contained in paragraph 354 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 354 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

355.

The allegations contained in paragraph 355 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 355 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

356.

Kuzzins denies the allegations contained in Paragraph 356 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 356 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

357.

Kuzzins denies the allegations contained in Paragraph 357 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 347 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT FOUR
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking Perpetrator Claim
### 18 U.S.C. §§ 1591(a)(1), 1595(a)
### (Against Red Roof (Atlanta) Defendants)

358.

In response to the allegations contained in Paragraph 358 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 357 above, as if restated in full and set forth specifically herein.

359.

The allegations contained in paragraph 359 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 359 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

360.

The allegations contained in paragraph 360 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 360 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

361.

The allegations contained in paragraph 361 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 361 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

362.

The allegations contained in paragraph 362 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 362 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

363.

The allegations contained in paragraph 363 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 363 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

364.

The allegations contained in paragraph 364 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 364 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

365.

Kuzzins denies the allegations contained in Paragraph 365 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 365 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT FIVE**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Financial Beneficiary Claim**
**18 U.S.C. §§ 1591(a)(2), 1595(a)**
**(Against Red Roof (Atlanta) Defendants)**

366.

In response to the allegations contained in Paragraph 366 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

365 above, as if restated in full and set forth specifically herein.

367.

The allegations contained in paragraph 367 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 367 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

368.

The allegations contained in paragraph 368 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 368 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

369.

The allegations contained in paragraph 369 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 369 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

370.

The allegations contained in paragraph 370 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 370 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

371.

The allegations contained in paragraph 371 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 371 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

372.

The allegations contained in paragraph 372 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 372 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

373.

The allegations contained in paragraph 373 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 373 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

374.

Kuzzins denies the allegations contained in Paragraph 374 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 374 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT SIX**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Negligent Financial Beneficiary Claim**
**18 U.S.C. § 1595(a)**
**(Against Red Roof (Atlanta) Defendants)**

375.

In response to the allegations contained in Paragraph 375 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 374 above, as if restated in full and set forth specifically herein.

376.

The allegations contained in paragraph 376 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 376 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

377.

The allegations contained in paragraph 377 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 377 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

378.

The allegations contained in paragraph 378 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 378 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

379.

The allegations contained in paragraph 379 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 379 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">380.</div>

The allegations contained in paragraph 380 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 380 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">381.</div>

The allegations contained in paragraph 381 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 381 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">382.</div>

Kuzzins denies the allegations contained in Paragraph 382 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 382 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

## COUNT SEVEN
## Trafficking Victim Protection Reauthorization Act – Sex Trafficking
## Perpetrator Claim
## 18 U.S.C. §§ 1591(a)(1), 1595(a)
## (Against Suburban Extended Stay Defendants)

### 383.

In response to the allegations contained in Paragraph 383 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 382 above, as if restated in full and set forth specifically herein.

### 384.

The allegations contained in paragraph 384 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 384 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

### 385.

The allegations contained in paragraph 385 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 385 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

386.

The allegations contained in paragraph 386 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 386 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

387.

The allegations contained in paragraph 387 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 387 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

388.

The allegations contained in paragraph 388 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 388 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

389.

The allegations contained in paragraph 389 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 389 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

390.

Kuzzins denies the allegations contained in Paragraph 390 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 390 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT EIGHT**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Financial Beneficiary Claim**
**18 U.S.C. §§ 1591(a)(2), 1595(a)**
**(Against Suburban Extended Stay Defendants)**

391.

In response to the allegations contained in Paragraph 391 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 390 above, as if restated in full and set forth specifically herein.

392.

The allegations contained in paragraph 392 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 392 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

393.

The allegations contained in paragraph 393 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 393 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

394.

The allegations contained in paragraph 394 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 394 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

395.

The allegations contained in paragraph 395 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 395 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

396.

The allegations contained in paragraph 396 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 396 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

397.

The allegations contained in paragraph 397 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 397 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

398.

The allegations contained in paragraph 398 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 398 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

399.

Kuzzins denies the allegations contained in Paragraph 399 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 399 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">

**COUNT NINE**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Negligent Financial Beneficiary Claim**
**18 U.S.C. § 1595(a)**
**(Against Suburban Extended Stay Defendants)**

</div>

400.

In response to the allegations contained in Paragraph 400 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

399 above, as if restated in full and set forth specifically herein.

400.

The allegations contained in paragraph 400 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 400 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

401.

The allegations contained in paragraph 401 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 401 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

402.

The allegations contained in paragraph 402 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 402 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

403.

The allegations contained in paragraph 403 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 403 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

404.

The allegations contained in paragraph 404 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 404 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

405.

The allegations contained in paragraph 405 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 405 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

406.

The allegations contained in paragraph 406 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 406 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

407.

Kuzzins denies the allegations contained in Paragraph 407 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 407 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

### COUNT TEN
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking
### Perpetrator Claim
### 18 U.S.C. §§ 1591(a)(1), 1595(a)
### (Against La Quinta Defendants)

408.

In response to the allegations contained in Paragraph 408 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

407 above, as if restated in full and set forth specifically herein.

409.

The allegations contained in paragraph 409 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 409 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

410.

The allegations contained in paragraph 410 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 410 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

411.

The allegations contained in paragraph 411 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 411 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

412.

The allegations contained in paragraph 412 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 412 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

413.

The allegations contained in paragraph 413 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 413 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

414.

The allegations contained in paragraph 414 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 414 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

415.

Kuzzins denies the allegations contained in Paragraph 415 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 415 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT ELEVEN
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking Perpetrator Financial Beneficiary Claim
### 18 U.S.C. §§ 1591(a)(2), 1595(a)
### (Against La Quinta Defendants)

416.

In response to the allegations contained in Paragraph 416 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 415 above, as if restated in full and set forth specifically herein.

416.

The allegations contained in paragraph 416 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 416 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

417.

The allegations contained in paragraph 417 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 417 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

418.

The allegations contained in paragraph 418 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 418 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

419.

The allegations contained in paragraph 419 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 419 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

420.

The allegations contained in paragraph 420 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 420 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

421.

The allegations contained in paragraph 421 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 421 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

422.

The allegations contained in paragraph 422 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 422 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

423.

The allegations contained in paragraph 423 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 423 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

424.

Kuzzins denies the allegations contained in Paragraph 424 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 424 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT TWELVE
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking
### Negligent Financial Beneficiary Claim
### 18 U.S.C. § 1595(a)
### (Against La Quinta Defendants)

425.

In response to the allegations contained in Paragraph 425 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 424 above, as if restated in full and set forth specifically herein.

426.

The allegations contained in paragraph 426 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 426 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

427.

The allegations contained in paragraph 427 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 427 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

428.

The allegations contained in paragraph 428 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 428 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

429.

The allegations contained in paragraph 429 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 429 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

430.

The allegations contained in paragraph 430 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 430 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

431.

Kuzzins denies the allegations contained in Paragraph 431 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 431 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

432.

Kuzzins denies the allegations contained in Paragraph 432 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 432 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT THIRTEEN**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Claim**
**18 U.S.C. §§ 1591(a)(1), 1595(a)**
**(Against Microtel Defendants)**

433.

In response to the allegations contained in Paragraph 433 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 432 above, as if restated in full and set forth specifically herein.

434.

Kuzzins denies the allegations contained in Paragraph 434 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 434 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

435.

Kuzzins denies the allegations contained in Paragraph 435 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 435 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

436.

Kuzzins denies the allegations contained in Paragraph 436 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 436 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

437.

Kuzzins denies the allegations contained in Paragraph 437 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 437 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

438.

Kuzzins denies the allegations contained in Paragraph 438 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 438 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

439.

Kuzzins denies the allegations contained in Paragraph 439 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 439 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

440.

Kuzzins denies the allegations contained in Paragraph 440 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 440 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT FOURTEEN**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking Perpetrator Financial Beneficiary Claim**
**18 U.S.C. §§ 1591(a)(2), 1595(a)**
**(Against Microtel Defendants)**

441.

In response to the allegations contained in Paragraph 441 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 440 above, as if restated in full and set forth specifically herein.

442.

Kuzzins denies the allegations contained in Paragraph 442 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 442 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

443.

Kuzzins denies the allegations contained in Paragraph 443 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 443 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

444.

Kuzzins denies the allegations contained in Paragraph 444 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 444 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

445.

Kuzzins denies the allegations and all subparts contained in Paragraph 445 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 445 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

446.

Kuzzins denies the allegations contained in Paragraph 446 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 446 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

447.

Kuzzins denies the allegations contained in Paragraph 447 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 447 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

448.

Kuzzins denies the allegations and contained in Paragraph 448 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 448 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

449.

Kuzzins denies the allegations contained in Paragraph 449 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 449 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

**COUNT FIFTEEN**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Negligent Financial Beneficiary Claim**
**18 U.S.C. § 1595(a)**
**(Against Microtel Defendants)**

450.

In response to the allegations contained in Paragraph 450 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

449 above, as if restated in full and set forth specifically herein.

451.

Kuzzins denies the allegations contained in Paragraph 451 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 451 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">452.</div>

Kuzzins denies the allegations contained in Paragraph 452 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 452 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">453.</div>

Kuzzins denies the allegations contained in Paragraph 453 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 453 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">454.</div>

Kuzzins denies the allegations contained in Paragraph 454 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 454 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

456.

Kuzzins denies the allegations contained in Paragraph 455 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 455 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

456.

Kuzzins denies the allegations contained in Paragraph 456 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 456 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

457.

Kuzzins denies the allegations contained in Paragraph 457 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and

contained in Paragraph 457 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT SIXTEEN
## Trafficking Victim Protection Reauthorization Act – Sex Trafficking Perpetrator Claim
## 18 U.S.C. §§ 1591(a)(1), 1595(a)
## (Against Ramada Defendants)

458.

In response to the allegations contained in Paragraph 458 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 457 above, as if restated in full and set forth specifically herein.

459.

The allegations contained in paragraph 459 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 459 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

460.

The allegations contained in paragraph 460 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 460 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

461.

The allegations contained in paragraph 461 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 461 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

462.

The allegations contained in paragraph 462 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 462 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

463.

The allegations contained in paragraph 463 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 463 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

464.

The allegations contained in paragraph 464 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 464 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

465.

Kuzzins denies the allegations contained in Paragraph 465 of the Amended
Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.
Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained
in Paragraph 465 of the Amended Complaint, for want of knowledge or
information sufficient to form a belief as to the truth thereof, and puts Plaintiff
upon strict proof of the same.

**COUNT SEVENTEEN**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Financial Beneficiary Claim**
**18 U.S.C. §§ 1591(a)(2), 1595(a)**
**(Against Ramada Defendants)**

466.

In response to the allegations contained in Paragraph 466 of the Plaintiff's
Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through
465 above, as if restated in full and set forth specifically herein.

467.

The allegations contained in paragraph 467 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 467 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

468.

The allegations contained in paragraph 468 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 468 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

469.

The allegations contained in paragraph 469 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 469 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

470.

The allegations contained in paragraph 470 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 470 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

471.

The allegations contained in paragraph 471 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 471 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

472.

The allegations contained in paragraph 472 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 472 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

473.

The allegations contained in paragraph 473 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 473 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">474.</div>

Kuzzins denies the allegations contained in Paragraph 474 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 474 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">

**COUNT EIGHTEEN**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Negligent Financial Beneficiary Claim**
**18 U.S.C. § 1595(a)**
**(Against Ramada Defendants)**

</div>

<div align="center">475.</div>

In response to the allegations contained in Paragraph 475 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 474 above, as if restated in full and set forth specifically herein.

<div align="center">476.</div>

The allegations contained in paragraph 476 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 476 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

477.

The allegations contained in paragraph 477 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 477 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

478.

The allegations contained in paragraph 478 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 478 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

479.

The allegations contained in paragraph 479 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 479 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

480.

The allegations contained in paragraph 480 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 480 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

481.

The allegations contained in paragraph 481 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 481 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

482.

Kuzzins denies the allegations contained in Paragraph 482 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 482 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT NINETEEN
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking Perpetrator Claim
### 18 U.S.C. §§ 1591(a)(1), 1595(a)
### (Against Americas Best Defendants)

483.

In response to the allegations contained in Paragraph 483 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 482 above, as if restated in full and set forth specifically herein.

484.

The allegations contained in paragraph 484 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 484 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

485.

The allegations contained in paragraph 485 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 485 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

486.

The allegations contained in paragraph 486 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 486 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

487.

The allegations contained in paragraph 487 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 487 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

488.

The allegations contained in paragraph 488 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 488 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

489.

The allegations contained in paragraph 489 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 489 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

490.

Kuzzins denies the allegations contained in Paragraph 490 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 490 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT TWENTY**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Financial Beneficiary Claim**
**18 U.S.C. §§ 1591(a)(2), 1595(a)**
**(Against Americas Best Defendants)**

491.

In response to the allegations contained in Paragraph 491 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 490 above, as if restated in full and set forth specifically herein.

492.

The allegations contained in paragraph 492 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 492 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

493.

The allegations contained in paragraph 493 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 493 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

494.

The allegations contained in paragraph 494 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 494 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

495.

The allegations contained in paragraph 495 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 495 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

496.

The allegations contained in paragraph 496 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 496 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

497.

The allegations contained in paragraph 497 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 497 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

498.

The allegations contained in paragraph 498 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 498 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

499.

Kuzzins denies the allegations contained in Paragraph 499 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 499 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

### COUNT TWENTY-ONE
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking
### Negligent Financial Beneficiary Claim
### 18 U.S.C. § 1595(a)
### (Against Americas Best Defendants)

500.

In response to the allegations contained in Paragraph 500 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

499 above, as if restated in full and set forth specifically herein.

501.

The allegations contained in paragraph 501 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 501 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

502.

The allegations contained in paragraph 502 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 502 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

503.

The allegations contained in paragraph 503 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 503 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

504.

The allegations contained in paragraph 504 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 504 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

505.

The allegations contained in paragraph 505 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 505 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

506.

The allegations contained in paragraph 506 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 506 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

507.

Kuzzins denies the allegations contained in Paragraph 507 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 507 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT TWENTY-TWO**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Perpetrator Claim**
**18 U.S.C. §§ 1591(a)(1), 1595(a)**
**(Against Hampton Inn (NDH Atlanta) Defendants)**

508.

In response to the allegations contained in Paragraph 508 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 507 above, as if restated in full and set forth specifically herein.

509.

The allegations contained in paragraph 509 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 509 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

510.

The allegations contained in paragraph 510 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 510 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

511.

The allegations contained in paragraph 511 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 511 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

512.

The allegations contained in paragraph 512 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 512 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

513.

The allegations contained in paragraph 513 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 513 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

514.

The allegations contained in paragraph 514 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 514 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

515.

Kuzzins denies the allegations contained in Paragraph 515 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 515 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

### COUNT TWENTY-THREE
### Trafficking Victim Protection Reauthorization Act – Sex Trafficking
### Perpetrator Financial Beneficiary Claim
### 18 U.S.C. §§ 1591(a)(2), 1595(a)
### (Against Hampton Inn (NDH Atlanta) Defendants)

516.

In response to the allegations contained in Paragraph 516 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

515 above, as if restated in full and set forth specifically herein.

517.

The allegations contained in paragraph 517 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 517 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

518.

The allegations contained in paragraph 518 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 518 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

519.

The allegations contained in paragraph 519 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 519 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

520.

The allegations contained in paragraph 520 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 520 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

521.

The allegations contained in paragraph 521 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 521 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

522.

The allegations contained in paragraph 522 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 522 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

523.

The allegations contained in paragraph 523 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 523 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

524.

Kuzzins denies the allegations contained in Paragraph 524 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 524 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">

**COUNT TWENTY-FOUR**
**Trafficking Victim Protection Reauthorization Act – Sex Trafficking**
**Negligent Financial Beneficiary Claim**
**18 U.S.C. § 1595(a)**
**(Against Hampton Inn (NDH Atlanta) Defendants)**

525.

</div>

In response to the allegations contained in Paragraph 525 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

524 above, as if restated in full and set forth specifically herein.

<div align="center">

526.

</div>

The allegations contained in paragraph 526 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 526 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

<div align="center">

527.

</div>

The allegations contained in paragraph 527 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 527 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

528.

The allegations contained in paragraph 528 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 528 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

529.

The allegations contained in paragraph 529 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 529 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

530.

The allegations contained in paragraph 530 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 530 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

531.

The allegations contained in paragraph 531 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 531 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

532.

Kuzzins denies the allegations contained in Paragraph 532 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 532 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## VIOLATIONS OF THE GEORGIA RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (Allegations Common to Counts 25 - 38)

533.

Kuzzins denies the allegations contained in Paragraph 533 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 533 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**A.** **Acts of Racketeering Activity**

i.     Sex Trafficking in Violation of Federal Law

534.

Kuzzins denies the allegations contained in Paragraph 534 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 534 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

ii.     Sex Trafficking in Violation of State Law

535.

Kuzzins denies the allegations contained in Paragraph 535 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 535 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

536.

Kuzzins denies the allegations and all subparts contained in Paragraph 536 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 536 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

537.

Kuzzins denies the allegations contained in Paragraph 537 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 537 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same

538.

Kuzzins denies the allegations contained in Paragraph 538 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 538 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">539.</div>

Kuzzins denies the allegations contained in Paragraph 539 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 539 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">540.</div>

Kuzzins denies the allegations contained in Paragraph 540 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 540 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">541.</div>

Kuzzins denies the allegations and all subparts contained in Paragraph 541 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 541 of the Amended

Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<center>542.</center>

Kuzzins denies the allegations contained in Paragraph 542 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 542 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<center>iii.   <u>False Imprisonment</u></center>

<center>543.</center>

Kuzzins denies the allegations contained in Paragraph 543 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 543 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<center>544.</center>

Kuzzins denies the allegations and all subparts contained in Paragraph 544 of the Amended Complaint to the extent that it implies any wrongdoing on the part

of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining

allegations and all subparts contained in Paragraph 544 of the Amended

Complaint, for want of knowledge or information sufficient to form a belief as to

the truth thereof, and puts Plaintiff upon strict proof of the same.

      iv.    <u>Battery</u>

545.

Kuzzins denies the allegations contained in Paragraph 545 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 545 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

      v.    <u>Keeping a Place of Prostitution</u>

546.

Kuzzins denies the allegations contained in Paragraph 546 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 546 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

547.

Kuzzins denies the allegations and all subparts contained in Paragraph 547 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 547 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

548.

Kuzzins denies the allegations and all subparts contained in Paragraph 548 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 548 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

     vi.   <u>Pimping</u>

549.

Kuzzins denies the allegations contained in Paragraph 549 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 549 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

    vii.   <u>Pandering</u>

550.

Kuzzins denies the allegations contained in Paragraph 550 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 550 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

551.

Kuzzins denies the allegations and all subparts contained in Paragraph 551 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 551 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

552.

Kuzzins denies the allegations contained in Paragraph 552 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 552 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**B.**     <u>**The Acts of Racketeering Activity Formed a Pattern**</u>

553.

Kuzzins denies the allegations contained in Paragraph 553 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 553 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

554.

Kuzzins denies the allegations contained in Paragraph 554 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 554 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

555.

Kuzzins denies the allegations contained in Paragraph 555 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 555 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

556.

Kuzzins denies the allegations contained in Paragraph 556 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 556 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

557.

Kuzzins denies the allegations contained in Paragraph 557 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 557 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">558.</div>

Kuzzins denies the allegations contained in Paragraph 558 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 558 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">559.</div>

Kuzzins denies the allegations contained in Paragraph 559 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 559 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">560.</div>

Kuzzins denies the allegations and all subparts contained in Paragraph 560 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations and all subparts contained in Paragraph 560 of the Amended

Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<p align="center"><b><u>COUNT TWENTY-FIVE</u></b><br><b><u>Violations of the Georgia Racketeer Influenced and Corrupt</u></b><br><b><u>Organizations Act O.C.G.A. § 16-14-4(c)</u></b><br><b><u>(Against Red Roof (Smyrna) Defendants)</u></b></p>

<p align="center">561.</p>

In response to the allegations contained in Paragraph 561 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 560 above, as if restated in full and set forth specifically herein.

<p align="center">562.</p>

The allegations contained in paragraph 562 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 562 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<p align="center">563.</p>

The allegations contained in paragraph 563 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 563 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

564.

The allegations contained in paragraph 564 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 564 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

565.

The allegations contained in paragraph 565 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 565 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

566.

The allegations contained in paragraph 566 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 566 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

567.

The allegations contained in paragraph 567 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 567 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

568.

The allegations contained in paragraph 568 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 568 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

569.

The allegations contained in paragraph 569 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 569 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

570.

The allegations contained in paragraph 570 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 570 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT TWENTY-SIX**
**Georgia Racketeer Influenced and Corrupt Organizations Act**
**O.C.G.A. § 16-14-4(a)**
**(Against Red Roof (Smyrna) Defendants)**

571.

In response to the allegations contained in Paragraph 571 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 570 above, as if restated in full and set forth specifically herein.

572.

The allegations contained in paragraph 572 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 572 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

573.

The allegations contained in paragraph 573 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 573 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

574.

The allegations contained in paragraph 574 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 574 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

575.

The allegations contained in paragraph 575 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 575 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

576.

The allegations contained in paragraph 576 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 576 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT TWENTY-SEVEN**
**Violations of the Georgia Racketeer Influenced and Corrupt**
**Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Red Roof (Atlanta) Defendants)**

577.

In response to the allegations contained in Paragraph 577 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 577 above, as if restated in full and set forth specifically herein.

578.

The allegations contained in paragraph 578 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 578 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

579.

The allegations contained in paragraph 579 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 579 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

580.

The allegations contained in paragraph 580 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 580 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

581.

The allegations contained in paragraph 581 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 581 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

582.

The allegations contained in paragraph 582 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 582 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

583.

The allegations contained in paragraph 583 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 583 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

584.

The allegations contained in paragraph 584 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 584 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

585.

The allegations contained in paragraph 585 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 585 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

586.

The allegations contained in paragraph 586 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 586 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT TWENTY-EIGHT
## Georgia Racketeer Influenced and Corrupt Organizations Act
## O.C.G.A. § 16-14-4(a)
## (Against Red Roof (Atlanta) Defendants)

587.

In response to the allegations contained in Paragraph 587 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 587 above, as if restated in full and set forth specifically herein.

588.

The allegations contained in paragraph 588 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 588 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

589.

The allegations contained in paragraph 589 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 589 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

590.

The allegations contained in paragraph 590 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 590 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

591.

The allegations contained in paragraph 591 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 591 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

592.

The allegations contained in paragraph 592 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 592 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

593.

The allegations contained in paragraph 593 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 593 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT TWENTY-NINE**
**Violations of the Georgia Racketeer Influenced and Corrupt**
**Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Suburban Extended Stay Defendants)**

594.

In response to the allegations contained in Paragraph 594 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

593 above, as if restated in full and set forth specifically herein.

595.

The allegations contained in paragraph 595 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 595 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

596.

The allegations contained in paragraph 596 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 596 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

597.

The allegations contained in paragraph 597 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 597 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

598.

The allegations contained in paragraph 598 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 598 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

599.

The allegations contained in paragraph 599 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 599 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

600.

The allegations contained in paragraph 600 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 600 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

601.

The allegations contained in paragraph 601 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 601 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

602.

The allegations contained in paragraph 602 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 602 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

603.

The allegations contained in paragraph 603 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 603 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT THIRTY**
**Georgia Racketeer Influenced and Corrupt Organizations Act**
**O.C.G.A. § 16-14-4(a)**
**(Against Suburban Extended Stay Defendants)**

604.

In response to the allegations contained in Paragraph 604 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 603 above, as if restated in full and set forth specifically herein.

605.

The allegations contained in paragraph 605 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 605 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

606.

The allegations contained in paragraph 606 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 606 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

607.

The allegations contained in paragraph 607 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 607 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

608.

The allegations contained in paragraph 608 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 608 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

609.

The allegations contained in paragraph 609 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 609 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

610.

The allegations contained in paragraph 610 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 610 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT THIRTY-ONE**
**Violations of the Georgia Racketeer Influenced and Corrupt**
**Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against La Quinta Defendants)**

611.

In response to the allegations contained in Paragraph 611 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 610 above, as if restated in full and set forth specifically herein.

612.

The allegations contained in paragraph 612 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 612 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

613.

The allegations contained in paragraph 613 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 613 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

614.

The allegations contained in paragraph 614 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 614 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

615.

The allegations contained in paragraph 615 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 615 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

616.

The allegations contained in paragraph 616 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 616 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

617.

The allegations contained in paragraph 617 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 617 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

618.

The allegations contained in paragraph 618 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 618 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

619.

The allegations contained in paragraph 619 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 619 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

620.

The allegations contained in paragraph 620 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 620 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT THIRTY-TWO
## Georgia Racketeer Influenced and Corrupt Organizations Act
## O.C.G.A. § 16-14-4(a)
## (Against La Quinta Defendants)

621.

In response to the allegations contained in Paragraph 621 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 620 above, as if restated in full and set forth specifically herein.

622.

The allegations contained in paragraph 622 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 622 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

623.

The allegations contained in paragraph 623 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 623 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

624.

The allegations contained in paragraph 624 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 624 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

625.

The allegations contained in paragraph 625 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 625 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

626.

The allegations contained in paragraph 626 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 626 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

627.

The allegations contained in paragraph 627 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 627 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">

**COUNT THIRTY-THREE**
**Violations of the Georgia Racketeer Influenced and Corrupt**
**Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Microtel Defendants)**

</div>

<div align="center">

628.

</div>

In response to the allegations contained in Paragraph 628 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 627 above, as if restated in full and set forth specifically herein.

<div align="center">

629.

</div>

Kuzzins denies the allegations contained in Paragraph 629 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 629 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">

630.

</div>

Kuzzins denies the allegations contained in Paragraph 630 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 630 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

631.

Kuzzins denies the allegations contained in Paragraph 631 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 631 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

632.

Kuzzins denies the allegations contained in Paragraph 632 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 632 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

633.

Kuzzins denies the allegations contained in Paragraph 633 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 633 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">634.</div>

Kuzzins denies the allegations contained in Paragraph 634 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 634 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<div align="center">635.</div>

Kuzzins denies the allegations contained in Paragraph 635 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 635 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

636.

Kuzzins denies the allegations contained in Paragraph 636 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 636 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

637.

Kuzzins denies the allegations contained in Paragraph 637 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 637 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT THIRTY-FOUR
### Georgia Racketeer Influenced and Corrupt Organizations Act
### O.C.G.A. § 16-14-4(a)
### (Against Microtel Defendants)

638.

In response to the allegations contained in Paragraph 638 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 637 above, as if restated in full and set forth specifically herein.

639.

Kuzzins denies the allegations contained in Paragraph 639 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 639 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

640.

Kuzzins denies the allegations contained in Paragraph 640 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 640 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

641.

Kuzzins denies the allegations contained in Paragraph 641 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 641 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

642.

Kuzzins denies the allegations contained in Paragraph 642 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 642 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

643.

Kuzzins denies the allegations contained in Paragraph 643 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 643 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

644.

Kuzzins denies the allegations contained in Paragraph 644 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 644 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

**COUNT THIRTY-FIVE**
**Violations of the Georgia Racketeer Influenced and Corrupt**
**Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Ramada Defendants)**

645.

In response to the allegations contained in Paragraph 645 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 644 above, as if restated in full and set forth specifically herein.

646.

The allegations contained in paragraph 646 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 646 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

647.

The allegations contained in paragraph 647 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 647 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

648.

The allegations contained in paragraph 648 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 648 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

649.

The allegations contained in paragraph 649 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 649 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

650.

The allegations contained in paragraph 650 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 650 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

651.

The allegations contained in paragraph 651 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 651 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

652.

The allegations contained in paragraph 652 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 652 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

653.

The allegations contained in paragraph 653 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 653 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

654.

The allegations contained in paragraph 654 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 654 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT THIRTY-SIX
## Georgia Racketeer Influenced and Corrupt Organizations Act
## O.C.G.A. § 16-14-4(a)
## (Against Ramada Defendants)

655.

In response to the allegations contained in Paragraph 655 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 654 above, as if restated in full and set forth specifically herein.

656.

The allegations contained in paragraph 656 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 656 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

657.

The allegations contained in paragraph 657 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 657 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

658.

The allegations contained in paragraph 658 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 658 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

659.

The allegations contained in paragraph 659 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 659 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

660.

The allegations contained in paragraph 660 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 660 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

661.

The allegations contained in paragraph 661 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 661 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT THIRTY-SEVEN
### Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(c)
### (Against Americas Best Defendants)

662.

In response to the allegations contained in Paragraph 662 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 661 above, as if restated in full and set forth specifically herein.

663.

The allegations contained in paragraph 663 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 663 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

664.

The allegations contained in paragraph 664 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 664 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">665.</div>

The allegations contained in paragraph 665 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 665 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">666.</div>

The allegations contained in paragraph 666 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 666 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">667.</div>

The allegations contained in paragraph 667 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 667 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

668.

The allegations contained in paragraph 668 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 668 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

669.

The allegations contained in paragraph 669 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 669 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

670.

The allegations contained in paragraph 670 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 670 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

671.

The allegations contained in paragraph 671 of the Amended Complaint are

222 of 267

er responding, Kuzzins can neither admit nor deny
Paragraph 671 of the Amended Complaint, for want of

Case 1:19-cv-03840-WMR   Document 156   Filed 12/16/19   Page 222 of 267

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 671 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

## COUNT THIRTY-EIGHT
## Georgia Racketeer Influenced and Corrupt Organizations Act
## O.C.G.A. § 16-14-4(a)
## (Against Americas Best Defendants)

672.

In response to the allegations contained in Paragraph 672 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

671 above, as if restated in full and set forth specifically herein.

673.

The allegations contained in paragraph 673 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 673 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and

puts Plaintiff upon strict proof of the same.

674.

The allegations contained in paragraph 674 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny

the allegations contained in Paragraph 674 of the Amended Complaint, for want of

{Firm/232/00401/PLEADING/02368852.DOCX }                - 222 -

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

675.

The allegations contained in paragraph 675 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 675 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

676.

The allegations contained in paragraph 676 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 676 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

677.

The allegations contained in paragraph 677 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 677 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

678.

The allegations contained in paragraph 678 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 678 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT THIRTY-NINE
## Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(c) (Against Hampton Inn (NDH Atlanta) Defendants)

679.

In response to the allegations contained in Paragraph 679 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 678 above, as if restated in full and set forth specifically herein.

680.

The allegations contained in paragraph 680 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 680 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

681.

The allegations contained in paragraph 681 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 681 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

682.

The allegations contained in paragraph 682 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 682 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

683.

The allegations contained in paragraph 683 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 683 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

684.

The allegations contained in paragraph 684 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 684 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

685.

The allegations contained in paragraph 685 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 685 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

686.

The allegations contained in paragraph 686 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 686 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

687.

The allegations contained in paragraph 687 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 687 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

688.

The allegations contained in paragraph 688 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 688 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT FORTY
## Georgia Racketeer Influenced and Corrupt Organizations Act
## O.C.G.A. § 16-14-4(a)
## (Against Hampton Inn (NDH Atlanta) Defendants)

689.

In response to the allegations contained in Paragraph 689 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 688 above, as if restated in full and set forth specifically herein.

690.

The allegations contained in paragraph 690 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 690 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

691.

The allegations contained in paragraph 691 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 691 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

692.

The allegations contained in paragraph 692 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 692 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

693.

The allegations contained in paragraph 693 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 693 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

694.

The allegations contained in paragraph 694 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 694 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">695.</div>

The allegations contained in paragraph 695 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 695 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">

**COUNT FORTY-ONE**
**Negligence**
**(Against the Red Roof (Smyrna) Defendants)**

</div>

<div align="center">696.</div>

In response to the allegations contained in Paragraph 696 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 695 above, as if restated in full and set forth specifically herein.

<div align="center">697.</div>

The allegations contained in paragraph 697 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 697 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

698.

The allegations contained in paragraph 698 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 698 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

699.

The allegations contained in paragraph 699 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 699 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

700.

The allegations contained in paragraph 700 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 700 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

701.

The allegations contained in paragraph 701 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 701 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

702.

The allegations contained in paragraph 702 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 702 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

703.

The allegations contained in paragraph 703 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 703 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

704.

The allegations contained in paragraph 704 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 704 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

705.

The allegations contained in paragraph 705 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 705 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

706.

The allegations contained in paragraph 706 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 706 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

707.

The allegations contained in paragraph 707 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 707 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

708.

The allegations contained in paragraph 708 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 708 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT FORTY-TWO
### Negligence
### (Against Red Roof (Atlanta) Defendants)

709.

In response to the allegations contained in Paragraph 709 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 708 above, as if restated in full and set forth specifically herein.

710.

The allegations contained in paragraph 710 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 710 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

711.

The allegations contained in paragraph 711 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 711 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

712.

The allegations contained in paragraph 712 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 712 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

713.

The allegations contained in paragraph 713 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 713 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

714.

The allegations contained in paragraph 714 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 714 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

715.

The allegations contained in paragraph 715 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 715 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

716.

The allegations contained in paragraph 716 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 716 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

717.

The allegations contained in paragraph 717 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 717 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

718.

The allegations contained in paragraph 718 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 718 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

719.

The allegations contained in paragraph 719 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 719 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

720.

The allegations contained in paragraph 720 of the Amended Complaint are
not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny
the allegations contained in Paragraph 720 of the Amended Complaint, for want of
knowledge or information sufficient to form a belief as to the truth thereof, and
puts Plaintiff upon strict proof of the same.

721.

The allegations contained in paragraph 721 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 721 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT FORTY-THREE
### Negligence
### (Against Suburban Extended Stay Defendants)

722.

In response to the allegations contained in Paragraph 722 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 721 above, as if restated in full and set forth specifically herein.

723.

The allegations contained in paragraph 723 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 723 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

724.

The allegations contained in paragraph 724 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 724 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

725.

The allegations contained in paragraph 725 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 725 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

726.

The allegations contained in paragraph 726 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 726 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

727.

The allegations contained in paragraph 727 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 727 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

728.

The allegations contained in paragraph 728 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 728 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

729.

The allegations contained in paragraph 729 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 729 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

730.

The allegations contained in paragraph 730 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 730 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

731.

The allegations contained in paragraph 731 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 731 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

732.

The allegations contained in paragraph 732 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 732 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

733.

The allegations contained in paragraph 733 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 733 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

734.

The allegations contained in paragraph 734 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 734 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

## COUNT FORTY-FOUR
### Negligence
### (Against the Microtel Defendants)

735.

In response to the allegations contained in Paragraph 735 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 734 above, as if restated in full and set forth specifically herein.

736.

Kuzzins denies the allegations contained in Paragraph 736 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 736 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

737.

Kuzzins denies the allegations contained in Paragraph 737 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 737 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

738.

Kuzzins denies the allegations contained in Paragraph 738 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 738 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

739.

Kuzzins denies the allegations contained in Paragraph 739 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 739 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

740.

Kuzzins denies the allegations contained in Paragraph 740 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 740 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

741.

Kuzzins denies the allegations contained in Paragraph 741 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 741 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

742.

Kuzzins denies the allegations contained in Paragraph 742 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 742 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

743.

Kuzzins denies the allegations contained in Paragraph 743 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 743 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

744.

Kuzzins denies the allegations contained in Paragraph 744 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 744 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

745.

Kuzzins denies the allegations contained in Paragraph 745 of the Amended Complaint to the extent that it implies any wrongdoing on the part of Kuzzins. Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained in Paragraph 745 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

746.

Kuzzins denies the allegations contained in Paragraph 746 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 746 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<p style="text-align:center">747.</p>

Kuzzins denies the allegations contained in Paragraph 747 of the Amended

Complaint to the extent that it implies any wrongdoing on the part of Kuzzins.

Otherwise, Kuzzins can neither admit nor deny the remaining allegations contained

in Paragraph 747 of the Amended Complaint, for want of knowledge or

information sufficient to form a belief as to the truth thereof, and puts Plaintiff

upon strict proof of the same.

<p style="text-align:center"><b><u>COUNT FORTY-FIVE</u><br><u>Negligence</u><br><u>(Against the Ramada Defendants)</u></b></p>

<p style="text-align:center">748.</p>

In response to the allegations contained in Paragraph 748 of the Plaintiff's

Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through

747 above, as if restated in full and set forth specifically herein.

<p style="text-align:center">749.</p>

The allegations contained in paragraph 749 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 749 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

750.

The allegations contained in paragraph 750 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 750 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

751.

The allegations contained in paragraph 751 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 751 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

752.

The allegations contained in paragraph 752 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 752 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same

753.

The allegations contained in paragraph 753 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 753 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same

754.

The allegations contained in paragraph 754 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 754 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same

755.

The allegations contained in paragraph 755 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 755 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same

756.

The allegations contained in paragraph 756 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 756 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

757.

The allegations contained in paragraph 757 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 757 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

758.

The allegations contained in paragraph 758 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 758 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

759.

The allegations contained in paragraph 759 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 759 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<p style="text-align:center">760.</p>

The allegations contained in paragraph 760 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 760 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<p style="text-align:center"><strong><u>COUNT FORTY-SIX</u></strong><br><strong><u>Negligence</u></strong><br><strong><u>(Against the Americas Best Defendants)</u></strong></p>

<p style="text-align:center">761.</p>

In response to the allegations contained in Paragraph 761 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 760 above, as if restated in full and set forth specifically herein.

<p style="text-align:center">762.</p>

The allegations contained in paragraph 762 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 762 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

763.

The allegations contained in paragraph 763 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 763 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

764.

The allegations contained in paragraph 764 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 764 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

765.

The allegations contained in paragraph 765 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 765 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

766.

The allegations contained in paragraph 766 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 766 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

767.

The allegations contained in paragraph 767 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 767 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

768.

The allegations contained in paragraph 768 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 768 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

769.

The allegations contained in paragraph 769 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 769 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

770.

The allegations contained in paragraph 770 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 770 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

771.

The allegations contained in paragraph 771 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 771 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

772.

The allegations contained in paragraph 772 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 772 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">773.</div>

The allegations contained in paragraph 773 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 773 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">

**COUNT FORTY-SEVEN**
**Negligence**
**(Against the Hampton Inn (NDH Atlanta) Defendants)**

</div>

<div align="center">774.</div>

In response to the allegations contained in Paragraph 774 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 773 above, as if restated in full and set forth specifically herein.

<div align="center">775.</div>

The allegations contained in paragraph 775 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 775 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

776.

The allegations contained in paragraph 776 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 776 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

777.

The allegations contained in paragraph 777 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 777 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

778.

The allegations contained in paragraph 778 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 778 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

779.

The allegations contained in paragraph 779 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 779 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

780.

The allegations contained in paragraph 780 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 780 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

781.

The allegations contained in paragraph 781 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 781 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

782.

The allegations contained in paragraph 782 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 782 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">783.</div>

The allegations contained in paragraph 783 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 783 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">784.</div>

The allegations contained in paragraph 784 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 784 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">785.</div>

The allegations contained in paragraph 785 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 785 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

786.

The allegations contained in paragraph 786 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 786 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<u>**COUNT FORTY-EIGHT**</u>
<u>**Negligence**</u>
<u>**(Against the La Quinta Defendants)**</u>

787.

In response to the allegations contained in Paragraph 787 of the Plaintiff's Amended Complaint, Kuzzins incorporates the responses to Paragraphs 1 through 786 above, as if restated in full and set forth specifically herein.

788.

The allegations contained in paragraph 788 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 788 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

789.

The allegations contained in paragraph 789 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 789 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

790.

The allegations contained in paragraph 790 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 790 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

791.

The allegations contained in paragraph 791 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 791 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

792.

The allegations contained in paragraph 792 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 792 of the Amended Complaint, for want of

knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

793.

The allegations contained in paragraph 793 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 793 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

794.

The allegations contained in paragraph 794 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 794 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

795.

The allegations contained in paragraph 795 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 795 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

796.

The allegations contained in paragraph 796 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 796 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

797.

The allegations contained in paragraph 797 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 797 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

798.

The allegations contained in paragraph 798 of the Amended Complaint are not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 798 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

799.

The allegations contained in paragraph 799 of the Amended Complaint are

not directed at Kuzzins. In further responding, Kuzzins can neither admit nor deny the allegations contained in Paragraph 799 of the Amended Complaint, for want of knowledge or information sufficient to form a belief as to the truth thereof, and puts Plaintiff upon strict proof of the same.

<div align="center">800.</div>

All allegations not expressly admitted or otherwise addressed herein are hereby denied.

<div align="center">

**PRAYER FOR RELIEF**

</div>

Kuzzins denies that Plaintiff is entitled to the relief outlined in the WHEREFORE Paragraph of the Amended Complaint.

<div align="center">

**JURY DEMAND**

</div>

Kuzzins hereby demands a trial by jury to the fullest extent permitted by law on all triable issue.

WHEREFORE, having fully answered the Amended Complaint, Kuzzins Buford, LLC respectfully prays for the following relief from this Honorable Court:

1.      That Plaintiff's claims be denied and Plaintiff's Amended Complaint be dismissed with prejudice;

2.      That all costs, attorney's fees, and expenses of this action be taxed against Plaintiff;

3.      That the case be tried before a jury of twelve (12) persons; and

4.      For such other and further relief as this Honorable Court deems just

and proper.

Respectfully submitted, this <u>16th</u> day of December, 2019.

                                    **CRUSER, MITCHELL, NOVITZ,**
                                    **SANCHEZ, GASTON & ZIMET, LLP**

                                    _____
                                    **GLENN C. TORNILLO, ESQ.**
                                    Georgia Bar No. 714754
                                    **KRISTIN L. YODER, ESQ.**
                                    Georgia Bar No. 229210
                                    **J. ROBB CRUSER, ESQ.**
                                    Georgia Bar No. 199480
                                    *Counsel for Defendant Kuzzins Buford, LLC*

275 Scientific Drive
Peachtree Corners, GA  30092
(678) 684-2158 direct
(404) 881-2622 main line
kyoder@cmlawfirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Undersigned counsel certifies the foregoing document has been prepared with one of the fonts and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

Respectfully submitted, this <u>16th</u> day of December, 2019.

> **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
>
> _____
> **GLENN C. TORNILLO, ESQ.**
> Georgia Bar No. 714754
> **KRISTIN L. YODER, ESQ.**
> Georgia Bar No.:  229210
> **J. ROBB CRUSER, ESQ.**
> Georgia Bar No. 199480
> *Counsel for Defendant Kuzzins Buford, LLC*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(678) 684-2158 direct
(404) 881-2622 main line
kyoder@cmlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JANE DOE 1,                              §
                                         §
    Plaintiff,                       §
                                         §
vs.                                      §
                                         §
RED ROOF INNS, INC., VARAHI              §          CIVIL ACTION FILE
HOTEL, LLC, FMW RRI NC, LLC,             §
WESTMONT HOSPITALITY                     §          NO. 1:19 CV 03841-
GROUP, INC., RRI III, LLC, WHG           §          WMR
SU ATLANTA, LP, SUB-SU HOTEL             §
GP, LLC, CHOICE HOTELS                   §
INTERNATIONAL, INC.,                     §
WYNDHAM HOTELS & RESORTS,                §
INC., MICROTEL INNS AND                  §
SUITES FRANCHISING, INC.,                §
KUZZINS BUFORD, LLC, RAMADA              §
WORLDWIDE, INC., NEWTEL V                §
CORPORATION, CPLG HOL, LLC,              §
CPLG PROPERTIES, LLC,                    §
COREPOINT LODGING, INC., LQ              §
MANAGEMENT, LLC, LA QUINTA               §
WORLDWIDE, LLC, HAMENT                   §
DESAI, VAD PROPERTY                      §
MANAGEMENT, LLC, VANTAGE                 §
HOSPITALITY GROUP, INC., 2014            §
SE OWNER 5-EMORY, LLC,                   §
LAXMI DRUID HILLS HOTEL,                 §
LLC, JHM HOTELS                          §
MANAGEMENT, INC., AURO                   §
HOTELS MANAGEMENT, LLC,                  §
HILTON FRANCHISE HOLDINGS,               §
LLC, HILTON DOMESTIC                     §
OPERATING COMPANY, INC.,                 §
HILTON WORLDWIDE                         §
HOLDINGS, INC. and JOHN DOES             §

| | |
|---|---|
| 1-10, | § |
| | § |
| **Defendants.** | § |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed **DEFENDANT KUZZINS BUFORD, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

JONATHAN S. TONGE, ESQ.
PATRICK J. McDONOUGH, ESQ.
TRINITY HUNDREDMARK, ESQ.
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre, Suite 4000
1960 Satellite Boulevard
Duluth, GA  30097
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com
thundred@actlawfirm.com
Attorneys for Plaintiff

JOHN E. FLOYD, ESQ.
MANOJ S. VARGHESE, ESQ.
TIANA S. MYKKELTVEDT, ESQ.
AMANDA KAY SEALS, ESQ.
BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA  30309
floyd@bmelaw.com
varghese@bmelaw.com
mykketlvedt@bmelaw.com
seals@bmelaw.com
Co-Counsel for Plaintiff

ADMIR ALLUSHI, ESQ.
CHARLES K. REED, ESQ.
P. MICHAEL FREED, ESQ.
LEWIS BRISBOIS BISGAARD &
SMITH, LLP – ALT
1180 Peachtree Street, N.E., Suite 2900
Atlanta, GA  30309-3521
adi.allushi@lewisbrisbois.com
chuck.reed@lewisbrisbois.com
michale.freed@lewisbrisbois.com
Attorneys for Defendant Red Roof Inns, Inc., FMW
RRI NC, LLC, Westmont Hospitality Group, Inc.,

CHRISTOPHER S. KEITH, ESQ.
ELLIOTT C. REAM, ESQ.
HAWKINS PARNELL &
YOUNG, LLP
303 Peachtree Street, NE, Suite 4000
Atlanta, GA  30308-3243
skeith@hpylaw.com
eream@hytylaw.com
Attorneys for Varahi Hotel, LLC

SUB-SU Hotel GP, LLC

SARA M. TURNER, ESQ.
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ-
BINGHAM
420 North 20th Street
Suite 1600, Wachovia Tower
Birmingham, AL  35203-5202
smturner@bakerdonalesons.com
Attorneys for Choice Hotels International

JANELLE E. ALLEYNE, ESQ.
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ,
P.C. - ATL
3414 Peachtree Road, N.E.
Suite 1600, Monarch Tower
Atlanta, GA  30326
jalleyne@bakerdonelson.com
Attorneys for Choice Hotels International

DAVID A. SAGER, ESQ.
DLA PIPER, LLP
51 John F. Kennedy Parkway, Suite
120
Short Hills, NJ  07078-2704
David.sager@dlapiper.com
Attorneys for LQ Properties, LLC, CPLG Properties,
LLC, LaQuinta Worldwide, LLC

BRENDAN G. KRASINSKI, ESQ.
DELIA G. FRAZIER, ESQ.
DLA PIPER, LLP - ATL
1201 West Peachtree Street, Suite 2800
Atlanta, GA  30309-3450
Brendan.krasinski@dlapiper.com
delia.frazier@dlapiper.com
Attorneys for LQ Properties, LLC, CPLG Properties,
LLC, LaQuinta Worldwide, LLC, Wyndham Hotels &
Resorts, Inc., Microtel Inns and Suites Franchising,
Inc., Ramada Worldwide, Inc. and CorePoint Lodging,
Inc.

JAMILA M. HALL, ESQ.
JONES DAY – ATLANTA
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309-3053
jhall@jonesday.com
Attorneys for Hilton Franchise Holdings, Hilton
Domestic Operating Company, Inc. and Hilton
Worldwide Holdings, Inc.

Respectfully submitted, this __16th__ day of December, 2019.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

_____
**GLENN C. TORNILLO, ESQ.**
Georgia Bar No. 714754
**KRISTIN L. YODER, ESQ.**
Georgia Bar No.:  229210
**J. ROBB CRUSER, ESQ.**
Georgia Bar No. 199480
*Counsel for Defendant Kuzzins Buford, LLC*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(678) 684-2158 direct
(404) 881-2622 main line
kyoder@cmlawfirm.com