IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANE DOE 1,

     Plaintiff,

v.

RED ROOF INNS, INC., et als.,

     Defendants.

Civil Action File No:
1:19-CV-03840-WMR
_____

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT OF DEFENDANT 2014 SE OWNER 5-EMORY, LLC

COMES NOW 2014 SE Owner 5-Emory, LLC (hereinafter "Defendant"), by counsel, and files its Answer and Affirmative Defenses to the Plaintiff's Amended Complaint, stating as follows:

Defendant denies, generally and specifically, any and all allegations contained in the headings, footnotes, and/or unnumbered paragraphs in the Amended Complaint. Defendant denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the Paragraphs below.

## FIRST DEFENSE

Plaintiff's Amended Complaint fails to state a claim or claims upon which relief can be granted.

## SECOND DEFENSE

The injuries and damages complained of by Plaintiff were caused by other persons or entities beyond the control of Defendant, including without limitation the alleged traffickers and buyers identified in Plaintiff's Amended Complaint. Accordingly, there can be no recovery against Defendant.

## THIRD DEFENSE

No act or omission on the part of Defendant proximately caused any of Plaintiff's alleged injuries or damages. As such, Defendant denies that it is liable to Plaintiff for any sum or in any manner.

## FOURTH DEFENSE

Pending discovery and investigation, some of Plaintiff's claims may be barred in whole or in part by the applicable statutes of limitations.

## FIFTH DEFENSE

Plaintiff's claims against Defendant are barred because Defendant did not owe any duty to Plaintiff and did not breach any duty owed to the Plaintiff.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Defendant complied with all applicable laws and regulations at all times relevant to Plaintiff's claims.

- 2 -

## SEVENTH DEFENSE

Pending discovery and investigation, some of Plaintiff's claims may be barred, in whole or in part, by the doctrines of laches, waiver, and estoppel.

## EIGHTH DEFENSE

In response to Plaintiff's claims for punitive damages, Defendant specifically incorporates by reference any and all statutes of limitations, standards of review, and essential elements regarding the determination and/or enforceability of punitive damages awards that arose in the decisions of *e.g. BMW of No. America v. Gore*, 517 U.S. 559 (1996); *Cooper Industries, Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 424 (2001); *State Farm Mut. Auto Ins. Co. v. Campbell*, 538 U.S. 408 (2003); and *Exxon Shipping Co. v. Baker*, 554 U.S. 471 (2008) and similar cases under both federal and state law.

## NINTH DEFENSE

Plaintiff's claim for punitive damages is in violation of and is barred by the Due Process Clause of the 1983 Georgia Constitution, Article I, Section I, Paragraph 1, and by the Fifth and Fourteenth Amendments to the United States Constitution.

## TENTH DEFENSE

There is no clear and convincing evidence that Defendant is or was guilty of willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care

which would raise the presumption of conscious indifference to consequences, and accordingly, Plaintiff is not entitled to recover punitive damages.

## ELEVENTH DEFENSE

While Defendant denies that it is liable to Plaintiff in any sum whatsoever and denies that it is liable for punitive damages, any award of punitive damages is limited by the cap provided in O.C.G.A. § 51-12-5.1(g).

## TWELFTH DEFENSE

Pending discovery and investigation, Plaintiff's recovery may be barred or reduced, in whole or in part, under the doctrines of contributory negligence, comparative negligence, and intervening/superseding negligence.  Any recovery against Defendant must be reduced by the degree that the alleged injuries of Plaintiff were caused by the actions or inactions of others under O.C.G.A. § 51-12-33.

## THIRTEENTH DEFENSE

Defendant is not jointly and severally liable to Plaintiff for any of the claims or relief set forth in the Amended Complaint.

## FOURTEENTH DEFENSE

Plaintiff's causes of actions have been improperly joined, and Defendant should be dropped from this action or claims against Defendant should be severed.

- 4 -

## FIFTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to certain of the causes of action.

## SIXTEENTH DEFENSE

Defendant did not own, operate, or otherwise control the subject premises and/or businesses at the time(s) of the events underlying Plaintiff's claims; accordingly, Defendant is not liable to Plaintiff.

## SEVENTEENTH DEFENSE

Defendant reserves the right to assert any and all additional defenses as may be determined to be applicable during the course of discovery.

## EIGHTEENTH DEFENSE

Subject to and without waiving any of its other rights, defenses or objections, Defendant responds to the enumerated paragraphs of Plaintiff's Amended Complaint as follows:

1.

Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph. The allegations contained in this paragraph are denied to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

- 5 -

2. – 14.

The allegations contained in paragraphs 2 through 14, including any subparts or footnotes thereto, are denied as to Defendant.

15.

Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

16.

The allegations contained in this paragraph are denied as to Defendant.

17. – 60.

The allegations contained in paragraphs 17 through 60 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

61.

The allegations contained in this paragraph are denied as pled.  Defendant admits only that it previously owned the Hampton Inn hotel property located at 1975 North Druid Hills Road NE, Atlanta, Georgia 30329 from January 30, 2015 until December 13, 2018.  Defendant lacks sufficient knowledge or information to admit or deny allegations concerning other defendants or entities and denies such

- 6 -

allegations to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

62.

The allegations contained in this paragraph are denied as pled.  Defendant admits that it previously owned the Hampton Inn hotel property located at 1975 North Druid Hills Road NE, Atlanta, Georgia 30329 from January 30, 2015 until December 13, 2018.  Defendant admits it is a Delaware Corporation with its designated principal office address at 875 Third Avenue, New York, New York 10022.  Defendant further admits the allegations as to the identity and physical address of its Registered Agent.

63. – 70.

The allegations contained in paragraphs 63 through 70 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

71. – 73.

The allegations contained in paragraphs 71 through 73 call for legal conclusions, therefore, no response is required.  To the extent the allegations are contrary to the law, they are denied.  The allegations contained in these paragraphs

- 7 -

are denied to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

74. – 80.

Defendant lacks sufficient knowledge or information to admit or deny the allegations contained paragraphs 74 through 80.  The allegations contained in these paragraphs are denied to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

81. – 95.

The allegations contained in paragraphs 81 through 95, including any subparts and/or footnotes thereto, are denied as to Defendant.

96. – 99.

The allegations contained in paragraphs 96 through 99 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

100.

The allegations contained in this paragraph do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in this paragraph are denied as to Defendant.

- 8 -

101.

The allegations contained in this paragraph do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations are denied as to Defendant.

102. – 106.

The allegations contained in these paragraphs are denied as to Defendant.

107. – 306.

The allegations contained in paragraphs 107 through 306 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

307.

The allegations contained in this paragraph are denied.

308.

The allegations contained in this paragraph are denied as to Defendant.

309.

The allegations contained in this paragraph are denied as pled.  Defendant admits only that it previously owned the Hampton Inn hotel property located at 1975 North Druid Hills Road NE, Atlanta, Georgia 30329 from January 30, 2015 until December 13, 2018.  The allegations contained in this paragraph are denied to the

- 9 -

extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

### 310.

The allegations contained in this paragraph are denied as to Defendant.

### 311. – 312.

Defendant lacks sufficient knowledge or information to admit or deny the allegations contained paragraphs 311 through 312.  The allegations contained in these paragraphs are denied to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

### 313. – 324.

The allegations contained in these paragraphs are denied as to Defendant.

### 325.

To the extent the allegations contained in this paragraph call for legal conclusions, no response is required.  To the extent those allegations are contrary to the law, they are denied.  The remaining allegations in this paragraph are denied as to Defendant.

### 326.

The allegations contained in this paragraph are denied as to Defendant.

- 10 -

327.

The allegations contained in this paragraph are denied as pled.

328. – 332.

The allegations contained in these paragraphs are denied as to Defendant.

333. – 339.

The allegations contained in paragraphs 333 through 339 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

340.

The allegations contained in this paragraph are denied as to Defendant.

341. – 348.

The allegations contained in paragraphs 341 through 348 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

349.

The allegations contained in this paragraph are denied as to Defendant.

350. – 356.

The allegations contained in paragraphs 350 through 356 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

357.

The allegations contained in this paragraph are denied as to Defendant.

358. – 364.

The allegations contained in paragraphs 358 through 364 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

365.

The allegations contained in this paragraph are denied as to Defendant.

366. – 373.

The allegations contained in paragraphs 366 through 373 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

374.

The allegations contained in this paragraph are denied as to Defendant.

- 12 -

375. – 381.

The allegations contained in paragraphs 375 through 381 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

382.

The allegations contained in this paragraph are denied as to Defendant.

383. – 389.

The allegations contained in paragraphs 383 through 389 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

390.

The allegations contained in this paragraph are denied as to Defendant.

391. – 398.

The allegations contained in paragraphs 391 through 398 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

399.

The allegations contained in this paragraph are denied as to Defendant.

- 13 -

400. – 406.

The allegations contained in paragraphs 400 through 406 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

407.

The allegations contained in this paragraph are denied as to Defendant.

408. – 414.

The allegations contained in paragraphs 408 through 414 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

415.

The allegations contained in this paragraph are denied as to Defendant.

416. – 423.

The allegations contained in paragraphs 416 through 423 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

424.

The allegations contained in this paragraph are denied as to Defendant.

- 14 -

425. – 431.

The allegations contained in paragraphs 425 through 431 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

432.

The allegations contained in this paragraph are denied as to Defendant.

433. – 439.

The allegations contained in paragraphs 433 through 439 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

440.

The allegations contained in this paragraph are denied as to Defendant.

441. – 448.

The allegations contained in paragraphs 441 through 448 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

449.

The allegations contained in this paragraph are denied as to Defendant.

- 15 -

450. - 456

The allegations contained in paragraphs 450 through 456 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

457.

The allegations contained in this paragraph are denied as to Defendant.

458. – 464.

The allegations contained in paragraphs 458 through 464 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

465.

The allegations contained in this paragraph are denied as to Defendant.

466. – 473.

The allegations contained in paragraphs 466 through 473 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

474.

The allegations contained in this paragraph are denied as to Defendant.

475. – 481.

The allegations contained in paragraphs 475 through 481 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

482.

The allegations contained in this paragraph are denied as to Defendant.

483. - 489

The allegations contained in paragraphs 483 through 489 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

490.

The allegations contained in this paragraph are denied as to Defendant.

491. – 498.

The allegations contained in paragraphs 491 through 498 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

499.

The allegations contained in this paragraph are denied as to Defendant.

- 17 -

500. – 506.

The allegations contained in paragraphs 500 through 506 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

507.

The allegations contained in this paragraph are denied as to Defendant.

508.

Defendant incorporates by reference as if fully set forth herein all of its affirmative defenses and responses to preceding paragraphs of Plaintiff's Amended Complaint.

509. – 515.

The allegations contained in these paragraphs are denied as to Defendant.

516.

Defendant incorporates by reference as if fully set forth herein all of its affirmative defenses and responses to preceding paragraphs of Plaintiff's Amended Complaint.

517. – 524.

The allegations contained in these paragraphs are denied as to Defendant.

- 18 -

525.

Defendant incorporates by reference as if fully set forth herein all of its affirmative defenses and responses to preceding paragraphs of Plaintiff's Amended Complaint.

526. – 532.

The allegations contained in these paragraphs are denied as to Defendant.

533. – 560.

The allegations contained in these paragraphs, including any subparts or footnotes thereto, are denied as to Defendant.

561. – 678.

The allegations contained in paragraphs 561 through 678 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

679.

Defendant incorporates by reference as if fully set forth herein all of its affirmative defenses and responses to preceding paragraphs of Plaintiff's Amended Complaint.

680. – 688.

The allegations contained in these paragraphs are denied as to Defendant.

- 19 -

689.

Defendant incorporates by reference as if fully set forth herein all of its affirmative defenses and responses to preceding paragraphs of Plaintiff's Amended Complaint.

690. – 695.

The allegations contained in these paragraphs are denied as to Defendant.

696. – 773.

The allegations contained in paragraphs 696 through 773 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

774.

Defendant incorporates by reference as if fully set forth herein all of its affirmative defenses and responses to preceding paragraphs of Plaintiff's Amended Complaint.

775. – 777.

The allegations contained in these paragraphs are denied as pled.  Defendant admits only that it previously owned the Hampton Inn hotel property located at 1975 North Druid Hills Road NE, Atlanta, Georgia 30329 from January 30, 2015 until December 13, 2018.  Defendant lacks sufficient knowledge or information to admit

- 20 -

or deny allegations concerning other defendants or entities and denies such allegations to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

778.

The allegations contained in this paragraph are denied as to Defendant.

779. – 782.

To the extent that the allegations contained in paragraphs 779 through 782 call for legal conclusions, no response is required. To the extent those allegations are contrary to the law, they are denied. The remaining allegations contained in these paragraphs are denied as pled. Defendant admits only that it previously owned the Hampton Inn hotel property located at 1975 North Druid Hills Road NE, Atlanta, Georgia 30329 from January 30, 2015 until December 13, 2018. Defendant lacks sufficient knowledge or information to admit or deny allegations concerning other defendants or entities and denies such allegations to the extent they state or infer any fault, liability, or violation of any law on the part of Defendant.

783. – 786.

The allegations contained in these paragraphs are denied as to Defendant.

- 21 -

787. – 799.

The allegations contained in paragraphs 787 through 789 do not relate to Defendant; therefore, no response is required.  To the extent a response is required, the allegations contained in these paragraphs are denied as to Defendant.

## PRAYER FOR RELIEF

Responding to the WHEREFORE paragraph, Defendant denies the allegations in this paragraph.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury to the fullest extent permitted by law.

**WHEREFORE**, having fully answered Plaintiff's Amended Complaint, Defendant 2014 SE Owner 5-Emory, LLC respectfully demands judgment in its favor, dismissal of all claims against it with prejudice, all costs and attorney's fees incurred in defending this action, and such other relief as the Court deems just and proper.

Respectfully submitted this 17TH day of December, 2019.

DREW ECKL & FARNHAM, LLP
_/s/   **William J. Martin**_
Hall F. McKinley
Georgia Bar No. 495512
William J. Martin
Georgia Bar No. 387464
Allison M. Escott
Georgia Bar No. 606031

- 22 -

**Attorneys for Defendant**
**2014 SE Owner 5-Emory, LLC**


303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: mckinleyh@deflaw.com
E-mail: martinw@deflaw.com
E-mail: escotta@deflaw.com

- 23 -

## **LR 7.1 CERTIFICATE OF COMPLIANCE**

Undersigned counsel hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 17TH day of December, 2019.

DREW ECKL & FARNHAM, LLP

_/s/   **William J. Martin**_
William J. Martin
Georgia Bar No. 387464
**Attorney for Defendant**
**2014 SE Owner 5-Emory, LLC**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: martinw@deflaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that I have this day filed this *Answer and Affirmative Defenses to Amended Complaint of Defendant 2014 SE Owner 5-Emory, LLC* with the Clerk of Court, using the CM/ECF system which will automatically send email notification to all attorneys of record.

This 17TH day of December, 2019.

DREW ECKL & FARNHAM, LLP

_/s/   *William J. Martin*_____
William J. Martin
Georgia Bar No. 387464
**Attorney for Defendant**
**2014 SE Owner 5-Emory, LLC**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: martinw@deflaw.com