## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:19-CV-003840-WMR |
| RED ROOF INNS, INC., etc., et al., | ) | |
| | ) | JURY TRIAL DEMANDED, |
| Defendants. | ) | Pursuant to Fed. R. Civ. P. 38 |
| _____ | ) | |

## ANSWER OF JEET & JJ, LLC

COMES NOW Defendant Jeet & JJ, LLC, by and through its undersigned attorneys, and file this, its Answer to Plaintiff's Amended Complaint showing the Court as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against this Answering Defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Answering Defendant acted at all times in good faith and with reasonable care.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by waiver.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims against this Answering Defendant are or may be barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were caused in whole or in part by the negligence and acts of third parties over whom this Answering Defendant exercised no control nor had any right of control. Therefore, Plaintiff is not entitled to recover from this Answering Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

Any award of damages must be allocated to the person(s) at fault for causing those damages and this Answering Defendant is not a person at fault causing any damages to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

The injuries or damages complained of was caused in whole or in part by the negligence of Plaintiff and that such negligence equaled or exceeded any negligence on the part of this Answering Defendant.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff assumed the risk of injury and therefore, a recovery against this Answering Defendant is barred.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were caused by a superseding, intervening act, which was beyond the knowledge or control of this Answering Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because there is no causal connection between any alleged act, error, or omission by this Answering Defendant and Plaintiff's alleged damages.

## THIRTEENTH AFFIRMATIVE DEFENSE

No act or omission on the part of this Answering Defendant constituted willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to name a legally existing entity when she identified "Jane Doe" as the Plaintiff and further failed to notify this Answering Defendant of her actual identity.

12810600v.1

## FIFTEENTH DEFENSE

Responding to the individual paragraphs of Plaintiff's Verified Renewal Complaint, this Answering Defendant shows the Court as follows:

## INTRODUCTION

### 1.-2.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 and 2 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

### 3.-7.

The allegations contained in paragraphs 3-7 of Plaintiff's Amended Complaint are denied.

### 8.

The allegations contained in paragraph 8 of Plaintiff's Amended Complaint, including the allegations in each and every subparagraph thereof are denied.

### 9.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

10.-14.

The allegations contained in paragraphs 10-14 of Plaintiff's Amended Complaint are denied.

## THE PARTIES

15.-16.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 15 and 16 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

17.-42.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 17-42 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

43.

This Answering Defendant admits that it has owned and managed the Ramada at 3020 Mansell Road, Alpharetta, Georgia 30022 since June of 2015. This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 43 and, therefore, can neither admit nor deny said allegations.

44.-46.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 44-46 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

47.

This Answering Defendant admits the allegations contained in paragraph 47 of Plaintiff's Amended Complaint.

48.-70.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 48-70 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

**JURISDICTION & VENUE**

71.-73.

This Answering Defendant denies the allegations contained in paragraphs 71-73 of Plaintiff's Amended Complaint; however, this Answering Defendant does not contest this Court's jurisdiction over this matter.

## FACTUAL ALLEGATIONS

### 74.-80.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 74-80 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

### 81.-82.

This Answering Defendant denies the allegations contained in paragraphs 81-82 of Plaintiff's Amended Complaint.

### 83.-85.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 83-85 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

### 86.

This Answering Defendant denies the allegations contained in paragraph 86 of Plaintiff's Amended Complaint.

12810600v.1

87.-91.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 87-91 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

92.-95.

This Answering Defendant denies the allegations contained in paragraphs 92-95 of Plaintiff's Amended Complaint.

96.-100.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 96-100 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

101.-102.

This Answering Defendant denies the allegations contained in paragraphs 101-102 of Plaintiff's Amended Complaint.

103.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

104.-106.

This Answering Defendant denies the allegations contained in paragraphs 104-106 of Plaintiff's Amended Complaint.

107.-226.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 107-226 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

227.-241.

This Answering Defendant denies the allegations contained in paragraphs 227-241 of Plaintiff's Amended Complaint.

242.

Responding to the allegations contained in paragraph 242 of Plaintiff's Amended Complaint, this Answering Defendant admits only that Ramada is contractually entitled to conduct quality control inspections.

12810600v.1

243.-246.

This Answering Defendant denies the allegations contained in paragraphs 243-246 of Plaintiff's Amended Complaint.

247.

Responding to the allegations contained in paragraph 247 of Plaintiff's Amended Complaint, this Answering Defendant admits only that customer satisfaction surveys and other guest feedback may contractually be included in determining a hotel's quality assurance score.

248.-249.

This Answering Defendant denies the allegations contained in paragraphs 248-249 of Plaintiff's Amended Complaint.

250.-326.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 250-326 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## PLAINTIFF'S CLAIMS

### 327.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 327 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

### 328.-329.

This Answering Defendant denies the allegations contained in paragraphs 328-329 of Plaintiff's Amended Complaint.

### 330.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 330 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

### 331.-332.

This Answering Defendant denies the allegations contained in paragraphs 331-332 of Plaintiff's Amended Complaint.

12810600v.1

## COUNT ONE

### 333.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-24, 70-156, and 327-332 as if fully set forth herein.

### 334.-340.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 334-340 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWO

### 341.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-24, 70-156, and 327-332 as if fully set forth herein.

### 342.-349.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 342-349 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THREE

350.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-24, 70-156, and 327-332 as if fully set forth herein.

351.-357.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 351-357 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FOUR

358.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 25-27, 70-106, 151-171, and 327-332 as if fully set forth herein.

358.-365.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 358-365 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FIVE

366.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 25-27, 70-106, 157-171, and 327-332 as if fully set forth herein.

366.-374.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 366-374 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

12810600v.1

## COUNT SIX

375.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 25-27, 70-156, 151-171, and 327-332 as if fully set forth herein.

376.-382.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 376-382 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT SEVEN

383.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 28-32, 70-106, 172-198, and 327-332 as if fully set forth herein.

384.-390.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 384-390 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT EIGHT

### 391.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 28-32, 70-106, 172-198, and 327-332 as if fully set forth herein.

### 392.-399.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 392-399 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT NINE

### 400.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 28-32, 70-106, 172-198, and 327-332 as if fully set forth herein.

401.-407.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 401-407 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TEN

408.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 49-56, 70-106, 250-268, and 327-332 as if fully set forth herein.

409.-415.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 409-415 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

12810600v.1

## COUNT ELEVEN

### 416.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 49-56, 70-106, 250-268, and 327-332 as if fully set forth herein.

### 417.-424.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 417-424 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWELVE

### 425.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 49-56, 70-106, 250-268, and 327-332 as if fully set forth herein.

### 426.-432.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 426-432 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTEEN

### 433.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 33-42, 70-106, 199-206, and 327-332 as if fully set forth herein.

### 434.-440.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 434-440 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FOURTEEN

### 441.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 33-42, 70-106, 199-206, and 327-332 as if fully set forth herein.

442.-449.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 442-449 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FIFTEEN

450.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 33-42, 70-106, 199-206, and 327-332 as if fully set forth herein.

451.-457.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 451-457 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

12810600v.1

## COUNT SIXTEEN

### 458.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 43-48, 70-106, 199-226, and 327-332 as if fully set forth herein.

### 459.-465.

This Answering Defendant denies the allegations contained in paragraphs 459-465 of Plaintiff's Amended Complaint.

## COUNT SEVENTEEN

### 466.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 43-48, 70-106, 199-226, and 327-332 as if fully set forth herein.

### 467.-474.

This Answering Defendant denies the allegations contained in paragraphs 467-474 of Plaintiff's Amended Complaint.

12810600v.1

## COUNT EIGHTEEN

### 475.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 43-48, 70-106, 199-226, and 327-332 as if fully set forth herein.

### 476.-482.

This Answering Defendant denies the allegations contained in paragraphs 476-482 of Plaintiff's Amended Complaint.

## COUNT NINETEEN

### 483.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 57-60, 70-106, 269-306, and 327-332 as if fully set forth herein.

### 484.-490.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 484-490 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

-22-

## COUNT TWENTY

491.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 57-60, 70-106, 269-306, and 327-332 as if fully set forth herein.

492.-499.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 492-499 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-ONE

500.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 57-60, 70-106, 269-306, and 327-332 as if fully set forth herein.

501.-507.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 501-507 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-TWO

508.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 61-106, and 307-332 as if fully set forth herein.

509.-515.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 509-515 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-THREE

516.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 61-106, and 307-332 as if fully set forth herein.

517.-524.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 517-524 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-FOUR

525.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 61-106, and 307-332 as if fully set forth herein.

526.-532.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 526-532 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

533.-560.

This Answering Defendant denies the allegations contained in paragraphs 533-560 of Plaintiff's Amended Complaint, including the allegations contained in each and every subparagraph thereof.

12810600v.1

## COUNT TWENTY-FIVE

### 561.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-124, 70-106, 107-156, 333-357, and 533-560 as if fully set forth herein.

### 562.-570.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 562-570 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-SIX

### 571.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-124, 70-106, 107-156, 333-357, and 533-560 as if fully set forth herein.

### 572.-576.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 572-576 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-SEVEN

### 577.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 25-27, 70-106, 157-171, 358-382, and 533-560 as if fully set forth herein.

### 578.-586.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 578-586 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-EIGHT

### 587.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 25-27, 70-106, 157-171, 358-382, and 533-560 as if fully set forth herein.

588.-593.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 588-593 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT TWENTY-NINE

594.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 28-32, 70-106, 172-198, 383-407, and 533-560 as if fully set forth herein.

595.-603.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 595-603 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

12810600v.1

## COUNT THIRTY

### 604.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 28-32, 70-106, 172-198, 383-407, and 533-560 as if fully set forth herein.

### 605.-610.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 605-610 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-ONE

### 611.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 49-56, 70-106, 250-268, 408-432, and 533-560 as if fully set forth herein.

### 612.-620.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 612-620 of

-29-

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-TWO

621.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 49-56, 70-106, 408-432, and 533-560 as if fully set forth herein.

622.-627.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 622-627 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-THREE

628.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 33-42, 70-106, 199-226, 433-457, and 533-560 as if fully set forth herein.

-30-

629.-637.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 629-637 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-FOUR

638.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 33-42, 70-106, 199-226, 433-457, and 533-560 as if fully set forth herein.

639.-644.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 639-644 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-FIVE

645.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 43-48, 70-106, 227-249, 458-482, and 533-560 as if fully set forth herein.

646.-654.

This Answering Defendant denies the allegations contained in paragraphs 646-654 of Plaintiff's Amended Complaint.

## COUNT THIRTY-SIX

655.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 43-48, 70-106, 227-249, 458-482, and 533-560 as if fully set forth herein.

656.-661.

This Answering Defendant denies the allegations contained in paragraphs 656-661 of Plaintiff's Amended Complaint.

## COUNT THIRTY-SEVEN

### 662.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 57-60, 70-106, 269-306, 483-507, and 533-560 as if fully set forth herein.

### 663.-671.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 663-671 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-EIGHT

### 672.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 57-60, 70-106, 269-306, 483-507, and 533-560 as if fully set forth herein.

### 673.-678.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 673-678 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT THIRTY-NINE

### 679.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 61-106, 307-and 508-560 as if fully set forth herein.

### 680.-688.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 680-688 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY

### 689.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 61-106, 307-and 508-560  as if fully set forth herein.

-34-

690.-695.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 690-695 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-ONE

696.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-24 and 70-106 as if fully set forth herein.

697.-708.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 697-708 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-TWO

709.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 25-27, 70-106, and 157-171 as if fully set forth herein.

710.-721.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 710-721 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-THREE

722.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 28-32, 70-106, 172-198 as if fully set forth herein.

723.-734.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 723-734 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-FOUR

### 735.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 33-42, 70-106, 199-226 as if fully set forth herein.

### 736.-747.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 736-747 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-FIVE

### 748.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 43-48 and 227-249 as if fully set forth herein.

### 749.-760.

This Answering Defendant denies the allegations contained in paragraphs 749-760 of Plaintiff's Amended Complaint.

12810600v.1

## COUNT FORTY-SIX

### 761.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 57-60, 70-106, 269-306 as if fully set forth herein.

### 762.-773.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 762-773 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-SEVEN

### 774.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 61-69, 70-106, 307-326 as if fully set forth herein.

### 775.-786.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 775-786 of

Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## COUNT FORTY-EIGHT

### 787.

This Answering Defendant realleges and incorporates herein by reference the responses provided to paragraphs 1-16, 49-56, 70-106, 250-268 as if fully set forth herein.

### 788.-799.

This Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 788-799 of Plaintiff's Amended Complaint and, therefore, can neither admit nor deny said allegations.

## PRAYER FOR RELIEF

Responding to the last, unnumbered paragraph of Plaintiff's Amended Complaint, this Answering Defendant denies the allegations contained therein and denies that Plaintiff is entitled to recover of it in any amount or any manner whatsoever.

Any allegation contained in Plaintiff's Amended Complaint which has not heretofore been specifically admitted or denied is hereby denied.

12810600v.1

WHEREFORE, having fully answered, this Answering Defendant prays that it be dismissed hence with all costs cast against Plaintiff. In the absence of the relief prayed for, this Answering Defendant demands a jury of 12 to try the issues when joined.

Respectfully submitted this 31st day of December, 2019.

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Kathryn S. Whitlock*

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308-3243
T (404) 614-7400
F (404) 614-7500
kwhitlock@hpylaw.com

Kathryn S. Whitlock
Georgia Bar No. 756233
Kelli Steele
Georgia Bar No. 325878
Stephen W. Rothring
Georgia Bar No. 640964

*Attorneys for Defendant Jeet & JJ, LLC*

-40-

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION FILE |
| RED ROOF INNS, INC., etc., et al., | ) | |
| | ) | JURY TRIAL DEMANDED, |
| Defendants. | ) | Pursuant to Fed. R. Civ. P. 38 |
| _____ | ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing **Answer of Jeet & JJ, LLC to Plaintiff's Amended Complaint** complies with the font and point selections approved by the Court in Local Rule 5.1B in that it has been prepared in Times New Roman font, 14 point.

-41-

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION FILE |
| RED ROOF INNS, INC., etc., et al., | ) | |
| | ) | JURY TRIAL DEMANDED, |
| Defendants. | ) | Pursuant to Fed. R. Civ. P. 38 |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2019, the foregoing **Answer of Jeet & JJ, LLC to Plaintiff's Amended Complaint** was filed with the Clerk of Court using the CM/ECF system which will send email notification to all counsel of record for this matter. I further certify that I served the following entities by United States Mail:

Newtel V Corporation
c/o Yogesh P. Patel
2885 Abbottswell Drive
Alpharetta, Georgia 30022

Vantage Hospitality Group, Inc.
c/o Bernard T. Moyle
2900 N. University Drive, Suite 46
Coral Springs, Florida 33065

12810600v.1

**HAWKINS PARNELL & YOUNG LLP**

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308-3243
T (404) 614-7400
F (404) 614-7500
kwhitlock@hpylaw.com

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock
Georgia Bar No. 756233
Kelli Steele
Georgia Bar No. 325878
Stephen W. Rothring
Georgia Bar No. 640964

*Attorneys for Defendant Jeet & JJ, LLC*

-43-