IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 1 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action File No.: |
| v. | ) | 1:19-CV-03840 |
| | ) | |
| RED ROOF INNS, INC., VARAHI HOTEL, | ) | |
| LLC, FMW RRI NC, LLC, WESTMONT | ) | |
| HOSPITALITY GROUP, INC., RRI III, | ) | |
| LLC, WHG SU ATLANTA, LP, SUB-SU | ) | |
| HOTEL GP, LLC, CHOICE HOTELS | ) | |
| INTERNATIONAL, INC., WYNDHAM | ) | |
| HOTELS & RESORTS, INC., MICROTEL | ) | |
| INNS AND SUITES FRANCHISING, INC., | ) | |
| KUZZINS BUFORD, LLC, RAMADA | ) | |
| WORLDWIDE INC., JEET & JJ LLC, | ) | |
| NEWTEL V CORPORATION, CPLG HOL, | ) | JURY TRIAL DEMANDED |
| LLC, CPLG PROPERTIES, LLC, | ) | |
| COREPOINT LODGING, INC., LQ | ) | |
| MANAGEMENT, LLC, LA QUINTA | ) | |
| WORLDWIDE, LLC, HAMENT DESAI, VAD | ) | |
| PROPERTY MANAGEMENT, LLC, VANTAGE | ) | |
| HOSPITALITY GROUP, INC., 2014 SE | ) | |
| OWNER 5-EMORY, LLC, LAXMI DRUID | ) | |
| HILLS HOTEL, LLC, JHM HOTELS | ) | |
| MANAGEMENT, INC., AURO HOTELS | ) | |
| MANAGEMENT, LLC, HILTON FRANCHISE | ) | |
| HOLDINGS, LLC, HILTON DOMESTIC | ) | |
| OPERATING COMPANY, INC., HILTON | ) | |
| WORLDWIDE HOLDINGS, INC. and JOHN | ) | |
| DOES 1-10 | ) | |
| | ) | |
|     Defendants. | ) | |

**DEFENDANTS HAMENT DESAI AND VAD PROPERTY MANAGEMENT, LLC'S
ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

1

COME NOW HAMENT DESAI and VAD PROPERTY MANAGEMENT, LLC, Defendants, by and through their undersigned counsel, and for their Answer and Defenses show this Court as follows:

<u>AFFIRMATIVE DEFENSES</u>

FIRST DEFENSE

Plaintiff fails to state a claim for which relief can be granted.

SECOND DEFENSE

Plaintiff's claims are barred because no act or omission by Defendants caused Plaintiff's alleged injury or damages.

THIRD DEFENSE

Plaintiff's claims are barred by the statute of limitations.

FOURTH DEFENSE

Plaintiff's claims are barred by acquiescence, waiver, estoppel, and/or laches.

FIFTH DEFENSE

Plaintiff's injuries and/or damages were caused by the conduct of individuals or entities over whom Defendants have no control or responsibility, and for whose conduct Defendants are thus not liable.

### SIXTH DEFENSE

Defendants states that there is no causal connection between Plaintiff's injuries and/or damages and any act, error, or omission of Defendants.

### SEVENTH DEFENSE

Plaintiff's injuries and/or damages were caused in whole or in part by Plaintiff's negligence, and such negligence equaled or exceeded any negligence on the part of Defendants.

### EIGHTH DEFENSE

Any alleged negligence or breach of duty by Defendants was not a proximate cause of Plaintiff's injuries and/or damages.

### NINTH DEFENSE

Plaintiff's injuries and/or damages were caused by a superseding, intervening act, which was beyond the knowledge or control of Defendants.

### TENTH DEFENSE

Defendants at all times relevant hereto acted in accordance with the applicable standard of care under the circumstances.

### ELEVENTH DEFENSE

Punitive damages in this case are improper because there is no showing of malicious intent by Defendants to cause harm to Plaintiff.

### TWELFTH DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of Defendants' right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under Paragraphs 1 and 2 of Article I of the Georgia Constitution because Georgia does not have sufficient procedural safeguards to ensure that the jury's discretion in awarding punitive damages was reasonably constrained. Therefore, any award of punitive damages would be an excessive and arbitrary deprivation of property without due process of law.

### THIRTEENTH DEFENSE

Plaintiff's claims are barred in whole or in part because Defendants complied with all applicable laws and regulations at all times relevant to Plaintiff's claims.

### FOURTEENTH DEFENSE

Defendant VAD did not own, operate, or otherwise control the subject premises and/or businesses at the time of the events underlying Plaintiff's claims. Defendant VAD is therefore not liable to Plaintiff.

### FIFTEENTH DEFENSE

There is no clear and convincing evidence that Defendants are or were guilty of willful misconduct, malice fraud,

4

wantonness, oppression or that entire want of care which would raise the presumption of conscious indifference to consequences, and accordingly, Plaintiff is not entitled to recover punitive damages.

## SIXTEENTH DEFENSE

Defendants deny that Defendants are liable to Plaintiff in any sum whatsoever and denies that it is liable for punitive damages, any award of punitive damages is limited by the cap provided in O.C.G.A. §51-12-5.1(g).

## SEVENTEENTH DEFENSE

Defendants are not jointly and severally liable to Plaintiff for any of the claims or relief set forth in the Amended Complaint.

## EIGHTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to certain of the causes of action.

## NINETEENTH DEFENSE

Plaintiff fails to join an indispensable party.

## TWENTIETH DEFENSE

Defendants continue to investigate Plaintiff's allegations and therefore expressly reserve the right to amend Defendants' Answer to assert additional defenses that may become apparent during the course of discovery.

## TWENTY FIRST DEFENSE

Defendants respond to the individually-numbered paragraphs of the Amended Complaint as follows:

### 1.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

### 2. – 14.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs, including all subparts or footnotes thereto, with respect to parties other than Defendants. The allegations contained in these paragraphs, including all subparts or footnotes thereto, with respect to Defendants are denied.

### 15.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

### 16.

The allegations contained in this paragraph are denied as to Defendants.

### 17. – 56.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

57.

Defendants admit that Defendant Hament Desai owned the Americas Best Value Inn located at 1641 Peachtree Street NE; Atlanta, Georgia 30309. Defendants deny that Defendant VAD Property Management, LLC owned, managed, supervised, operated, oversaw, controlled the operation of, and/or was inextricably connected to the renting of rooms at the Americas Best Value Inn by Vantage located at 1641 Peachtree Street NE; Atlanta, Georgia 30309 ("Americas Best (Atlanta)") from which it benefitted financially. Defendants deny the remaining allegations with respect to Defendants. Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants.

58.

Defendants admit the allegations in this paragraph.

59.

Defendants admit the allegations in this paragraph.

60.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

## 61. – 70.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

## 71.

Defendants admit the allegations in this paragraph.

## 72.

Defendants admit the allegations in this paragraph with respect to Defendants. Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants.

## 73.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. To the extent the allegations state or infer any fault, liability, or violation of any law by Defendants, the allegations are denied.

## 74. – 80.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs, including all footnotes thereto.

## 81.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, including all footnotes thereto,

with respect to parties other than Defendants. The allegations contained in this paragraph, including all footnotes thereto, with respect to Defendants are denied.

## 82.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

## 83. – 85.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

## 86.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

## 87. – 91.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs, including all subparts and footnotes thereto.

## 92.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than

Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

93.

Defendants admit that "Defendants review hotel performance, room occupancy, and profitability." The remaining allegations contained in this paragraph with respect to Defendants are denied. Defendants lack sufficient to admit or deny the allegations in this paragraph with respect to parties other than Defendants.

94.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

95.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

96. – 101.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

102. – 106.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

107. – 268.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

269. – 282.

Defendants deny the allegations in these paragraphs.

283.

Defendants admit that Vantage has members instead of "franchisees" and that the members vote on standards and programs for the hotels, including the Americas Best (Atlanta). Defendants further admit that Vantage organizes annual meetings for members of Vantage where members vote on decisions. Defendants admit that Defendant Desai has attended some, but not all, annual meetings organized by Vantage. Defendants admit that if a vote passes at an annual meeting, Vantage requires its hotels, including the Americas Best (Atlanta), to follow the decision or standard on which the vote was taken. Defendants admit that the brand standards enforced by Vantage upon Americas

11

Best (Atlanta) involves aspects of hotel management. The remaining allegations in this paragraph are denied.

### 284.

Defendants admit that Vantage members, including Desai, can vote on standards and programs for the Americas Best Value brand hotels. Defendants admit that Americas Best Value brand hotels are required to adhere to certain Vantage brand standards. The remaining allegations in this paragraph are denied.

### 285.

Defendants admit that Vantage provided training for the Americas Best (Atlanta). The remaining allegations in this paragraph are denied.

### 286.

Defendants admit that Vantage monitors and oversees certain aspects of the operations at the Americas Best (Atlanta). Defendants admit that Vantage corporate employees communicate with the Americas Best (Atlanta) about Vantage policies. The remaining allegations in this paragraph are denied.

### 287.

Defendants are unaware of any "Vantage Resource Guide" and therefore lack sufficient knowledge to admit or deny the allegations in this paragraph.

288.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

289.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

290.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

291.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, including all footnotes thereto.

292.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

293.

Defendants admit that "Vantage sent inspectors to examine operations at Americas Best (Atlanta)." Defendants deny the remaining allegations in this paragraph.

13

294.

Defendants admit that Vantage has evaluated the safety and security measures at the Americas Best (Atlanta). Defendants deny the remaining allegations in this paragraph.

295.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, including footnotes thereto, with respect to parties other than Defendants. The allegations contained in this paragraph, including footnotes thereto, with respect to Defendants are denied.

296.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

297.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

298.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

14

299.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, including the footnotes thereto.

300.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

301.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

302.

Defendants admit that Vantage monitored reviews and complaints from third-party websites regarding Americas Best (Atlanta). Defendants admit that Vantage communicated with the Americas Best (Atlanta) regarding the reviews and complaints. The remaining allegations in this paragraph are denied.

303.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, including all subparts thereto.

304.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than

Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

305.

Defendants admit that Vantage has directly received complaints about the Americas Best (Atlanta) and admits that Vantage has requested that Americas Best (Atlanta) respond to the complaint. Defendant admits that Vantage could assess a fee against the Americas Best (Atlanta) if Americas Best (Atlanta) did not respond to the complaint. The remaining allegations in this paragraph are denied.

306.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

307. – 326.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

327. – 330.

The allegations contained in these paragraphs call for legal conclusions; therefore, no response is required. To the extent the allegations are contrary to the law, the allegations are denied. To the extent the allegations state or infer any

16

fault, liability, or violation of any law by Defendants, the allegations are denied.

### 331. – 332.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

### 333.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 334. – 339.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 340.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

### 341.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

## 342. - 348.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

## 349.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

## 350.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

## 351. - 356.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

## 357.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

## 358.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

359. – 364.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

365.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

366.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

367. – 373.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

374.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

375.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

376. – 381.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

382.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

383.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

384. – 389.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

390.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

391.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 392. – 398.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 399.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

### 400.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 401. – 406.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 407.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

### 408.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

409. – 414.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

415.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

416.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

417. – 423.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

424.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

425.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

22

426. – 431.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

432.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

433.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

434. – 439.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

440.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

441.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

**442. – 448.**

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

**449.**

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

**450.**

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

**451. – 456.**

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

**457.**

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

**458.**

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

459. – 464.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

465.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

466.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

467. – 473.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

474.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

475.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 476. – 481.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 482.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

### 483.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 484. – 490.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

### 491.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 492. – 499.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other

than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

500.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

501. – 507.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

508.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

509. – 514.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

515.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

516.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

517. – 523.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

524.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

525.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

526. – 531.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

532.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

533.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

534.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

535. – 537.

The allegations contained in these paragraphs, including all subparts thereto, call for legal conclusions; therefore, no response is required. To the extent the allegations are contrary to the law, the allegations are denied. To the extent the allegations state or infer any fault, liability, or violation of any law by Defendants, the allegations are denied.

538. – 540.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

541.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, including all subparts thereto, with respect to parties other than Defendants. The allegations contained in this paragraph, including all subparts thereto, with respect to Defendants are denied.

542. – 543.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

544. – 560.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs, including all subparts thereto, with respect to parties other than Defendants. The allegations contained in these paragraphs, including all subparts thereto, with respect to Defendants are denied.

561.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

562. – 570.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

571.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

572. – 576.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

577.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

578. – 586.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

587.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

588. – 593.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

594.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

595. – 603.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

604.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

605. – 610.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

611.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

612. – 620.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

621.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

622. – 627.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 628.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 629. - 637.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 638.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 639. - 644.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 645.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

### 646. - 654.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

### 655.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

656. – 661.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

662.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

663. – 671.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

672.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

673. – 678.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

679.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

34

680. – 688.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

689.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

690. – 695.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

696.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

697. – 708.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

709.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

710. – 721.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

722.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

723. – 734.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

735.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

736. – 747.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

748.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

749. – 760.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

761.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

762.

Defendants admit that Defendant Hament Desai owned the Americas Best (Atlanta) at all relevant times to this cause of action. The remaining allegations contained in this paragraph with respect to Defendants are denied. Defendants lack sufficient knowledge to admit or deny the allegations in this paragraphs with respect to parties other than Defendants.

763.

Defendants admit that Defendant Hament Desai was a supervisor at the Americas Best (Atlanta). The remaining allegations contained in this paragraph with respect to Defendants are denied. Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants.

764.

Defendants admit that Defendant Hament Desai was a supervisor at the Americas Best (Atlanta). The remaining allegations contained in this paragraph with respect to Defendants are denied. Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants.

765.

Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph with respect to parties other than Defendants. The allegations contained in this paragraph with respect to Defendants are denied.

766. – 768.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

769.

The allegations contained in this paragraph call for legal conclusions; therefore, no response is required. To the extent the allegations are contrary to the law, the allegations are denied. To the extent the allegations state or infer any fault, liability, or violation of any law by Defendants, the allegations are denied.

770. – 773.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs with respect to parties other than Defendants. The allegations contained in these paragraphs with respect to Defendants are denied.

774.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

775. – 786.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

787.

Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

788. – 799.

Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

WHEREFORE, Defendant Hament Desai and Defendant VAD Property Management, LLC pray for the following relief:

A. That each of Plaintiff's counts against Defendants be dismissed with prejudice;

B. That judgment be entered in favor of Defendants and against Plaintiff on each of Plaintiff's counts against Defendants;

C. That all costs be cast upon Plaintiff;

D. That Defendants have a jury of 12 for a trial of this case; and

E. That the Court award such further relief as is just and proper.

39

Respectfully submitted this 31st day of December, 2019.

KPPB LAW

*/s/ Angelina Whitaker*
Roy A. Banerjee
Georgia Bar No. 035917
Angelina Whitaker
Georgia Bar No. 370141
One Lakeside Commons, Suite 800
990 Hammond Drive, NE
Atlanta, Georgia 30328
Telephone: (678) 443-2220
rbanerjee@kppblaw.com
awhitaker@kppblaw.com

Counsel for Defendant Hament Desai
and Defendant VAD Property
Management, LLC

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the fonts and point selections (Courier New, 12 point) approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 31st day of December, 2019.

KPPB LAW

*/s/ Angelina Whitaker*
Roy A. Banerjee
Georgia Bar No. 035917
Angelina Whitaker
Georgia Bar No. 370141
One Lakeside Commons, Suite 800
990 Hammond Drive, NE
Atlanta, Georgia 30328
Telephone: (678) 443-2220
rbanerjee@kppblaw.com
awhitaker@kppblaw.com

Counsel for Defendant Hament Desai and Defendant VAD Property Management, LLC

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

JANE DOE 1                          )
                                    )
       Plaintiff,                   )
                                    )       Civil Action File No.:
v.                                  )       1:19-CV-03840
                                    )
RED ROOF INNS, INC., VARAHI HOTEL,  )
LLC, FMW RRI NC, LLC, WESTMONT      )
HOSPITALITY GROUP, INC., RRI III,   )
LLC, WHG SU ATLANTA, LP, SUB-SU     )
HOTEL GP, LLC, CHOICE HOTELS        )
INTERNATIONAL, INC., WYNDHAM        )
HOTELS & RESORTS, INC., MICROTEL    )
INNS AND SUITES FRANCHISING, INC.,  )
KUZZINS BUFORD, LLC, RAMADA         )
WORLDWIDE INC., JEET & JJ LLC,      )
NEWTEL V CORPORATION, CPLG HOL,     )       JURY TRIAL DEMANDED
LLC, CPLG PROPERTIES, LLC,          )
COREPOINT LODGING, INC., LQ         )
MANAGEMENT, LLC, LA QUINTA          )
WORLDWIDE, LLC, HAMENT DESAI, VAD   )
PROPERTY MANAGEMENT, LLC, VANTAGE   )
HOSPITALITY GROUP, INC., 2014 SE    )
OWNER 5-EMORY, LLC, LAXMI DRUID     )
HILLS HOTEL, LLC, JHM HOTELS        )
MANAGEMENT, INC., AURO HOTELS       )
MANAGEMENT, LLC, HILTON FRANCHISE   )
HOLDINGS, LLC, HILTON DOMESTIC      )
OPERATING COMPANY, INC., HILTON     )
WORLDWIDE HOLDINGS, INC. and JOHN   )
DOES 1-10                           )
                                    )
       Defendants.                  )
```

## CERTIFICATE OF SERVICE

I hereby certify that December 31, 2019, I electronically

filed Defendant Hament Desai and Defendant VAD Property

Management, LLC's Answer to Plaintiff's Amended Complaint with
the Clerk of Court using the CM/ECF system, which will
automatically send e-mail notification of such filing to all
attorneys of record.

/s/ Angelina Whitaker
Angelina Whitaker
Georgia Bar No.: 370141
KPPB LAW
990 Hammond Drive, NE
Suite 800
Atlanta, Georgia 30328
Phone: (678) 443-2220
awhitaker@kppblaw.com