**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE 1, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NO. 1:19-CV-03840-WMR |
| RED ROOF INNS, INC., VARAHI HOTEL, | ) |
| LLC, FMW RRI NC, LLC, WESTMONT | ) |
| HOSPITALITY GROUP, INC., RRI III, LLC, | ) |
| WHG SU ATLANTA, LP, SUB-SU HOTEL | ) |
| GP, LLC, CHOICE HOTELS | ) |
| INTERNATIONAL, INC., WYNDHAM | ) |
| HOTELS & RESORTS, INC., MICROTEL | ) |
| INNS AND SUITES FRANCHISING, INC., | ) |
| KUZZINS BUFORD, LLC, RAMADA | ) |
| WORLDWIDE INC., JEET & JJ LLC, | ) |
| NEWTEL V CORPORATION, CPLG HOL, | ) |
| LLC, CPLG PROPERTIES, LLC, | ) |
| COREPOINT LODGING, INC., LQ | ) |
| MANAGEMENT, LLC, LA QUINTA | ) |
| WORLDWIDE, LLC, HAMENT DESAI, | ) |
| VAD PROPERTY MANAGEMENT, LLC, | ) |
| VANTAGE HOSPITALITY GROUP, INC., | ) |
| 2014 SE OWNER 5-EMORY, LLC, LAXMI | ) |
| DRUID HILLS HOTEL, LLC, JHM | ) |
| HOTELS MANAGEMENT, INC., AURO | ) |
| HOTELS MANAGEMENT, LLC, HILTON | ) |
| FRANCHISE HOLDINGS, LLC, HILTON | ) |
| DOMESTIC OPERATING COMPANY, | ) |
| INC., HILTON WORLDWIDE HOLDINGS, | ) |
| INC. and JOHN DOES 1-10. | ) |
| | ) |
| Defendants. | ) |

<u>**DEFENDANTS LAXMI DRUID HILLS HOTEL, LLC, JHM HOTELS
MANAGEMENT, INC., AND AURO HOTELS MANAGEMENT, LLC'S
MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT**</u>

COME NOW Defendants Laxmi Druid Hills Hotel, LLC, JHM Hotels
Management, Inc., and Auro Hotels Management, LLC (collectively
"Defendants"), and hereby move to dismiss certain of Plaintiff's claims against
them.

**I.       Defendants join in the arguments advanced by its co-defendants**

In an effort to avoid reiterating the same arguments previously advanced,
Defendants join in the arguments advanced by Defendants La Quinta WorldWide,
L.L.C. and CPLG Properties, LLC [Doc. 132], Choice Hotels International, Inc.
[Doc. 133], and Hilton Domestic Operating Company and Hilton Worldwide
Holdings Inc. [Doc. 160] to the extent applicable to the claims against these
Defendants.

**II.      Plaintiff's negligence claim is barred by the statute of limitations**

Plaintiff claims that she was trafficked at a Hampton Inn during the time
period of 2011 to 2016 and was injured as a result of Defendants' alleged
negligence during this period.  However, the statute of limitations in Georgia for a
negligence claim is two years.  O.C.G.A. § 9-3-33.  Because Plaintiff did not bring

suit against these Defendants until November 2019, Plaintiff's negligence claim is barred by the statute of limitations.

Moreover, to the extent Plaintiff so argues, the statute of limitations was not tolled by virtue of O.C.G.A. § 9-3-99.[1] Plaintiff bears the burden of proof to establish that the limitations period has been tolled.  *Harrison v. McAfee*, 338 Ga. App. 393, 395 (2016).   Here, Plaintiff has failed to come forward with any evidence that a police investigation is open or closed, whether a criminal has been arrested, whether prosecution proceedings have been initiated, or whether a criminal case has been adjudicated.  Accordingly, Plaintiff's negligence claim has not been tolled by  O.C.G.A. § 9-3-99 and her negligence claim is therefore barred.

## III.   Conclusion

For the foregoing reasons, Defendants Laxmi Druid Hills Hotel, LLC, JHM Hotels Management, Inc., and Auro Hotels Management, LLC respectfully request this Court grant its Motion to Dismiss.

---

[1] O.C.G.A. § 9-3-99 provides as follows: "The running of the period of limitations with respect to any cause of action in tort that may be brought by the victim of an alleged crime which arises out of the facts and circumstances relating to the commission of such alleged crime committed in this state shall be tolled from the date of the commission of the alleged crime or the act giving rise to such action in tort until the prosecution of such crime or act has become final or otherwise terminated, provided that such time does not exceed six years."

This 20th day of January, 2020.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Pamela N. Lee*
　　　Pamela N. Lee
　　　Georgia State Bar No. 198981
　　　Rachel W. Mathews
　　　Georgia State Bar No. 537964
　　　**Attorneys for Defendants Laxmi
　　　Druid Hills Hotel, LLC, JHM
　　　Hotels Management, Inc. and Auro
　　　Hotels Management, LLC**

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax: 404.888.6199
pamela.lee@swiftcurrie.com
rachel.mathews@swiftcurrie.com

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify this document was prepared in accordance with Court Rule

L.R. 5.1B, N.D. Ga., in the Times New Roman (14 point) font.

By:   ***/s/ Pamela N. Lee***
        Pamela N. Lee
        Georgia State Bar No. 198981
        Rachel W. Mathews
        Georgia State Bar No. 537964
        **Attorneys for Defendants Laxmi Druid Hills Hotel, LLC, JHM Hotels Management, Inc. and Auro Hotels Management, LLC**

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax:  404.888.6199
pamela.lee@swiftcurrie.com
rachel.mathews@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 20th day of January, 2020, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing DEFENDANTS LAXMI DRUID HILLS HOTEL, LLC, JHM HOTELS MANAGEMENT, INC., AND AURO HOTELS MANAGEMENT, LLC'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT  by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

This 20th day of January, 2020.

By:   */s/ Pamela N. Lee*
Pamela N. Lee
Georgia State Bar No. 198981
Rachel W. Mathews
Georgia State Bar No. 537964
**Attorneys for Defendants Laxmi Druid Hills Hotel, LLC, JHM Hotels Management, Inc. and Auro Hotels Management, LLC**

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax:  404.888.6199

4210741v.1