IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JANE DOE 1**,<br><br>    Plaintiff,<br><br>v.<br><br>**RED ROOF INNS, INC.**; **et al.**;<br><br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:19-cv-03840-WMR |

**DEFENDANT VARAHI HOTEL, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ADOPTION OF THE ARGUMENTS OF 2014 SE OWNER 5-EMORY, LLC**

COMES NOW Varahi Hotel, LLC, one of the named Defendants in the above-styled action, pursuant to Fed.R. Civ.P. 12(c) and hereby respectfully requests that the Court grant judgment on the pleadings in its favor in this matter.

To avoid duplication and repetition and recognizing a commonality of defenses, Defendant Varahi adopts the arguments made by 2014 SE Owner 5-Emory, LLC (Doc. 207) in its Motion for Judgment on the Pleadings and incorporates them herein to the fullest extent applicable to the claims against Varahi. With the exception of the Counts being differently numbered, all of the arguments raised by 2014 SE Owner apply equally to the claims asserted

1

against Varahi and, for the reasons set forth at length by 2014 SE Owner, the claims against Varahi should similarly be dismissed.

This 21st day of January, 2020.[1]

                                                **HAWKINS PARNELL & YOUNG, LLP**

                                                /s/ C. Shane Keith
                                                Warner S. Fox
                                                Georgia Bar No. 272654

303 Peachtree Street, N.E.         C. Shane Keith
Suite 4000                                      Georgia Bar No. 411317
Atlanta, Georgia 30308-3243     *Counsel for Defendant*
(404) 614-7400                         *Varahi Hotel, LLC*
(404) 614-7500 (fax)
wfox@hpylaw.com
skeith@hpylaw.com

---

[1] While the Scheduling Order set January 20, 2020 as the deadline for the filing of Motions to Dismiss, January 20th was a federal holiday, Martin Luther King, Jr. Day and, thus, Fed.R. Civ.P 6 extends the filing deadline to January 21, 2020. Thus, this Motion is timely filed. See *Cont'l Promotion Grp., Inc. v. Garvin*, No. CV 08-0070-PHX-SRB, 2009 U.S. Dist. LEXIS 136301, at *16 (D. Ariz. May 22, 2009)("Rule 6 of the Federal Rules of Civil Procedure provides that, in computing time, federal holidays (including Martin Luther King Jr.'s Birthday) are excluded, and should a filing be due on a federal holiday, it is to be filed on the next day that is not a Saturday, Sunday, legal holiday, or day when the clerk's office is inaccessible.")( *citing* Fed. R. Civ. P. 6(a)).

## CERTIFICATE OF COMPLIANCE

The foregoing was prepared using 13-point Century Schoolbook font, in accordance with the Local Rules of this Court.

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing **DEFENDANT VARAHI HOTEL, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ADOPTION OF THE ARGUMENTS OF 2014 SE OWNER 5-EMORY, LLC** with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification to all counsel of record in this matter.

This 21st day of January, 2020.

**HAWKINS PARNELL & YOUNG, LLP**

/s/ C. Shane Keith
Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
*Counsel for Defendant Varahi Hotel, LLC*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia  30308-3243
(404) 614-7400
(404) 614-7500 (fax)
wfox@hpylaw.com
skeith@hpylaw.com