# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | CASE NO. |
| Plaintiff, | ) | |
| | ) | 1:19-cv-03840 |
| v. | ) | |
| | ) | |
| RED ROOFS INNS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER OF VANTAGE HOSPITALITY GROUP, INC. TO AMENDED COMPLAINT

COMES NOW VANTAGE HOSPITALITY GROUP, INC. ("Vantage"), a defendant, and files its Answer and affirmative defenses in response to the allegations of the Amended Complaint as follows:

### First Defense

The Amended Complaint fails to state a claim for which relief may be granted.

### Second Defense

Plaintiff lacks standing to pursue this action.

### Third Defense

Plaintiff's alleged damages were not proximately caused by any act or omission of Vantage or its agents.

<u>Fourth Defense</u>

Plaintiff's claims are barred by the doctrine of comparative negligence in that any fault apportioned to Plaintiff would far exceed any fault attributable to any Defendant, if any.

<u>Fifth Defense</u>

Plaintiff's claims are barred by the statute of limitation(s).

<u>Sixth Defense</u>

Plaintiff's claims are barred by the doctrines of laches, waiver, and estoppel.

<u>Seventh Defense</u>

Plaintiff has failed to join a party under Rule 19.

<u>Eighth Defense</u>

Plaintiff's action is barred to the extent she assumed the risk of her alleged injuries.

<u>Ninth Defense</u>

Vantage cannot be liable because it did not have an interest in the property during some or all of the time period alleged by Plaintiff.

<u>Tenth Defense</u>

America's Best may not have been a member of Vantage until 2014.

<u>Eleventh</u>

Vantage now responds more particularly to the enumerated allegations of the Amended Complaint as follows:

1.

Vantage objects to the allegations of Paragraph 1 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 1.

2.

Vantage denies the allegations of Paragraph 2.

3.

Vantage denies the allegations of Paragraph 3.

4.

Vantage denies the allegations of Paragraph 4.

5.

Vantage denies the allegations of Paragraph 5.

6.

Vantage denies the allegations of Paragraph 6.

7.

Vantage denies the allegations of Paragraph 7.

8.

Vantage denies the allegations of Paragraph 8.

9.

Vantage denies the allegations of Paragraph 9.

10.

Vantage denies the allegations of Paragraph 10.

11.

Vantage denies the allegations of Paragraph 11.

12.

Vantage denies the allegations of Paragraph 12.

13.

Vantage denies the allegations of Paragraph 13.

14.

Vantage denies the allegations of Paragraph 14.

15.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 15.

16.

Vantage denies the allegations of Paragraph 16.  Vantage is not a hotel.

17.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 17.

18.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 18.

19.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 19.

20.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 20.

21.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 21.

22.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 22.

23.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 23.

24.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 24.

25.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 25.

26.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 26.

27.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 27.

28.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 28.

29.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 29.

30.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 30.

31.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 31.

32.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 32.

33.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 33.

34.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 34.

35.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 35.

36.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 36.

37.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 37.

38.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 38.

39.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 39.

40.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 40.

41.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 41.

42.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 42.

43.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 43.

44.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 44.

45.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 45.

46.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 46.

47.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 47.

48.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 48.

49.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 49.

50.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 50.

51.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 51.

52.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 52.

53.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 53.

54.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 54.

55.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph.

56.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph.

57.

Vantage denies the allegations of Paragraph 57.

58.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 58.

59.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 59.

60.

Vantage admits that it is a Florida business corporation with a principal place of business in Coral Springs, Florida and that it may be served with process by serving its registered agent, Bernard T. Moyle, at 2900 N. University Drive, Suite 46, Coral Springs, Florida 33065, though its name was formally changed to VHGI, Inc. Vantage denies that it has committed tortious acts or omissions in Georgia or anywhere else resulting in injuries to the plaintiff. Vantage denies that it conducts business in the State of Georgia or that it derives substantial revenue from services rendered there, as it only exists to wind down its affairs.

61.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 61.

62.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 62.

63

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 63.

64.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 64.

65.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 65.

66.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 66.

67.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 67.

68.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 68.

69.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 69.

70.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 70.

71.

Vantage denies the allegations of Paragraph 71.

72.

Vantage admits the allegations of Paragraph 72.

73.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 73.

74.

Vantage objects to the allegations of Paragraph 74 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph74.

75.

Vantage objects to the allegations of Paragraph 75 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 75.

76.

Vantage objects to the allegations of Paragraph 76 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph76.

77.

Vantage objects to the allegations of Paragraph 77 and moves to strike them as not being material to the claims being made in the action.  This is

argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph77.

78.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 78.

79.

Vantage objects to the allegations of Paragraph79 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 79.

80.

Vantage objects to the allegations of Paragraph 80 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph80.

81.

Vantage objects to the allegations of Paragraph 81 and moves to strike them as not being material to the claims being made in the action.  This is

argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 81.

82.

Vantage denies the allegations of Paragraph 82.

83.

Vantage objects to the allegations of Paragraph 83 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 83.

84.

Vantage objects to the allegations of Paragraph 84 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 84.

85.

Vantage objects to the allegations of Paragraph 85 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 85.

86.

Vantage denies the allegations of Paragraph 86.

87.

Vantage objects to the allegations of Paragraph 87 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 87.

88.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 88.

89.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 89.

90.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 90.

91.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 91.

92.

Vantage objects to the allegations of Paragraph 92 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 92.

93.

Vantage is not a hotel and does not operate a hotel.  It therefore denies the allegations of Paragraph 93.

94.

Vantage objects to the allegations of Paragraph 94 and moves to strike them as not being material to the claims being made in the action.  This is argument and not allegation of fact.  For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 94.

95.

Vantage is not a hotel and denies the allegations of Paragraph 95.

96.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 96.

97.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 97.

98.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 98.

99.

Vantage is not a hotel and denies the allegations of Paragraph 99.  Vantage has worked to educate its members on the illegality and ills of sex-trafficking.

100.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 100.

101.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 101.

102.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 102.

103.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 103.

104.

Vantage denies the allegations of Paragraph 104.  Vantage is not a hotel and denies that it was part of any such joint venture.

105.

Vantage denies the allegations of Paragraph 105.

106.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 106.

107.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 107.

108.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 108.

109.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 109.

110.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 110.

111.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 111.

112.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 112.

113.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 113.

114.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 114.

115.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 115.

116.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 116.

117.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 117.

118.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 118.

119.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 119.

120.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 120.

121.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 121.

122.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 122.

123.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 123.

124.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 124.

125.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 125.

126.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 126.

127.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 127.

128.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 128.

129.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 129.

130.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 130.

131.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 131.

132.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 132.

133.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 133.

134.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 134.

135.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 135.

136.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 136.

137.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 137.

138.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 138.

139.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 139.

140.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 140.

141.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 141.

142.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 142.

143.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 143.

144.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 144.

145.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 145.

146.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 146.

147.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 147.

148.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 148.

149.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 149.

150.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 150.

151.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 151.

152.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 152.

153.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 153.

154.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 154.

155.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 155.

156.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 156.

157.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 157.

158.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 158.

159.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 159.

160.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 160.

161.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 161.

162.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 162.

163.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 163.

164.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 164.

165.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 165.

166.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 166.

167.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 167.

168.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 168.

169.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 169.

170.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 170.

171.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 171.

172.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 172.

173.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 173.

174.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 174.

175.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 175.

176.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 176.

177.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 177.

178.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 178.

179.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 179.

180.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 180.

181.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 181.

182.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 182.

183.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 183.

184.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 184.

185.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 185.

186.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 186.

187.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 187.

188.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 188.

189.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 189.

190.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 190.

191.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 191.

192.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 192.

193.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 193.

194.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 194.

195.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 195.

196.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 196.

197.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 197.

198.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 198.

199.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 199.

200.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 200.

201.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 201.

202.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 202.

203.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 203.

204.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 204.

205.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 205.

206.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 206.

207.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 207.

208.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 208.

209.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 209.

210.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 210.

211.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 211.

212.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 212.

213.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 213.

214.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 214.

215.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 215.

216.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 216.

217.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 217.

218.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 218.

219.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 219.

220.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 220.

221.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 221.

222.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 222.

223.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 223.

224.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 224.

225.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 225.

226.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 226.

227.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 227.

228.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 228.

229.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 229.

230.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 230.

231.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 231.

232.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 232.

233.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 233.

234.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 234.

235.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 235.

236.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 236.

237.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 237.

238.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 238.

239.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 239.

240.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 240.

241.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 241.

242.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 242.

243.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 243.

244.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 244.

245.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 245.

246.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 246.

247.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 247.

248.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 248.

249.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 249.

250.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 250.

251.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 251.

252.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 252.

253.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 253.

254.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 254.

255.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 255.

256.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 256.

257.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 257.

258.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 258.

259.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 259.

260.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 260.

261.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 261.

262.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 262.

263.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 263.

264.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 264.

265.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 265.

266.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 266.

267.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 267.

268.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 268.

269.

Vantage denies the allegations of Paragraph 269.

270.

Vantage denies the allegations of Paragraph 270.

271.

Vantage denies the allegations of Paragraph 271.

272.

Vantage denies the allegations of Paragraph 272.

273.

Vantage denies the allegations of Paragraph 273.

274.

Vantage denies the allegations of Paragraph 274.

275.

Vantage denies the allegations of Paragraph 275.

276.

Vantage denies the allegations of Paragraph 276.

277.

Vantage denies the allegations of Paragraph 277.

278.

Vantage denies the allegations of Paragraph 278.

279.

Vantage denies the allegations of Paragraph 279.

280.

Vantage denies the allegations of Paragraph 280.

281.

Vantage denies the allegations of Paragraph 281.

282.

Vantage denies the allegations of Paragraph 282.

283.

Vantage denies the allegations of Paragraph 283.

284.

Vantage denies the allegations of Paragraph 284.

285.

Vantage denies the allegations of Paragraph 285.

286.

Vantage denies the allegations of Paragraph 286.

287.

Vantage denies the allegations of Paragraph 287.

288.

Vantage denies the allegations of Paragraph 288.

289.

Vantage denies the allegations of Paragraph 289.

290.

Vantage denies the allegations of Paragraph 290.

291.

Vantage denies the allegations of Paragraph 291.

292.

Vantage denies the allegations of Paragraph 292.

293.

Vantage denies the allegations of Paragraph 293.

294.

Vantage denies the allegations of Paragraph 294.

295.

Vantage denies the allegations of Paragraph 295.

296.

Vantage denies the allegations of Paragraph 296.

297.

Vantage denies the allegations of Paragraph 297.

298.

Vantage denies the allegations of Paragraph 298.

299.

Vantage denies the allegations of Paragraph 299.

300.

Vantage denies the allegations of Paragraph 300.

301.

Vantage denies the allegations of Paragraph 301.

302.

Vantage denies the allegations of Paragraph 302.

303.

Vantage denies the allegations of Paragraph 303.

304.

Vantage denies the allegations of Paragraph 304.

305.

Vantage denies the allegations of Paragraph 305.

306.

For want of sufficient information, Vantage can neither admit nor deny the

allegation of Paragraph 306.

307.

For want of sufficient information, Vantage can neither admit nor deny the allegation of Paragraph 307.

308.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 308.

309.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 309.

310.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 310.

311.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 311.

312.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 312.

313.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 313.

314.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 314.

315.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 315.

316.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 316.

317.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 317.

318.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 318.

319.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 319.

320.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 320.

321.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 321.

322.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 322.

323.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 323.

324.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 324.

325.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 325.

326.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 326.

327.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 327.

328.

Vantage denies the allegations of Paragraph 328.

329.

Vantage denies the allegations of Paragraph 329.

330.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 330.

331.

Vantage denies the allegations of Paragraph 331.

332.

Vantage denies the allegation of Paragraph 332.

## **Count I**

333.

No answer is required with regard to the content of Paragraph 333 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-332 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count I.

334.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 334.

335.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 335.

336.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 336.

337.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 337.

338.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 338.

339.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 339.

340.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 340.

## **Count II**

341.

No answer is required with regard to the content of Paragraph 341 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-340 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count II.

342.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 342.

343.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 343.

344.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 344.

345.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 345.

346.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 346.

347.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 347.

348.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 348.

349.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 349.

## **Count III**

350.

No answer is required with regard to the content of Paragraph 350 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-349 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count III.

351.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 351.

352.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 352.

353.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 353.

354.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 354.

355.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 355.

356.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 356.

357.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 357.

## **Count IV**

### 358.

No answer is required with regard to the content of Paragraph 358 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-357 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count IV.

### 359.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 359.

### 360.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 360.

### 361.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 361.

### 362.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 362.

363.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 363.

364.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 364.

365.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 365.

## **Count V**

366.

No answer is required with regard to the content of Paragraph 366 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-365 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count V.

367.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 367.

368.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 368.

369.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 369.

370.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 370.

371.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 371.

372.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 372.

373.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 373.

374.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 374.

## **Count VI**

375.

No answer is required with regard to the content of Paragraph 375 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-374 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count VI.

376.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 376.

377.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 377.

378.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 378.

379.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 379.

380.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 380.

381.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 381.

382.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 382.

## **Count VII**

383.

No answer is required with regard to the content of Paragraph 383 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-382 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count VII.

384.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 384.

385.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 385.

386.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 386.

387.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 387.

388.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 388.

389.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 389.

390.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 390.

## **Count VIII**

391.

No answer is required with regard to the content of Paragraph 391 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-390 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count VIII.

392.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 392.

393.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 393.

394.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 394.

395.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 395.

396.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 396.

397.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 397.

398.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 398.

399.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 399.

## **Count IX**

400.

No answer is required with regard to the content of Paragraph 400 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-399 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count IX.

401.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 401.

402.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 402.

403.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 403.

404.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 404.

405.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 405.

406.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 406.

407.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 407.

## **Count X**

408.

No answer is required with regard to the content of Paragraph 408 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-407 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count X.

409.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 409.

410.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 410.

411.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 411.

412.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 412.

413.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 413.

414.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 414.

415.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 415.

## **Count XI**

416.

No answer is required with regard to the content of Paragraph 416 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-417 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XI.

417.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 417.

418.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 418.

419.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 419.

420.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 420.

421.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 421.

422.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 422.

423.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 423.

424.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 424.

## **Count XII**

425.

No answer is required with regard to the content of Paragraph 425 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-424 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XII.

426.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 426.

427.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 427.

428.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 428.

429.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 429.

430.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 430.

431.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 431.

432.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 432.

## **Count XIII**

433.

No answer is required with regard to the content of Paragraph 433 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-432 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XIII.

434.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 434.

435.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 435.

436.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 436.

437.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 437.

438.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 438.

439.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 439.

440.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 440.

**Count XIV**

441.

No answer is required with regard to the content of Paragraph 441 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-440 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XIV.

442.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 442.

443.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 443.

444.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 444.

445.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 445.

446.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 446.

447.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 447.

448.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 448.

449.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 449.

## **Count XV**

450.

No answer is required with regard to the content of Paragraph 450 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-449 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XV.

451.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 451.

452.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 452.

453.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 453.

454.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 454.

455.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 455.

456.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 456.

457.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 457.

## **Count XVI**

458.

No answer is required with regard to the content of Paragraph 458 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-457 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XVI.

459.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 459.

460.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 460.

461.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 461.

462.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 462.

463.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 463.

464.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 464.

465.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 465.

## **Count XVII**

466.

No answer is required with regard to the content of Paragraph 466 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-465 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XVII.

467.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 467.

468.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 468.

469.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 469.

470.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 470.

471.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 471.

472.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 472.

473.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 473.

474.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 474.

## **Count XVIII**

475.

No answer is required with regard to the content of Paragraph 475 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-474 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XVIII.

476.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 476.

477.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 477.

478.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 478.

479.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 479.

480.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 480.

481.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 481.

482.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 482.

## Count XIX

483.

No answer is required with regard to the content of Paragraph 483 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-482 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XIX.

484.

Vantage denies that it violated 18 U.S.C. § 1591(a)(1). For want of sufficient information, Vantage can neither admit nor deny the remaining allegations of Paragraph 484.

485.

Vantage denies the allegations of Paragraph 485.

486.

Vantage denies the allegations of Paragraph 486.

487.

Vantage denies the allegations of Paragraph 487.

488.

Vantage denies the allegations of Paragraph 488.

489.

Vantage denies the allegations of Paragraph 489.

490.

Vantage denies the allegations of Paragraph 490.

## **Count XX**

491.

No answer is required with regard to the content of Paragraph 491 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-490 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XX.

492.

Vantage denies that it violated 18 U.S.C. § 1591(a)(2). For want of sufficient information, Vantage can neither admit nor deny the remaining allegations of Paragraph 492.

493.

Vantage denies the allegations of Paragraph 493.

494.

Vantage denies the allegations of Paragraph 494.

495.

Vantage denies the allegations of Paragraph 495.

496.

Vantage denies the allegations of Paragraph 496.

497.

Vantage denies the allegations of Paragraph 497.

498.

Vantage denies the allegations of Paragraph 498.

499.

Vantage denies the allegations of Paragraph 499.

## **Count XXI**

### 500.

No answer is required with regard to the content of Paragraph 500 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-499 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXI.

### 501.

Vantage denies the allegations of Paragraph 501.

### 502.

Vantage denies the allegations of Paragraph 502.

### 503.

Vantage denies the allegations of Paragraph 503.

### 504.

Vantage denies the allegations of Paragraph 504.

### 505.

Vantage denies the allegations of Paragraph 505.

### 506.

Vantage denies the allegations of Paragraph 506.

507.

Vantage denies the allegations of Paragraph 507.

## **Count XXII**

508.

No answer is required with regard to the content of Paragraph 508 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-507 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXII.

509.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 509.

510.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 510.

511.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 511.

512.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 512.

513.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 513.

514.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 514.

515.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 515.

## **Count XXIII**

516.

No answer is required with regard to the content of Paragraph 516 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-515 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXIII.

517.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 517.

518.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 518.

519.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 519.

520.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 520.

521.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 521.

522.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 522.

523.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 523.

524.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 524.

## Count XXIV

525.

No answer is required with regard to the content of Paragraph 525 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-524 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXIV.

526.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 526.

527.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 527.

528.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 528.

529.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 529.

530.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 530.

531.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 531.

532.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 532.

533.

Vantage denies the allegations of Paragraph 533 as it pertains to Vantage only.

534.

Vantage denies the allegations of Paragraph 534 as it pertains to Vantage only.

535.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 535.

536.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 536.

537.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 537.

538.

Vantage denies the allegations of Paragraph 538.

539.

Vantage denies the allegations of Paragraph 539.

540.

Vantage denies the allegations of Paragraph 540.

541.

Vantage denies the allegations of Paragraph 541.

542.

Vantage denies the allegations of Paragraph 542.

543.

Vantage denies the allegations of Paragraph 543.

544.

Vantage denies the allegations of Paragraph 544.

545.

Vantage denies the allegations of Paragraph 545.

546.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 546.

547.

Vantage denies the allegations of Paragraph 547.

548.

Vantage denies the allegations of Paragraph 548.

549.

Vantage denies the allegations of Paragraph 549.

550.

Vantage denies the allegations of Paragraph 550.

551.

Vantage denies the allegations of Paragraph 551.

552.

Vantage denies the allegations of Paragraph 552.

553.

Vantage denies the allegations of Paragraph 553.

554.

Vantage denies the allegations of Paragraph 554.

555.

Vantage denies the allegations of Paragraph 555.

556.

Vantage denies the allegations of Paragraph 556.

557.

Vantage denies the allegations of Paragraph 557.

558.

Vantage denies the allegations of Paragraph 558.

559.

Vantage denies the allegations of Paragraph 559.

560.

Vantage denies the allegations of Paragraph 560.

## **Count XXV**

561.

No answer is required with regard to the content of Paragraph 561 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-560 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXV.

562.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 562.

563.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 563.

564.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 564.

565.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 565.

566.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 566.

567.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 567.

568.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 568.

569.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 569.

570.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 570.

## **Count XXVI**

571.

No answer is required with regard to the content of Paragraph 571 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-570 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXVI.

572.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 572.

573.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 573.

574.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 574.

575.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 575.

576.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 576.

## **Count XXVII**

577.

No answer is required with regard to the content of Paragraph 577 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-576 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XVII.

578.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 578.

579.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 579.

580.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 580.

581.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 581.

582.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 582.

583.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 583.

584.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 584.

585.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 585.

586.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 586.

## **Count XXVIII**

587.

No answer is required with regard to the content of Paragraph 587 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-586 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XVIII.

588.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 588.

589.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 589.

590.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 590.

591.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 591.

592.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 592.

593.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 593.

## **Count XXIX**

594.

No answer is required with regard to the content of Paragraph 594 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-593 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXIX.

595.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 595.

596.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 596.

597.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 597.

598.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 598.

599.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 599.

600.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 600.

601.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 601.

602.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 602.

603.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 603.

## **Count XXX**

604.

No answer is required with regard to the content of Paragraph 604 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-603 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXX.

605.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 605.

606.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 606.

607.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 607.

608.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 608.

609.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 609.

610.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 610.

## **Count XXXI**

611.

No answer is required with regard to the content of Paragraph 611 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-610 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXI.

612.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 612.

613.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 613.

614.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 614.

615.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 615.

616.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 616.

617.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 617.

618.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 618.

619.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 619.

620.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 620.

## Count XXXII

621.

No answer is required with regard to the content of Paragraph 621 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-620 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXII.

622.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 622.

623.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 623.

624.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 624.

625.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 625.

626.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 626.

627.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 627.

## **Count XXXIII**

628.

No answer is required with regard to the content of Paragraph 628 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-627 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXIII.

629.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 629.

630.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 630.

631.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 631.

632.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 632.

633.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 633.

634.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 634.

635.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 635.

636.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 636.

637.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 637.

## **Count XXXIV**

638.

No answer is required with regard to the content of Paragraph 638 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-637 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXIV.

639.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 639.

640.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 640.

641.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 641.

642.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 642.

643.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 643.

644.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 644.

## **Count XXXV**

645.

No answer is required with regard to the content of Paragraph 645 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-644 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXV.

646.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 646.

647.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 647.

648.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 648.

649.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 649.

650.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 650.

651.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 651

652.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 652.

653.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 653.

654.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 654.

## **Count XXXVI**

655.

No answer is required with regard to the content of Paragraph 655 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-654 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXVI.

656.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 656.

657.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 657.

658.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 658.

659.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 659.

660.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 660.

661.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 661.

## **Count XXXVII**

662.

No answer is required with regard to the content of Paragraph 662 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-661 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXVII.

663.

Vantage denies the allegations of Paragraph 663.

664.

Vantage denies the allegations of Paragraph 664.

665.

Vantage denies the allegations of Paragraph 665.

666.

Vantage denies the allegations of Paragraph 666.

667.

Vantage denies the allegations of Paragraph 667.

668.

Vantage denies the allegations of Paragraph 668.

669.

Vantage denies the allegations of Paragraph 669.

670.

Vantage denies the allegations of Paragraph 670.

671.

Vantage denies the allegations of Paragraph 671.

## **Count XXXVIII**

672.

No answer is required with regard to the content of Paragraph 672 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-671 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXVIII.

673.

Vantage denies the allegations of Paragraph 673.

674.

Vantage denies the allegations of Paragraph 674.

675.

Vantage denies the allegations of Paragraph 675.

676.

Vantage denies the allegations of Paragraph 676.

677.

Vantage denies the allegations of Paragraph 677.

678.

Vantage denies the allegations of Paragraph 678.

## **Count XXXIX**

679.

No answer is required with regard to the content of Paragraph 679 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-678 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XXXIX.

680.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 680.

681.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 681.

682.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 682.

683.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 683.

684.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 684.

685.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 685.

686.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 686.

687.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 687.

688.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 688.

## **Count XL**

689.

No answer is required with regard to the content of Paragraph 689 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-688 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XL.

690.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 690.

691.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 691.

692.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 692.

693.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 693.

694.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 694.

695.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 695.

## **Count XLI**

696.

No answer is required with regard to the content of Paragraph 696 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-695 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLI.

697.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 697.

698.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 698.

699.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 699.

700.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 700.

701.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 701.

702.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 702.

703.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 703.

704.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 704.

705.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 705.

706.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 706.

707.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 707.

708.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 708.

## **Count XLII**

709.

No answer is required with regard to the content of Paragraph 709 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-708 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLII.

710.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 710.

711.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 711.

712.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 712.

713.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 713.

714.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 714.

715.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 715.

716.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 716.

717.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 717.

718.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 718.

719.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 719.

720.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 720.

721.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 721.

## **Count XLIII**

722.

No answer is required with regard to the content of Paragraph 722 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-721 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLIII.

723.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 723.

724.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 724.

725.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 725.

726.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 726.

727.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 727.

728.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 728.

729.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 729.

730.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 730.

731.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 731.

732.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 732.

733.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 733.

734.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 734.

## **Count XLIV**

735.

No answer is required with regard to the content of Paragraph 735 since the reassertion of allegations is not required to allege facts. To the extent a

response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-734 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLIV.

736.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 736.

737.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 737.

738.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 738.

739.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 739.

740.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 740.

741.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 741.

742.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 742.

743.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 743.

744.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 744.

745.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 745.

746.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 746.

747.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 747.

## **Count XLV**

748.

No answer is required with regard to the content of Paragraph 748 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-747 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLV.

749.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 749.

750.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 750.

751.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 751.

752.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 752.

753.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 753.

754.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 754.

755.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 755.

756.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 756.

757.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 757.

758.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 758.

759.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 759.

760.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 760.

## **Count XLVI**

761.

No answer is required with regard to the content of Paragraph 761 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-760 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLVI.

762.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 762.

763.

Vantage denies the allegations of Paragraph 763.

764.

Vantage denies the allegations of Paragraph 764.

765.

Vantage denies the allegations of Paragraph 765.

766.

Vantage denies the allegations of Paragraph 766.

767.

Vantage denies the allegations of Paragraph 767.

768.

Vantage denies the allegations of Paragraph 768.

769.

Vantage denies the allegations of Paragraph 769.

770.

Vantage denies the allegations of Paragraph 770.

771.

Vantage denies the allegations of Paragraph 771.

772.

Vantage denies the allegations of Paragraph 772.

773.

Vantage denies the allegations of Paragraph 773.

## **Count XLVII**

774.

No answer is required with regard to the content of Paragraph 774 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-773 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLVII.

775.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 775.

776.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 776.

777.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 777.

778.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 778.

779.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 779.

780.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 780.

781.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 781.

782.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 782.

783

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 783.

784.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 784.

785.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 785.

786.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 786.

## **Count XLVIII**

787.

No answer is required with regard to the content of Paragraph 787 since the reassertion of allegations is not required to allege facts. To the extent a response is required to a bare assertion of fact, Vantage incorporates herein its responses to the allegations of Paragraph 1-786 of the Amended Complaint above as well as its affirmative defenses in response to all allegations of Count XLVIII.

788.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 788.

789.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 789.

790.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 790.

791.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 791.

792.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 792.

793.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 793.

794.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 794.

795.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 795.

796.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 796.

797.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 797.

798.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 798.

799.

For want of sufficient information, Vantage can neither admit nor deny the allegations of Paragraph 799.

<u>Twelfth Defense</u>

Vantage denies each and every allegation of the Amended Complaint to which it has not expressly responded herein above.

*Wherefore*, Vantage, having fully answered the allegations asserted against it in the Amended Complaint and having denied any and all liability to the Plaintiff, hereby demands that this matter as asserted against it be dismissed with all costs taxed to the Plaintiff.


*/s/ William Allred*
William Allred, GA#00320
Alyson Straight, GA#582936
Attorneys for Defendant Vantage
Hospitality Group, Inc.

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr, NE, Ste E-100
Atlanta, GA   30028
404-790-0123
wsa@bayatl.com
as@bayatl.com

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel hereby certifies that the above and foregoing ***ANSWER OF VANTAGE HOSPITALITY GROUP, INC TO AMENDED COMPLAINT*** is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1C.

So certified this 10th day of February, 2020.

*/s/ William Allred*
William Allred, GA#00320
Alyson Straight, GA#582936
Attorneys for Defendant Vantage
Hospitality Group, Inc.

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr, NE, Ste E-100
Atlanta, GA   30028
404-790-0123 [direct]
wsa@bayatl.com
as@bayatl.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing *Answer to Corrected Amended Complaint* by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record:

| | |
|---|---|
| John E. Floyd<br>Manoj S. Varghese<br>Tiana S. Mykkelvedt<br>Amanda Kay Seals<br>Manoj Sam Varghese<br>Bondurant, Mixson & Elmore, LLP<br>1201 West Peachtree Street, N.W.<br>Suite 3900<br>Atlanta, G 30309 | Jonathan S. Tonge<br>Patrick J. McDonough<br>Trinity Hundredmark<br>Andersen, Tate & Carr, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, GA 30097 |
| Janelle E. Alleyne<br>Sara Marie Turner<br>Baker, Donelson, Bearman, Caldwell<br>& Berkowitz, P.C.-Atl<br>3414 Peachtree Road, NE<br>Suite 1600, Monarch Tower<br>Atlanta, GA 30326<br>Attorneys for Choice Hotels<br>International, Inc. | Admir Allushi<br>P. Michael Freed<br>Charles Kyle Reed<br>Lewis Brisbois Bisgaard & Smith,<br>LLP-Atl<br>Suite 2900<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>Attorneys for FMW RRI NC, LLC,<br>Red Roof Inns, Inc.,<br>SUB-SU Hotel GP, LLC, WHG SU<br>Atlanta LP,<br>Westmont Hospitality Group, Inc.<br>and<br>RRI III, LLC |
| Sabrina Lynn Atkins<br>Pamela Newsom Lee<br>Rachel Wilson Mathews | Roy A. Banerjee<br>Angelina Kim Whitaker |

| | |
|---|---|
| Swift, Currie, McGhee & Hiers, LLP<br>The Peachtree, Suiter 300<br>1355 Peachtree Street, NE<br>Atlanta, GA 30309-3231<br>Attorneys for Auro Hotels<br>Management, LLC, JHM Hotels<br>Management, Inc., Laxmi Druid Hills<br>Hotel, LLC | Kumar, Prabhu, Patel & Banerjee,<br>LLC<br>One Lakeside Commons<br>Suite 800<br>990 Hammond Drive NE<br>Atlanta, GA 30325<br>Attorneys for VAD Property<br>Management, LLC |
| Bethany K. Biesenthal<br>Jones Day-Chicago<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, IL 60601-1692<br>Attorneys for Hilton Domestic<br>Operating Company, Inc.,<br>Hilton Franchise Holding, LLC and<br>Hilton Worldwide Holdings, Inc. | Jamila Marjani Hall<br>Jones Day-Atlanta<br>Suite 800<br>1420 Peachtree Street, NE<br>Atlanta, GA 30309-3053<br>Attorneys for Hilton Domestic<br>Operating Company, Inc.,<br>Hilton Franchise Holding, LLC and<br>Hilton Worldwide Holdings, Inc.. |
| Nicole M. Perry<br>Jones Day-H.TX<br>717 Texas Avenue<br>Suite 3300<br>Houston, TX 77002<br>Attorneys for Hilton Domestic<br>Operating Company, Inc.,<br>Hilton Franchise Holding, LLC and<br>Hilton Worldwide Holdings, Inc. | Allison M. Escott<br>William James Martin<br>Hall F. McKinley, III<br>Drew Eckl & Farnham-ATL<br>P.O. Box 7600<br>Suite 3500<br>303 Peachtree Street, NE<br>Atlanta, GA 30308<br>Attorneys for 2014 SE Owner 5-<br>Emory, LLC |
| Warner S. Fox<br>Christopher Shane Keith<br>Elliott Crawford Ream<br>Hawkins Parnell & Young, LLP-GA<br>Suite 4000<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243<br>Attorneys for Varahi Hotel, LLC | Christopher F. Campbell<br>Delia Gervin Frazier<br>Brendan Gerard Krasinski<br>DLA Piper LLP (US)-ATL<br>One Atlantic Center, Suite 2800<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |

|  | Attorneys for CPLG Properties, Inc., CPLG Hol, LLC, LQ Management, LLC., La Quinta Worldwide, LLC, Microtel Inns and Suites Franchising, Inc., Ramada Worldwide, Inc., Wyndham Hotels & Resorts, Inc. |
|---|---|
| David S. Sager<br>DLA Piper LLP (US)-NJ<br>Suite 120<br>51 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2704<br>CPLG Properties, LLC and La Quinta Worldwide, LLC | Dana M. Richens<br>Smith Gambrell & Russell, LLP-GA<br>Suite 3100, Promenade<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Attorneys for Newtel V Corporation |
| George Lee Welborn<br>Downey & Cleveland<br>288 Washington Avenue<br>Marietta, GA 30060<br>Newtel V Corporation and Hament Desai | Stephen William Rothring<br>Kelli Kimberly Steele<br>Kathryn S. Whitlock<br>Hawkins Parnell & Young, LLP-GA<br>Suite 4000<br>303 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243<br>Jeet & JJ, LLC |
| Joseph Robb Cruser<br>Glenn C. Tornillo<br>Kristin L. Yoder<br>Cruser Mitchell Law Firm<br>Suite 2000<br>275 Scientific Drive, NW<br>Norcross, GA 30092<br>Attorneys for Kuzzins Buford, Inc. |  |

This 10th day of February, 2020.

/s/ William Allred
William Allred