IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>          Plaintiff,<br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>          Defendants. | Civil Action No.<br>1:19-cv-03840<br><br>JURY TRIAL DEMANDED,<br>Pursuant to Fed. R. Civ. P. 38 |

## **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(A)(1)(A)(I)**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 1 gives notice that all claims against the following defendants, which have neither answered nor filed a summary judgment motion, are voluntarily dismissed without prejudice:

Newtel V Corporation

LQ Management LLC

*See* Fed. R. Civ. P. 41(a)(1)(A)("[A] plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"); *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) (holding that Rule 41 allows a plaintiff to dismiss all of her claims against a particular defendant).

#3031112v1

This 20th day of April, 2020.

/s/ *Tiana S. Mykkeltvedt*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, GA  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

#3031112v1

(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiff Jane Doe 1*

#3031112v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, I served a true and correct copy of the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(A)(1)(A)(I)** using the Court's CM/ECF system, which will automatically email the document to all counsel of record.

This 20th day of April, 2020.

>                         /s/ *Tiana S. Mykkeltvedt*
>                         Tiana S. Mykkeltvedt
>                         Georgia Bar No. 533512

#3031112v1