IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROOF INNS, INC., et al.,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-03840-WMR |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST CERTAIN DEFENDANTS**

COMES NOW Plaintiff Jane Doe 1 by and through the undersigned counsel, and files her notice of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

1.  Plaintiffs voluntarily dismiss all her claims against the following defendants (the "Dismissed Defendants"):

    a.  Hilton Worldwide Holdings Inc.;

    b.  Hilton Franchise Holding LLC;

    c.  Hilton Domestic Operating Company Inc.;

    d.  Ramada Worldwide Inc.;

---

[1] On April 13, 2020, this Court dismissed these defendants without prejudice with leave to amend. (Dkt. 282.) Plaintiff files this voluntary dismissal under Rule 41 to avoid any ambiguity regarding dismissal of these defendants.

    e.    La Quinta Worldwide, LLC;

    f.    CorePoint Lodging Inc.;

    g.    CPLG HOL LLC;

    h.    LQ Management, LLC; and

    i.    CPLG Properties, LLC.

2. None of the Dismissed Defendants have served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

3. This case is not a class action under Rule 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. No receiver has been appointed in this case under Rule 66.

5. No federal statute requires a court order for dismissal of this case.

This 27th day of April, 2020.

                                    */s/ Tiana S. Mykkeltvedt*
                                    John E. Floyd
                                    Georgia Bar No. 266413
                                    floyd@bmelaw.com
                                    Manoj S. Varghese
                                    Georgia Bar No. 734668
                                    varghese@bmelaw.com
                                    Tiana S. Mykkeltvedt
                                    Georgia Bar No. 533512
                                    mykketlvedt@bmelaw.com
                                    Amanda Kay Seals
                                    Georgia Bar No. 502720
                                    seals@bmelaw.com

                    Michael R. Baumrind
                    Georgia Bar No. 960296
                    baumrind@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

                    Jonathan S. Tonge
                    jtonge@atclawfirm.com
                    Georgia Bar No. 303999
                    Patrick J. McDonough
                    Georgia Bar No. 489855
                    pmcdonough@atclawfirm.com
                    Trinity Hundredmark
                    Georgia Bar No. 140808
                    thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

              *Attorneys for Plaintiff Jane Doe 1*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I served a true and correct copy of the within and foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST CERTAIN DEFENDANTS using the Court's CM/ECF system, which will automatically email the document to all counsel of record.

This 27th day of April, 2020.

/s/ *Tiana S. Mykkeltvedt*
Tiana S. Mykkeltvedt
Georgia Bar No. 533512