## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
|     v. | ) NO. 1:19-CV-03840-WMR |
| | ) |
| RED ROOF INNS, INC., FMW RRI, NC, LLC, | ) |
| RED ROOF FRANCHISING, LLC, RRI WEST | ) |
| MANAGEMENT, LLC, VARAHI HOTEL, LLC, | ) |
| WESTMONT HOSPITALITY GROUP, INC., | ) |
| RRI III, LLC, HSI CHAMBLEE, LLC, | ) |
| SUB-SU HOTEL GP, LLC, WHG SU | ) |
| ATLANTA, LLC, WHG SU ATLANTA LP, | ) |
| CC&S DEVELOPMENT, LLC, ESSEX, LLC, | ) |
| AND KUZZINS BUFORD, LLC | ) |
| | ) |
|     Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT HSI CHAMBLEE, LLC TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW, Defendant HSI CHAMBLEE, LLC (hereinafter "Defendant") in the above-styled action, and file its Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint, showing the Court as follows:

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim for which relief can be granted.

1

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the fact that no act or omission by Defendant has caused Plaintiff's alleged injuries or damages.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred on the grounds of acquiescence, waiver, estoppel, and/or laches.

## FOURTH AFFIRMATIVE DEFENSE

The losses, if any, sustained by Plaintiff were the result of conduct of persons or entities over whom Defendant has no control or responsibility, and for whose conduct Defendant is thus not liable.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred because there is no causal connection between any alleged act, error, or omission by Defendant and the Plaintiff's alleged injuries or damages.

## SIXTH AFFIRMATIVE DEFENSE

Defendant hereby gives notice that it intends to rely upon such other defenses as may become apparent during the course of discovery and thus expressly reserves the right to amend this Answer to assert such defenses.

## SEVENTH AFFIRMATIVE DEFENSE

The injuries or damages complained of by Plaintiff were caused in whole or in part by the negligence of Plaintiff and that such negligence equaled or exceeded any negligence on the part of Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff willingly, knowingly, and voluntarily exposed herself to and assumed the risk and therefore, Plaintiff's recovery is barred.

## NINTH AFFIRMATIVE DEFENSE

Any alleged negligence or breach of duty by Defendant was not a proximate cause of the damages claimed.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff has released, settled, entered into accord and satisfaction or otherwise compromised her claims herein and, accordingly, said claims are barred by the operation of law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were caused by a superseding and intervening act, which was beyond the knowledge or control of Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because of her own comparative negligence.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant acted in accordance with the applicable standard of care under the circumstances.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## FIFTEENTH AFFIRMATIVE DEFENSE

The imposition of punitive damages in this case is improper, as there is an absence of a showing of malicious intent to cause harm to the Plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

An award of punitive or exemplary damages in this action would constitute a violation of these Defendant's right to due process of law under the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and under paragraphs 1 and 2 of Article 1 of the Georgia Constitution because Georgia does not have sufficient procedural safeguards to ensure that the jury's discretion in awarding punitive damages was reasonably constrained. Therefore,

any award of punitive damages would be an excessive and arbitrary deprivation of property without due process of law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for attorney's fees are unwarranted and unsupported by any construction of the facts of this case. As such, Plaintiff's claims for attorney's fees should be dismissed.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join indispensable parties under Fed. R. Civ. P. 19.

## NINETEENTH AFFIRMATIVE DEFENSE

Answering now the separate paragraphs of Plaintiff's Complaint, Defendant shows the Court as follows:

1.

Defendant does not have sufficient knowledge or information to either admit or deny whether Plaintiff was trafficked at hotels around Atlanta, and therefore must deny same. Defendant denies the remaining allegations contained in Paragraph 1 of Plaintiff's Second Amended Complaint.

2.

As to this Defendant, Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Second Amended Complaint.

3.

As to this Defendant, Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Second Amended Complaint. Specifically, Defendant denies that any sex trafficking occurred at its hotel.

4.

As to this Defendant, Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Second Amended Complaint. Specifically, Defendant denies that any sex trafficking occurred at its hotel.

5.

In response to Paragraph 5 of Plaintiff's Second Amended Complaint, Defendant denies any liability for Plaintiff's alleged damages or injuries. Defendant specifically denies liability pursuant to the Trafficking Victims Protection Reauthorization Act, the Georgia Racketeer and Influenced and Corrupt Organizations Act, and for negligence.

**THE PARTIES**

6.

Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 6 of Plaintiff's Second Amended Complaint, and therefore must deny same.

**Smyrna Reed Roof**

7.

The allegations of Paragraph 7 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 7 of Plaintiff's Second Amended Complaint, and therefore must deny same.

8.

The allegations of Paragraph 8 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 8 of Plaintiff's Second Amended Complaint, and therefore must deny same.

9.

The allegations of Paragraph 9 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 9 of Plaintiff's Second Amended Complaint, and therefore must deny same.

10.

The allegations of Paragraph 10 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 10 of Plaintiff's Second Amended Complaint, and therefore must deny same.

11.

The allegations of Paragraph 11 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 11 of Plaintiff's Second Amended Complaint, and therefore must deny same.

12.

The allegations of Paragraph 12 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 12 of Plaintiff's Second Amended Complaint, and therefore must deny same.

13.

Paragraph 13 does not contain either a factual or legal allegation and therefore no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations contained in Paragraph 13 of the Second Amended Complaint.

**Atlanta Red Roof**

14.

The allegations of Paragraph 14 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 14 of Plaintiff's Second Amended Complaint, and therefore must deny same.

15.

Paragraph 15 does not contain either a factual or legal allegation and therefore no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations contained in Paragraph 15 of the Second Amended Complaint.

**Suburban Extended Stay**

16.

Defendant admits the allegations contained in Paragraph 16 of the Second Amended Complaint.

17.

The allegations of Paragraph 17 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 17 of Plaintiff's Second Amended Complaint, and therefore must deny same.

18.

The allegations of Paragraph 18 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 18 of Plaintiff's Second Amended Complaint, and therefore must deny same.

19.

The allegations of Paragraph 19 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 19 of Plaintiff's Second Amended Complaint, and therefore must deny same.

20.

In response to Paragraph 20, Defendant objects to being categorically included with any other named Defendant as it has no relationship with any other named Defendant.  Moreover, Defendant had and has no control of or responsibility for any other named Defendant.  By way of further response, Defendant states that Paragraph 20 does not contain either a factual or legal allegation and therefore no response is required.  To the extent a response is

deemed necessary, Defendant denies the allegations contained in Paragraph 20 of the Second Amended Complaint.

**Microtel**

21.

The allegations of Paragraph 21 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 21 of Plaintiff's Second Amended Complaint.

22.

The allegations of Paragraph 22 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 22 of Plaintiff's Second Amended Complaint.

23.

The allegations of Paragraph 23 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 23 of Plaintiff's Second Amended Complaint.

24.

The allegations of Paragraph 24 of the Second Amended Complaint are not directed at this Defendant.  Paragraph 24 does not contain either a factual or legal allegation and therefore no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations contained in Paragraph 24 of the Second Amended Complaint.

25.

Paragraph 25 does not contain either a factual or legal allegation and therefore no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations contained in Paragraph 25 of the Second Amended Complaint.  By way of further response, Defendant denies that any other Defendant acted as its agent, representative or employee.

**JURISDICTION & VENUE**

26.

Defendant admits the allegations contained in Paragraph 26 of Plaintiff's Second Amended Complaint.

27.

Defendant admits the allegations contained in Paragraph 27 of Plaintiff's Second Amended Complaint.

28.

Defendant admits that venue is proper in the Northern District of Georgia. All remaining allegations contained in Paragraph 28 of Plaintiff's Second Amended Complaint are denied.

## FACTUAL ALLEGATIONS

I.    **THE SMYRNA RED ROOF**

A.    **The Trafficking of Jane Doe 1 at the Smyrna Red Roof.**

29.

The allegations of Paragraph 29 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 29 of Plaintiff's Second Amended Complaint.

30.

The allegations of Paragraph 30 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 30 of Plaintiff's Second Amended Complaint.

13

31.

The allegations of Paragraph 31 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 31 of Plaintiff's Second Amended Complaint.

32.

The allegations of Paragraph 32 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 32 of Plaintiff's Second Amended Complaint.

33.

The allegations of Paragraph 33 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 33 of Plaintiff's Second Amended Complaint.

34.

The allegations of Paragraph 34 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 34 of Plaintiff's Second Amended Complaint.

35.

The allegations of Paragraph 35 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 35 of Plaintiff's Second Amended Complaint.

36.

The allegations of Paragraph 36 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 36 of Plaintiff's Second Amended Complaint.

37.

The allegations of Paragraph 37 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 37 of Plaintiff's Second Amended Complaint.

38.

The allegations of Paragraph 38 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 38 of Plaintiff's Second Amended Complaint.

39.

The allegations of Paragraph 39 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 39 of Plaintiff's Second Amended Complaint.

40.

The allegations of Paragraph 40 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 40 of Plaintiff's Second Amended Complaint.

41.

The allegations of Paragraph 41 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 41 of Plaintiff's Second Amended Complaint.

42.

The allegations of Paragraph 42 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 42 of Plaintiff's Second Amended Complaint.

43.

The allegations of Paragraph 43 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 43 of Plaintiff's Second Amended Complaint.

44.

The allegations of Paragraph 44 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 44 of Plaintiff's Second Amended Complaint.

45.

The allegations of Paragraph 45 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 45 of Plaintiff's Second Amended Complaint.

46.

The allegations of Paragraph 46 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 46 of Plaintiff's Second Amended Complaint.

47.

The allegations of Paragraph 47(a)-(b) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 47(a)-(b) of Plaintiff's Second Amended Complaint.

48.

The allegations of Paragraph 48 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 48 of Plaintiff's Second Amended Complaint.

49.

The allegations of Paragraph 49 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 49 of Plaintiff's Second Amended Complaint.

50.

The allegations of Paragraph 50 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 50 of Plaintiff's Second Amended Complaint.

51.

The allegations of Paragraph 51 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 51 of Plaintiff's Second Amended Complaint.

52.

The allegations of Paragraph 52 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 52 of Plaintiff's Second Amended Complaint.

53.

The allegations of Paragraph 53 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 53 of Plaintiff's Second Amended Complaint.

54.

The allegations of Paragraph 54 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 54 of Plaintiff's Second Amended Complaint.

55.

The allegations of Paragraph 55 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 55 of Plaintiff's Second Amended Complaint.

56.

The allegations of Paragraph 56 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 56 of Plaintiff's Second Amended Complaint.

57.

The allegations of Paragraph 57 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 57 of Plaintiff's Second Amended Complaint.

58.

The allegations of Paragraph 58(a)-(e) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 58(a)-(e) of Plaintiff's Second Amended Complaint.

59.

The allegations of Paragraph 59 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 59 of Plaintiff's Second Amended Complaint.

60.

The allegations of Paragraph 60(a)-(b) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 60(a)-(b) of Plaintiff's Second Amended Complaint.

61.

The allegations of Paragraph 61 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 61 of Plaintiff's Second Amended Complaint.

62.

The allegations of Paragraph 62(a)-(b) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge

or information to either admit or deny the allegations contained in Paragraph 62(a)-(b) of Plaintiff's Second Amended Complaint.

63.

The allegations of Paragraph 63(a)-(d) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 63(a)-(d) of Plaintiff's Second Amended Complaint.

64.

The allegations of Paragraph 64 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 64 of Plaintiff's Second Amended Complaint.

65.

The allegations of Paragraph 65 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 65 of Plaintiff's Second Amended Complaint.

66.

The allegations of Paragraph 66 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 66 of Plaintiff's Second Amended Complaint.

67.

The allegations of Paragraph 67 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 67 of Plaintiff's Second Amended Complaint.

68.

The allegations of Paragraph 68 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 68 of Plaintiff's Second Amended Complaint.

69.

The allegations of Paragraph 69 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 69 of Plaintiff's Second Amended Complaint.

70.

The allegations of Paragraph 70 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 70 of Plaintiff's Second Amended Complaint.

71.

The allegations of Paragraph 71 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 71 of Plaintiff's Second Amended Complaint.

72.

The allegations of Paragraph 72 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 72 of Plaintiff's Second Amended Complaint.

73.

The allegations of Paragraph 73 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 73 of Plaintiff's Second Amended Complaint.

74.

The allegations of Paragraph 74 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 74 of Plaintiff's Second Amended Complaint.

75.

The allegations of Paragraph 75 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 75 of Plaintiff's Second Amended Complaint.

**B.     The Smyrna Red Roof Defendants**

76.

The allegations of Paragraph 76 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 76 of Plaintiff's Second Amended Complaint.

77.

The allegations of Paragraph 77 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 77 of Plaintiff's Second Amended Complaint.

**1.    The Corporate Relationship between Westmont and Red Roof Inns, Inc**.

78.

The allegations of Paragraph 78 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 78 of Plaintiff's Second Amended Complaint.

79.

The allegations of Paragraph 79 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 79 of Plaintiff's Second Amended Complaint.

80.

The allegations of Paragraph 80 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 80 of Plaintiff's Second Amended Complaint.

81.

The allegations of Paragraph 81 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 81 of Plaintiff's Second Amended Complaint.

82.

The allegations of Paragraph 82 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 82 of Plaintiff's Second Amended Complaint.

83.

The allegations of Paragraph 83 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 83 of Plaintiff's Second Amended Complaint.

84.

The allegations of Paragraph 84 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 84 of Plaintiff's Second Amended Complaint.

85.

The allegations of Paragraph 85 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 85 of Plaintiff's Second Amended Complaint.

86.

The allegations of Paragraph 86 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 86 of Plaintiff's Second Amended Complaint.

87.

The allegations of Paragraph 87(a)-(e) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 87(a)-(e) of Plaintiff's Second Amended Complaint.

88.

The allegations of Paragraph 88 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 88 of Plaintiff's Second Amended Complaint.

### 2.    Owners and Franchisees of the Smyrna Red Roof

89.

The allegations of Paragraph 89 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 89 of Plaintiff's Second Amended Complaint.

90.

The allegations of Paragraph 90 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 90 of Plaintiff's Second Amended Complaint.

91.

The allegations of Paragraph 91 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 91 of Plaintiff's Second Amended Complaint.

### 3.    Managers of the Smyrna Red Roof

92.

The allegations of Paragraph 92 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 92 of Plaintiff's Second Amended Complaint.

93.

The allegations of Paragraph 93 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 93 of Plaintiff's Second Amended Complaint.

94.

The allegations of Paragraph 94 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 94 of Plaintiff's Second Amended Complaint.

95.

The allegations of Paragraph 95 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 95 of Plaintiff's Second Amended Complaint.

96.

The allegations of Paragraph 96 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 96 of Plaintiff's Second Amended Complaint.

97.

The allegations of Paragraph 97 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 97 of Plaintiff's Second Amended Complaint.

98.

The allegations of Paragraph 98(a)-(g) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 98(a)-(g) of Plaintiff's Second Amended Complaint.

99.

The allegations of Paragraph 99 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 99 of Plaintiff's Second Amended Complaint.

**4.     The Smyrna Red Roof Franchisor**

100.

The allegations of Paragraph 100 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 100 of Plaintiff's Second Amended Complaint.

101.

The allegations of Paragraph 101 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 101 of Plaintiff's Second Amended Complaint.

102.

The allegations of Paragraph 102(a)-(o) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 102(a)-(o) of Plaintiff's Second Amended Complaint.

**II.     THE ATLANTA RED ROOF**

**A.     The Sex Trafficking of Jane Doe 1 at the Atlanta Red Roof**

103.

The allegations of Paragraph 103 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 103 of Plaintiff's Second Amended Complaint.

104.

The allegations of Paragraph 104 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 104 of Plaintiff's Second Amended Complaint.

105.

The allegations of Paragraph 105 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 105 of Plaintiff's Second Amended Complaint.

106.

The allegations of Paragraph 106 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 106 of Plaintiff's Second Amended Complaint.

107.

The allegations of Paragraph 107 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 107 of Plaintiff's Second Amended Complaint.

108.

The allegations of Paragraph 108 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 108 of Plaintiff's Second Amended Complaint.

109.

The allegations of Paragraph 109 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 109 of Plaintiff's Second Amended Complaint.

110.

The allegations of Paragraph 110 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 110 of Plaintiff's Second Amended Complaint.

111.

The allegations of Paragraph 111 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 111 of Plaintiff's Second Amended Complaint.

112.

The allegations of Paragraph 112 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 112 of Plaintiff's Second Amended Complaint.

113.

The allegations of Paragraph 113 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 113 of Plaintiff's Second Amended Complaint.

114.

The allegations of Paragraph 114(a)-(h) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge

or information to either admit or deny the allegations contained in Paragraph 114(a)-(h) of Plaintiff's Second Amended Complaint.

## 115.

The allegations of Paragraph 115 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 115 of Plaintiff's Second Amended Complaint.

## 116.

The allegations of Paragraph 116(a)-(e) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 116(a)-(e) of Plaintiff's Second Amended Complaint.

## 117.

The allegations of Paragraph 117 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 117 of Plaintiff's Second Amended Complaint.

118.

The allegations of Paragraph 118 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 118 of Plaintiff's Second Amended Complaint.

119.

The allegations of Paragraph 119 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 119 of Plaintiff's Second Amended Complaint.

**B.     The Atlanta Red Roof Defendants**

120.

The allegations of Paragraph 120 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 120 of Plaintiff's Second Amended Complaint.

121.

The allegations of Paragraph 121 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 121 of

Plaintiff's Second Amended Complaint.

### 1. The Corporate Relationship Between Westmont and Red Roof Inns, Inc.

### 122.

The allegations of Paragraph 122 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 122 of

Plaintiff's Second Amended Complaint.

### 123.

The allegations of Paragraph 123 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 123 of

Plaintiff's Second Amended Complaint.

### 124.

The allegations of Paragraph 124 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 124 of

Plaintiff's Second Amended Complaint.

### 2.    Owners of the Atlanta Red Roof

125.

The allegations of Paragraph 125 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 125 of Plaintiff's Second Amended Complaint.

126.

The allegations of Paragraph 126 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 126 of Plaintiff's Second Amended Complaint.

### 3.    Managers of the Atlanta Red Roof.

127.

The allegations of Paragraph 127 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 127 of Plaintiff's Second Amended Complaint.

128.

The allegations of Paragraph 128 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 128 of Plaintiff's Second Amended Complaint.

129.

The allegations of Paragraph 129 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 129 of Plaintiff's Second Amended Complaint.

130.

The allegations of Paragraph 130(a)-(g) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 130(a)-(g) of Plaintiff's Second Amended Complaint.

### 4.     Franchisors of the Atlanta Red Roof

131.

The allegations of Paragraph 131 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 131 of Plaintiff's Second Amended Complaint.

## III.   THE SUBURBAN EXTENDED STAY

### A.   The Sex Trafficking of Jane Doe 1 at the Suburban Extended Stay

132.

Defendant denies that either Plaintiff or Jane Doe 2 were trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 132 of Plaintiff's Second Amended Complaint.

133.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 133 of Plaintiff's Second Amended Complaint.

134.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 134 of Plaintiff's Second Amended Complaint.

135.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.   By way of further response, Defendant denies all remaining allegations contained in Paragraph 135 of Plaintiff's Second Amended Complaint.

136.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.   By way of further response, Defendant denies all remaining allegations contained in Paragraph 136 of Plaintiff's Second Amended Complaint.

137.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.   By way of further response, Defendant denies all remaining allegations contained in Paragraph 137 of Plaintiff's Second Amended Complaint.

138.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.   By way of further response, Defendant denies all

remaining allegations contained in Paragraph 138 of Plaintiff's Second Amended Complaint.

139.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 139 of Plaintiff's Second Amended Complaint.

140.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 140 of Plaintiff's Second Amended Complaint.

141.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 141 of Plaintiff's Second Amended Complaint.

142.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, Defendant denies all remaining allegations contained in Paragraph 142 of Plaintiff's Second Amended Complaint.

143.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, Defendant denies all remaining allegations contained in Paragraph 143 of Plaintiff's Second Amended Complaint.

144.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, Defendant denies all remaining allegations contained in Paragraph 144 of Plaintiff's Second Amended Complaint.

145.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, Defendant denies all

remaining allegations contained in Paragraph 145 of Plaintiff's Second Amended Complaint.

146.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.   By way of further response, Defendant denies all remaining allegations contained in Paragraph 146 of Plaintiff's Second Amended Complaint.

147.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 147 of Plaintiff's Second Amended Complaint.

148.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.   By way of further response, the allegations of Paragraph 148 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 148 of Plaintiff's Second Amended Complaint, and therefore denies same.

47

149.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, the allegations of Paragraph 148 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 148 of Plaintiff's Second Amended Complaint, and therefore denies same.

150.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, the allegations of Paragraph 150 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 150 of Plaintiff's Second Amended Complaint, and therefore denies same.

151.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. By way of further response, the allegations of Paragraph 151 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either

admit or deny the allegations contained in Paragraph 151 of Plaintiff's Second Amended Complaint, and therefore denies same.

152.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. The allegations of Paragraph 152(c)-(e) of the Second Amended Complaint are not directed at this Defendant. Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management. Defendant further denies that it had knowledge of or notice of any foreseeable risk of sex trafficking ventures at the property.

a.     Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 152(a) of Plaintiff's Second Amended Complaint. By way of further response, Defendant states that it had no knowledge of or notice of sex trafficking ventures at the property. Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.

b.     Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 152(b) of Plaintiff's Second Amended Complaint. By way of further response, Defendant states that it had no knowledge of or notice of sex trafficking ventures at the property. Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management

49

153.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 153 of Plaintiff's Second Amended Complaint.

154.

The allegations of Paragraph 154(a)-(f) of the Second Amended Complaint are not directed at this Defendant. Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  To the extent any allegation contained in Paragraph 154(a)-(f) is directed at this Defendant, Defendant expressly denies those allegations.

155.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 155 of Plaintiff's Second Amended Complaint.

156.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all

remaining allegations contained in Paragraph 156 of Plaintiff's Second Amended Complaint.

157.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 157 of Plaintiff's Second Amended Complaint.

158.

Defendant denies that Plaintiff was trafficked at its hotel during its ownership or management.  By way of further response, Defendant denies all remaining allegations contained in Paragraph 158 of Plaintiff's Second Amended Complaint.

**B.    The Suburban Extended Stay Defendants**

159.

The allegations of Paragraph 159 of the Second Amended Complaint are not directed at this Defendant.  Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 159 of Plaintiff's Second Amended Complaint.

160.

The allegations of Paragraph 160 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 160 of Plaintiff's Second Amended Complaint.

161.

Defendant admits that it owned the hotel until July of 2011 when its interests were foreclosed through foreclosure sale.

162.

Defendant admits that it owned the property up until July of 2011 when its interests were foreclosed through foreclosure. Defendant does not have sufficient knowledge or information to either admit or deny the remaining allegations contained in Paragraph 162 of Plaintiff's Second Amended Complaint, and therefore denies same.

163.

Defendant admits that it owned the property up until July of 2011 when its interests were foreclosed through foreclosure. Defendant denies all remaining allegations contained in Paragraph 163 of the Second Amended Complaint,

including the allegation that Defendant benefitted financially from any alleged sex trafficking.

### 1.    Owners of the Suburban Extended Stay

164.

Defendant admits that it owned the property up until July of 2011 when its interests were foreclosed through foreclosure.  Defendant denies all remaining allegations contained in Paragraph 164 of the Second Amended Complaint. By way of further response, Defendant objects to and denies the accuracy of Plaintiff's representations reflected in the diagram under Paragraph 164.

165.

The allegations of Paragraph 165 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 165 of Plaintiff's Second Amended Complaint.

166.

The allegations of Paragraph 166 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 166 of Plaintiff's Second Amended Complaint.

167.

The allegations of Paragraph 167 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 167 of Plaintiff's Second Amended Complaint.

168.

The allegations of Paragraph 168 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 168 of Plaintiff's Second Amended Complaint.

## 2. Manager of the Suburban Stay

169.

Defendant denies the allegations contained in Paragraph 169 of Plaintiff's Second Amended Complaint.

170.

The allegations of Paragraph 170 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 170 of Plaintiff's Second Amended Complaint.

171.

The allegations of Paragraph 171(a)-(g) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 171(a)-(g) of Plaintiff's Second Amended Complaint.

## IV.    THE MICROTEL INN & SUITES

### A.    The Sex Trafficking of Jane Doe 1 at the Microtel

172.

The allegations of Paragraph 172 the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 172 of Plaintiff's Second Amended Complaint.

173.

The allegations of Paragraph 173 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 173 of Plaintiff's Second Amended Complaint.

174.

The allegations of Paragraph 174 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 174 of Plaintiff's Second Amended Complaint.

175.

The allegations of Paragraph 175 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 175 of Plaintiff's Second Amended Complaint.

176.

The allegations of Paragraph 176 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 176 of Plaintiff's Second Amended Complaint.

177.

The allegations of Paragraph 177 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 177 of Plaintiff's Second Amended Complaint.

178.

The allegations of Paragraph 178 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 178 of Plaintiff's Second Amended Complaint.

179.

The allegations of Paragraph 179 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 179 of Plaintiff's Second Amended Complaint.

180.

The allegations of Paragraph 180 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 180 of Plaintiff's Second Amended Complaint.

181.

The allegations of Paragraph 181 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 181 of Plaintiff's Second Amended Complaint.

182.

The allegations of Paragraph 182 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 182 of Plaintiff's Second Amended Complaint.

183.

The allegations of Paragraph 183 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 183 of Plaintiff's Second Amended Complaint.

184.

The allegations of Paragraph 184 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 184 of Plaintiff's Second Amended Complaint.

185.

The allegations of Paragraph 185 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 185 of Plaintiff's Second Amended Complaint.

186.

The allegations of Paragraph 186 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 186 of Plaintiff's Second Amended Complaint.

187.

The allegations of Paragraph 187(a)-(c) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 187(a)-(c) of Plaintiff's Second Amended Complaint.

188.

The allegations of Paragraph 188 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 188 of Plaintiff's Second Amended Complaint.

189.

The allegations of Paragraph 189 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 189 of Plaintiff's Second Amended Complaint.

190.

The allegations of Paragraph 190 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 190 of Plaintiff's Second Amended Complaint.

191.

The allegations of Paragraph 191 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 191 of Plaintiff's Second Amended Complaint.

192.

The allegations of Paragraph 192 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 192 of Plaintiff's Second Amended Complaint.

**B.    The Microtel Defendants**

193.

The allegations of Paragraph 193 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 193 of Plaintiff's Second Amended Complaint.

194.

The allegations of Paragraph 194 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 194 of Plaintiff's Second Amended Complaint.

195.

The allegations of Paragraph 195 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 195 of Plaintiff's Second Amended Complaint.

196.

The allegations of Paragraph 196 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 196 of Plaintiff's Second Amended Complaint.

## 1.      Owners of the Microtel

197.

The allegations of Paragraph 197 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 197 of Plaintiff's Second Amended Complaint.

### 2.      Managers of the Microtel

### 198.

The allegations of Paragraph 198 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 198 of Plaintiff's Second Amended Complaint.

### 3.      The Microtel Defendants are Agents of CC&S

### 199.

The allegations of Paragraph 199 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 199 of Plaintiff's Second Amended Complaint.

### 200.

The allegations of Paragraph 200 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 200 of Plaintiff's Second Amended Complaint.

201.

The allegations of Paragraph 201(a)-(k) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 201(a)-(k) of Plaintiff's Second Amended Complaint.

## COUNTS

### Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act (Allegations Common to Counts I-II, V-VI, IX-X, XIII-XIV)

202.

As to this Defendant, Defendant denies the allegations contained in Paragraph 202 of Plaintiff's Second Amended Complaint.

### A.    Acts of Racketeering Activity

i.    Sex Trafficking in Violation of Federal Law

203.

As to this Defendant, Defendant denies the allegations contained in Paragraph 203 of Plaintiff's Second Amended Complaint.

ii.    Sex Trafficking in Violation of State Law

204.

O.C.G.A. § 16-14-3(5)(A)(vi) and O.C.G.A. § 16-5-46 speak for themselves. To the extent Plaintiff attempts to characterize the law under either statute,

Defendant denies those allegations. All remaining allegations contained in Paragraph 204 of Plaintiff's Second Amended Complaint are denied.

205.

O.C.G.A. § 16-14-3(5)(C) and 18 U.S.C. § 1961(b) speak for themselves. To the extent Plaintiff attempts to characterize the law under either statute, Defendant denies those allegations. All remaining allegations contained in Paragraph 205(a)-(c) of Plaintiff's Second Amended Complaint are denied.

206.

O.C.G.A. § 16-5-46(a)(8)A) speaks for itself. To the extent Plaintiff attempts to characterize the law under that statute, Defendant denies those allegations. All remaining allegations contained in Paragraph 206 of Plaintiff's Second Amended Complaint are denied.

207.

As to this Defendant, Defendant denies the allegations contained in Paragraph 207 of Plaintiff's Second Amended Complaint.

208.

As to this Defendant, Defendant denies the allegations contained in Paragraph 208 of Plaintiff's Second Amended Complaint.

209.

As to this Defendant, Defendant denies the allegations contained in Paragraph 209 of Plaintiff's Second Amended Complaint.

210.

As to this Defendant, Defendant denies the allegations contained in Paragraph 210(c) of Plaintiff's Second Amended Complaint.  Paragraph 210(a)-(b), (d) are not directed to this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 210(a)-(b), (d) of Plaintiff's Second Amended Complaint, and therefore Defendant denies same.

211.

As to this Defendant, Defendant denies the allegations contained in Paragraph 211 of Plaintiff's Second Amended Complaint.

      iii.   <u>False Imprisonment</u>

212.

As to this Defendant, Defendant denies the allegations contained in Paragraph 212 of Plaintiff's Second Amended Complaint.

213.

As to this Defendant, Defendant denies the allegations contained in Paragraph 213(c) of Plaintiff's Second Amended Complaint.  Paragraph 213(a)-(b), (d) are not directed to this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 213(a)-(b), (d) of Plaintiff's Second Amended Complaint, and therefore denies same.

iv.   <u>Battery</u>

214.

As to this Defendant, Defendant denies the allegations contained in Paragraph 214 of Plaintiff's Second Amended Complaint.

v.   <u>Keeping a Place of Prostitution</u>

215.

As to this Defendant, Defendant denies the allegations contained in Paragraph 215 of Plaintiff's Second Amended Complaint.

216.

As to this Defendant, Defendant denies the allegations contained in Paragraph 216 of Plaintiff's Second Amended Complaint.

217.

As to this Defendant, Defendant denies the allegations contained in Paragraph 217(c) of Plaintiff's Second Amended Complaint.  Paragraph 217(a)-(b), (d) are not directed to this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 217(a)-(b), (d) of Plaintiff's Second Amended Complaint, and therefore denies same.

      vi.    <u>Pimping</u>

218.

As to this Defendant, Defendant denies the allegations contained in Paragraph 218 of Plaintiff's Second Amended Complaint.

**B.    The Acts of Racketeering Activity Formed a Pattern**

219.

As to this Defendant, Defendant denies the allegations contained in Paragraph 219 of Plaintiff's Second Amended Complaint.

220.

As to this Defendant, Defendant denies the allegations contained in Paragraph 220 of Plaintiff's Second Amended Complaint.

221.

As to this Defendant, Defendant denies the allegations contained in Paragraph 221 of Plaintiff's Second Amended Complaint.

222.

As to this Defendant, Defendant denies the allegations contained in Paragraph 222 of Plaintiff's Second Amended Complaint.

223.

As to this Defendant, Defendant denies the allegations contained in Paragraph 223 of Plaintiff's Second Amended Complaint.

224.

As to this Defendant, Defendant denies the allegations contained in Paragraph 224 of Plaintiff's Second Amended Complaint.

225.

As to this Defendant, Defendant denies the allegations contained in Paragraph 225 of Plaintiff's Second Amended Complaint.

226.

As to this Defendant, Defendant denies the allegations contained in Paragraph 226(a)-(c) of Plaintiff's Second Amended Complaint.

## COUNT I

**Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Smyrna Red Roof Defendants: Westmont, RRI, Varahi, FMW, Red Roof Franchising, and RRI West)**

227.

Defendant hereby incorporates by references its responses and objections to Parts I. A. and B. and Paragraphs 202-226 as if fully set forth herein.

228.

The allegations of Paragraph 228 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 228 of Plaintiff's Second Amended Complaint.

229.

The allegations of Paragraph 229 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 229 of Plaintiff's Second Amended Complaint.

230.

The allegations of Paragraph 230 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 230 of Plaintiff's Second Amended Complaint.

231.

The allegations of Paragraph 231 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 231 of Plaintiff's Second Amended Complaint.

232.

The allegations of Paragraph 232 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 232 of Plaintiff's Second Amended Complaint.

233.

The allegations of Paragraph 233 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 233 of Plaintiff's Second Amended Complaint.

234.

The allegations of Paragraph 234 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 234 of Plaintiff's Second Amended Complaint.

235.

The allegations of Paragraph 235 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 235 of Plaintiff's Second Amended Complaint.

236.

The allegations of Paragraph 236 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 236 of Plaintiff's Second Amended Complaint.

237.

The allegations of Paragraph 237 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 237 of Plaintiff's Second Amended Complaint

238.

The allegations of Paragraph 238 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 238 of Plaintiff's Second Amended Complaint.

## COUNT II

**Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(a)**
**(Against Smyrna Red Roof Defendants: Westmont, RRI, Varahi, FMW, Red Roof Franchising, and RRI West)**

239.

Defendant hereby incorporates by references its responses and objections to Parts I. A. and B. and Paragraphs 202-226 as if fully set forth herein.

240.

The allegations of Paragraph 240 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 240 of Plaintiff's Second Amended Complaint.

241.

The allegations of Paragraph 241 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 241 of Plaintiff's Second Amended Complaint.

242.

The allegations of Paragraph 242 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 242 of Plaintiff's Second Amended Complaint.

243.

The allegations of Paragraph 243 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 243 of Plaintiff's Second Amended Complaint.

244.

The allegations of Paragraph 244 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 244 of Plaintiff's Second Amended Complaint.

245.

The allegations of Paragraph 245 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 245 of Plaintiff's Second Amended Complaint.

246.

The allegations of Paragraph 246 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 246 of Plaintiff's Second Amended Complaint.

## COUNT III

### TVPRA, 18 U.S.C. § 1595
### (Against Smyrna Red Roof Defendants: Westmont, RRI, Varahi, FMW, Red Roof Franchising, and RRI West)

247.

Defendant hereby incorporates by references its responses and objections to Parts I. A. and B. as if fully set forth herein.

248.

The allegations of Paragraph 248 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 248 of Plaintiff's Second Amended Complaint.

**Direct Liability**

249.

The allegations of Paragraph 249 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 249 of Plaintiff's Second Amended Complaint.

250.

The allegations of Paragraph 250 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 250 of Plaintiff's Second Amended Complaint.

251.

The allegations of Paragraph 251 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 251 of Plaintiff's Second Amended Complaint.

252.

The allegations of Paragraph 252 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 252 of Plaintiff's Second Amended Complaint.

253.

The allegations of Paragraph 253 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 253 of Plaintiff's Second Amended Complaint.

254.

The allegations of Paragraph 254 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 254 of Plaintiff's Second Amended Complaint.

255.

The allegations of Paragraph 255 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 255 of Plaintiff's Second Amended Complaint.

256.

The allegations of Paragraph 256 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 256 of Plaintiff's Second Amended Complaint.

257.

The allegations of Paragraph 257 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 257 of Plaintiff's Second Amended Complaint.

258.

The allegations of Paragraph 258 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 258 of Plaintiff's Second Amended Complaint.

259.

The allegations of Paragraph 259 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 259 of Plaintiff's Second Amended Complaint.

260.

The allegations of Paragraph 260 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 260 of Plaintiff's Second Amended Complaint.

**Agent Liability**

261.

The allegations of Paragraph 261 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 261 of Plaintiff's Second Amended Complaint.

262.

The allegations of Paragraph 262 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 262 of Plaintiff's Second Amended Complaint.

263.

The allegations of Paragraph 263 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 263 of Plaintiff's Second Amended Complaint.

**Alter Ego/Mere Instrumentality**

264.

The allegations of Paragraph 264 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 264 of Plaintiff's Second Amended Complaint.

265.

The allegations of Paragraph 265 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 265 of

Plaintiff's Second Amended Complaint.

266.

The allegations of Paragraph 266 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 266 of

Plaintiff's Second Amended Complaint.

**Joint Venture**

267.

The allegations of Paragraph 267 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 267 of

Plaintiff's Second Amended Complaint.

268.

The allegations of Paragraph 268 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 268 of

Plaintiff's Second Amended Complaint.

269.

The allegations of Paragraph 269 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 269 of Plaintiff's Second Amended Complaint.

270.

The allegations of Paragraph 270 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 270 of Plaintiff's Second Amended Complaint.

271.

The allegations of Paragraph 271 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 271 of Plaintiff's Second Amended Complaint.

272.

The allegations of Paragraph 272 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 272 of Plaintiff's Second Amended Complaint.

## Damages

273.

The allegations of Paragraph 273 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 273 of Plaintiff's Second Amended Complaint.

274.

The allegations of Paragraph 274 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 274 of Plaintiff's Second Amended Complaint.

275.

Defendant denies the allegations contained in Paragraph 275 of Plaintiff's Second Amended Complaint.

## COUNT IV

### Negligence
### (Against the Smyrna Red Roof Defendants: Westmont, RRI, Varahi, FMW, Red Roof Franchising, and RRI West)

276.

Defendant hereby incorporates by references its responses and objections to Parts I. A.- B. as if fully set forth herein.

277.

The allegations of Paragraph 277 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 277 of Plaintiff's Second Amended Complaint.

278.

The allegations of Paragraph 278 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 278 of Plaintiff's Second Amended Complaint.

279.

The allegations of Paragraph 279 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 279 of Plaintiff's Second Amended Complaint.

280.

The allegations of Paragraph 280(a)-(k) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 280(a)-(k) of Plaintiff's Second Amended Complaint.

281.

The allegations of Paragraph 281 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 281 of Plaintiff's Second Amended Complaint.

282.

The allegations of Paragraph 282 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 282 of Plaintiff's Second Amended Complaint.

283.

The allegations of Paragraph 283 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 283 of Plaintiff's Second Amended Complaint.

284.

The allegations of Paragraph 284 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 284 of Plaintiff's Second Amended Complaint.

285.

The allegations of Paragraph 285 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 285 of Plaintiff's Second Amended Complaint.

286.

The allegations of Paragraph 286 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 286 of Plaintiff's Second Amended Complaint.

287.

The allegations of Paragraph 287 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 287 of Plaintiff's Second Amended Complaint.

288.

The allegations of Paragraph 288 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 288 of Plaintiff's Second Amended Complaint.

289.

The allegations of Paragraph 289 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 289 of Plaintiff's Second Amended Complaint.

290.

The allegations of Paragraph 290 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 290 of Plaintiff's Second Amended Complaint.

291.

The allegations of Paragraph 291 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 291 of Plaintiff's Second Amended Complaint.

## COUNT V

**Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Atlanta Red Roof Defendants: Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)**

292.

Defendant hereby incorporates by references its responses and objections to Parts II. A.- B. and Paragraphs 202-226 as if fully set forth herein.

293.

The allegations of Paragraph 293 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 293 of Plaintiff's Second Amended Complaint.

294.

The allegations of Paragraph 294 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 294 of Plaintiff's Second Amended Complaint.

295.

The allegations of Paragraph 295 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 295 of Plaintiff's Second Amended Complaint.

296.

The allegations of Paragraph 296 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 296 of Plaintiff's Second Amended Complaint.

297.

The allegations of Paragraph 297 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 297 of Plaintiff's Second Amended Complaint.

298.

The allegations of Paragraph 298 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 298 of Plaintiff's Second Amended Complaint.

299.

The allegations of Paragraph 299 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 299 of Plaintiff's Second Amended Complaint.

300.

The allegations of Paragraph 300 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 300 of Plaintiff's Second Amended Complaint.

301.

The allegations of Paragraph 301 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 301 of Plaintiff's Second Amended Complaint.

302.

The allegations of Paragraph 302 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 302 of Plaintiff's Second Amended Complaint.

303.

The allegations of Paragraph 303 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 303 of Plaintiff's Second Amended Complaint.

## COUNT VI

**Violations of the Georgia Racketeer Influenced and Corrupt Organizations
Act O.C.G.A. § 16-14-4(a)
(Against Atlanta Red Roof Defendants: Westmont, RRI, RRI III, RRI West,
and Red Roof Franchising)**

304.

Defendant hereby incorporates by references its responses and objections to
Parts II. A.- B. and Paragraphs 202-226 as if fully set forth herein.

305.

The allegations of Paragraph 305 of the Second Amended Complaint are not
directed at this Defendant. Defendant does not have sufficient knowledge or
information to either admit or deny the allegations contained in Paragraph 305 of
Plaintiff's Second Amended Complaint.

306.

The allegations of Paragraph 306 of the Second Amended Complaint are not
directed at this Defendant. Defendant does not have sufficient knowledge or
information to either admit or deny the allegations contained in Paragraph 306 of
Plaintiff's Second Amended Complaint.

307.

The allegations of Paragraph 307 of the Second Amended Complaint are not
directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 307 of Plaintiff's Second Amended Complaint.

308.

The allegations of Paragraph 308 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 308 of Plaintiff's Second Amended Complaint.

309.

The allegations of Paragraph 309 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 309 of Plaintiff's Second Amended Complaint.

310.

The allegations of Paragraph 310 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 310 of Plaintiff's Second Amended Complaint.

311.

The allegations of Paragraph 311 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 311 of Plaintiff's Second Amended Complaint.

## COUNT VII

## TVPRA, 18 U.S.C. § 1595
### (Against Atlanta Red Roof Defendants: Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)

312.

Defendant hereby incorporates by references its responses and objections to Parts II. A.- B. as if fully set forth herein.

313.

The allegations of Paragraph 313 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 313 of Plaintiff's Second Amended Complaint.

**Direct Liability**

314.

The allegations of Paragraph 314 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 314 of Plaintiff's Second Amended Complaint.

315.

The allegations of Paragraph 315 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 315 of Plaintiff's Second Amended Complaint.

316.

The allegations of Paragraph 316 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 316 of Plaintiff's Second Amended Complaint.

317.

The allegations of Paragraph 317 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 317 of Plaintiff's Second Amended Complaint.

318.

The allegations of Paragraph 318 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 318 of Plaintiff's Second Amended Complaint.

319.

The allegations of Paragraph 319 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 319 of Plaintiff's Second Amended Complaint.

320.

The allegations of Paragraph 320 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 320  of Plaintiff's Second Amended Complaint.

321.

The allegations of Paragraph 321 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 321 of Plaintiff's Second Amended Complaint.

322.

The allegations of Paragraph 322 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 322 of Plaintiff's Second Amended Complaint.

323.

The allegations of Paragraph 323 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 323 of Plaintiff's Second Amended Complaint.

324.

The allegations of Paragraph 324 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 324 of Plaintiff's Second Amended Complaint.

325.

The allegations of Paragraph 325 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 325 of Plaintiff's Second Amended Complaint.

326.

The allegations of Paragraph 326 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 326 of Plaintiff's Second Amended Complaint.

327.

The allegations of Paragraph 327 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 327 of Plaintiff's Second Amended Complaint.

**Damages**

328.

The allegations of Paragraph 328 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 328 of Plaintiff's Second Amended Complaint.

329.

The allegations of Paragraph 329 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 329 of Plaintiff's Second Amended Complaint.

330.

Defendant denies the allegations contained in Paragraph 330 of Plaintiff's Second Amended Complaint.

## COUNT VIII

### Negligence
### (Against the Atlanta Red Roof Defendants: Westmont, RRI, RRI III, RRI West, and Red Roof Franchising)

331.

Defendant hereby incorporates by references its responses and objections to Parts II. A.- B. as if fully set forth herein.

332.

The allegations of Paragraph 332 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 332 of Plaintiff's Second Amended Complaint.

333.

The allegations of Paragraph 333 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 333 of Plaintiff's Second Amended Complaint.

334.

The allegations of Paragraph 334 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 334 of Plaintiff's Second Amended Complaint.

335.

The allegations of Paragraph 335(a)-(k) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 335(a)-(k) of Plaintiff's Second Amended Complaint.

336.

The allegations of Paragraph 336 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 336 of Plaintiff's Second Amended Complaint.

337.

The allegations of Paragraph 337 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 337 of Plaintiff's Second Amended Complaint.

338.

The allegations of Paragraph 338 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 338 of Plaintiff's Second Amended Complaint.

339.

The allegations of Paragraph 339 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 339 of Plaintiff's Second Amended Complaint.

340.

The allegations of Paragraph 340 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 340 of Plaintiff's Second Amended Complaint.

341.

The allegations of Paragraph 341 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 341 of

Plaintiff's Second Amended Complaint.

342.

The allegations of Paragraph 342 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 342 of

Plaintiff's Second Amended Complaint.

343.

The allegations of Paragraph 343 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 343 of

Plaintiff's Second Amended Complaint.

344.

The allegations of Paragraph 344 of the Second Amended Complaint are not

directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 344 of

Plaintiff's Second Amended Complaint.

345.

The allegations of Paragraph 345 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 345 of Plaintiff's Second Amended Complaint.

## COUNT IX

**Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(c)**
**(Against Suburban Extended Stay Defendants: HSI, Westmont, WHG SU LP, WHG SU LLC, and SUB-SU)**

346.

Defendant hereby incorporates by references its responses and objections to Parts III. A.- B. and Paragraphs 202-226 as if fully set forth herein.

347.

As to this Defendant, Defendant denies the allegations contained in Paragraph 347 of Plaintiff's Second Amended Complaint.

348.

As to this Defendant, Defendant denies the allegations contained in Paragraph 348 of Plaintiff's Second Amended Complaint.

349.

As to this Defendant, Defendant denies the allegations contained in Paragraph 349 of Plaintiff's Second Amended Complaint.

350.

As to this Defendant, Defendant denies the allegations contained in Paragraph 350 of Plaintiff's Second Amended Complaint.

351.

As to this Defendant, Defendant denies the allegations contained in Paragraph 351 of Plaintiff's Second Amended Complaint.

352.

As to this Defendant, Defendant denies the allegations contained in Paragraph 352 of Plaintiff's Second Amended Complaint.

353.

As to this Defendant, Defendant denies the allegations contained in Paragraph 353 of Plaintiff's Second Amended Complaint.

354.

As to this Defendant, Defendant denies the allegations contained in Paragraph 354 of Plaintiff's Second Amended Complaint.

355.

As to this Defendant, Defendant denies the allegations contained in Paragraph 355 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

356.

As to this Defendant, Defendant denies the allegations contained in Paragraph 356 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

357.

As to this Defendant, Defendant denies the allegations contained in Paragraph 357 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

## COUNT X

**Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(a)**
**(Against Suburban Extended Stay Defendants: HSI, Westmont, WHG SU LP, WHG SU LLC, and SUB-SU)**

358.

Defendant hereby incorporates by references its responses and objections to Parts III. A.- B. and Paragraphs 202-226 as if fully set forth herein.

359.

As to this Defendant, Defendant denies the allegations contained in Paragraph 359 of Plaintiff's Second Amended Complaint.

360.

As to this Defendant, Defendant denies the allegations contained in Paragraph 360 of Plaintiff's Second Amended Complaint.

361.

As to this Defendant, Defendant denies the allegations contained in Paragraph 361 of Plaintiff's Second Amended Complaint.

362.

As to this Defendant, Defendant denies the allegations contained in Paragraph 362 of Plaintiff's Second Amended Complaint.

363.

As to this Defendant, Defendant denies the allegations contained in Paragraph 363 of Plaintiff's Second Amended Complaint.  Defendant specifically denies that Plaintiff is entitled to any damages.

364.

As to this Defendant, Defendant denies the allegations contained in Paragraph 364 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

365.

As to this Defendant, Defendant denies the allegations contained in Paragraph 365 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

**COUNT XI**

**TVPRA, 18 U.S.C. § 1595**
**(Against Suburban Extended Stay Defendants: HSI, Westmont, WHG SU LP, WHG SU LLC, and SUB-SU)**

366.

Defendant hereby incorporates by references its responses and objections to Parts III. A.- B. as if fully set forth herein.

367.

As to this Defendant, Defendant denies the allegations contained in Paragraph 367 of Plaintiff's Second Amended Complaint.

**Direct Liability**

368.

As to this Defendant, Defendant denies the allegations contained in Paragraph 368 of Plaintiff's Second Amended Complaint.

369.

As to this Defendant, Defendant denies the allegations contained in Paragraph 369 of Plaintiff's Second Amended Complaint.

370.

As to this Defendant, Defendant denies the allegations contained in Paragraph 370 of Plaintiff's Second Amended Complaint.

371.

As to this Defendant, Defendant denies the allegations contained in Paragraph 371 of Plaintiff's Second Amended Complaint.

372.

As to this Defendant, Defendant denies the allegations contained in Paragraph 372 of Plaintiff's Second Amended Complaint.

373.

Defendant denies the allegations contained in Paragraph 373 of Plaintiff's Second Amended Complaint.

374.

The allegations of Paragraph 374 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 374 of Plaintiff's Second Amended Complaint, and therefore denies same.

375.

The allegations of Paragraph 375 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 375 of Plaintiff's Second Amended Complaint, and therefore denies same.

376.

The allegations of Paragraph 376 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 376 of Plaintiff's Second Amended Complaint, and therefore denies same.

377.

The allegations of Paragraph 377 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 377 of Plaintiff's Second Amended Complaint, and therefore denies same.

378.

The allegations of Paragraph 378 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 378 of Plaintiff's Second Amended Complaint, and therefore denies same.

379.

The allegations of Paragraph 379 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 379 of Plaintiff's Second Amended Complaint, and therefore denies same.

**Damages**

380.

As to this Defendant, Defendant denies the allegations contained in Paragraph 380 of Plaintiff's Second Amended Complaint.

381.

As to this Defendant, Defendant denies the allegations contained in Paragraph 381 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

382.

Defendant denies the allegations contained in Paragraph 382 of Plaintiff's Second Amended Complaint. Defendant specifically denies that Plaintiff is entitled to any damages.

## COUNT XII

### Negligence
### (Against the Suburban Extended Stay Defendants: HSI, Westmont, WHG SU LP, WHG SU LLC, and SUB-SU)

383.

Defendant hereby incorporates by references its responses and objections to Parts III. A.- B. as if fully set forth herein.

384.

Defendant admits that it owned the property up until July of 2011 when all of its interests were foreclosed through a foreclosure sale. Defendant denies all remaining allegations contained in Paragraph 384 of Plaintiff's Second Amended Complaint.

385.

Defendant admits that it owned the property up until July of 2011 when all of its interests were foreclosed through a foreclosure sale.  Defendant denies all remaining allegations contained in Paragraph 385 of Plaintiff's Second Amended Complaint.

386.

As to this Defendant, Defendant denies the allegations contained in Paragraph 386 of Plaintiff's Second Amended Complaint.

387.

As to this Defendant, Defendant denies the allegations contained in Paragraph 387(a)-(k) of Plaintiff's Second Amended Complaint.

388.

Defendant denies the allegations contained in Paragraph 388 of Plaintiff's Second Amended Complaint.

389.

The allegations of Paragraph 389 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 389 of Plaintiff's Second Amended Complaint.

390.

The allegations of Paragraph 390 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 390 of Plaintiff's Second Amended Complaint.

391.

The allegations of Paragraph 391 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 391 of Plaintiff's Second Amended Complaint.

392.

The allegations of Paragraph 392 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 392 of Plaintiff's Second Amended Complaint.

393.

The allegations of Paragraph 393 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 393 of Plaintiff's Second Amended Complaint.

394.

As to this Defendant, Defendant denies the allegations contained in Paragraph 394 of Plaintiff's Second Amended Complaint.  Defendant specifically denies that Plaintiff is entitled to any damages.

395.

As to this Defendant, Defendant denies the allegations contained in Paragraph 395 of Plaintiff's Second Amended Complaint.  Defendant specifically denies that Plaintiff is entitled to any damages.

396.

As to this Defendant, Defendant denies the allegations contained in Paragraph 396 of Plaintiff's Second Amended Complaint.  Defendant specifically denies that Plaintiff is entitled to any damages.

397.

As to this Defendant, Defendant denies the allegations contained in Paragraph 397 of Plaintiff's Second Amended Complaint.  Defendant specifically denies that Plaintiff is entitled to any damages.

## COUNT XII

## Violations of the Georgia Racketeer Influenced and Corrupt Organizations Act O.C.G.A. § 16-14-4(c)
### (Against Microtel Defendants: Kuzzins, CC&S, and Essex)

398.

Defendant hereby incorporates by references its responses and objections to Parts IV. A.- B. and Paragraphs 202-226 as if fully set forth herein.

399.

The allegations of Paragraph 399 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 399 of Plaintiff's Second Amended Complaint.

400.

The allegations of Paragraph 400 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 400 of Plaintiff's Second Amended Complaint.

401.

The allegations of Paragraph 401 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 401 of Plaintiff's Second Amended Complaint.

402.

The allegations of Paragraph 402 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 402 of Plaintiff's Second Amended Complaint.

403.

The allegations of Paragraph 403 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 403 of Plaintiff's Second Amended Complaint.

404.

The allegations of Paragraph 404 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 404 of Plaintiff's Second Amended Complaint.

405.

The allegations of Paragraph 405 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 405 of Plaintiff's Second Amended Complaint.

406.

The allegations of Paragraph 406 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 406 of Plaintiff's Second Amended Complaint.

407.

The allegations of Paragraph 407 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 407 of Plaintiff's Second Amended Complaint.

408.

The allegations of Paragraph 408 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 408 of Plaintiff's Second Amended Complaint.

409.

The allegations of Paragraph 409 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 409 of Plaintiff's Second Amended Complaint.

**COUNT XIV**

**Georgia Racketeer Influenced and Corrupt Organizations Act
O.C.G.A. § 16-14-4(a)
(Against Microtel Defendants: Kuzzins, CC&S, and Essex)**

410.

Defendant hereby incorporates by references its responses and objections to Parts IV. A.- B. and Paragraphs 202-226 as if fully set forth herein.

411.

The allegations of Paragraph 411 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 411 of Plaintiff's Second Amended Complaint.

119

412.

The allegations of Paragraph 412 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 412 of Plaintiff's Second Amended Complaint.

413.

The allegations of Paragraph 413 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 413 of Plaintiff's Second Amended Complaint.

414.

The allegations of Paragraph 414 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 414 of Plaintiff's Second Amended Complaint.

415.

The allegations of Paragraph 415 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 415 of Plaintiff's Second Amended Complaint.

416.

The allegations of Paragraph 416 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 416 of Plaintiff's Second Amended Complaint.

417.

The allegations of Paragraph 417 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 417 of Plaintiff's Second Amended Complaint.

**COUNT XV**

**TVPRA, 18 U.S.C. § 1595**
**(Against Microtel Defendants: Kuzzins, CC&S, and Essex)**

418.

Defendant hereby incorporates by references its responses and objections to Parts IV. A.- B. as if fully set forth herein.

419.

The allegations of Paragraph 419 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 419 of Plaintiff's Second Amended Complaint.

**Direct Liability**

420.

The allegations of Paragraph 420 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 420 of Plaintiff's Second Amended Complaint.

421.

The allegations of Paragraph 421 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 421 of Plaintiff's Second Amended Complaint.

422.

The allegations of Paragraph 422 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 422 of Plaintiff's Second Amended Complaint.

423.

The allegations of Paragraph 423 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 423 of Plaintiff's Second Amended Complaint.

424.

The allegations of Paragraph 424 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 424 of Plaintiff's Second Amended Complaint.

425.

The allegations of Paragraph 425 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 425 of Plaintiff's Second Amended Complaint.

426.

The allegations of Paragraph 426 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 426 of Plaintiff's Second Amended Complaint.

427.

The allegations of Paragraph 427 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 427 of Plaintiff's Second Amended Complaint.

428.

The allegations of Paragraph 428 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 428 of Plaintiff's Second Amended Complaint.

429.

The allegations of Paragraph 429 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 429 of Plaintiff's Second Amended Complaint.

430.

The allegations of Paragraph 430 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 430 of Plaintiff's Second Amended Complaint.

431.

The allegations of Paragraph 431 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 431 of Plaintiff's Second Amended Complaint.

**Damages**

432.

The allegations of Paragraph 432 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 432 of Plaintiff's Second Amended Complaint.

433.

The allegations of Paragraph 433 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 433 of Plaintiff's Second Amended Complaint.

434.

Defendant denies the allegations contained in Paragraph 434 of Plaintiff's Second Amended Complaint.

## COUNT XVI

### Negligence
### (Against the Microtel Defendants: Kuzzins, CC&S, and Essex)

435.

Defendant hereby incorporates by references its responses and objections to Parts IV. A.- B. as if fully set forth herein.

436.

The allegations of Paragraph 436 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 436 of Plaintiff's Second Amended Complaint.

437.

The allegations of Paragraph 437 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 437 of Plaintiff's Second Amended Complaint.

438.

The allegations of Paragraph 438 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 438 of Plaintiff's Second Amended Complaint.

439.

The allegations of Paragraph 439(a)-(k) of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 439(a)–(k) of Plaintiff's Second Amended Complaint.

440.

The allegations of Paragraph 440 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 440 of Plaintiff's Second Amended Complaint.

441.

The allegations of Paragraph 441 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 441 of Plaintiff's Second Amended Complaint.

442.

The allegations of Paragraph 442 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 442 of Plaintiff's Second Amended Complaint.

443.

The allegations of Paragraph 443 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 443 of Plaintiff's Second Amended Complaint.

444.

The allegations of Paragraph 444 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 444 of Plaintiff's Second Amended Complaint.

445.

The allegations of Paragraph 445 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 445 of Plaintiff's Second Amended Complaint.

446.

The allegations of Paragraph 446 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 446 of Plaintiff's Second Amended Complaint.

447.

The allegations of Paragraph 447 of the Second Amended Complaint are not directed at this Defendant. Defendant does not have sufficient knowledge or

information to either admit or deny the allegations contained in Paragraph 447 of Plaintiff's Second Amended Complaint.

448.

Defendant denies that Plaintiff is entitled to any damages, whatsoever, against it with regards to the allegations contained in her Second Amended Complaint.

449.

Defendant denies all allegations contained in Plaintiff's Second Amended Complaint that have not been expressly admitted herein.

Wherefore, Defendant HSI CHAMBLEE, LLC, having fully answered Plaintiff's Second Amended Complaint prays that it be discharged on all the aforesaid defenses, and that judgment be entered in favor of Defendant and against Plaintiff, with all costs cast upon the Plaintiff. Defendant prays that:

(a) Plaintiff's Second Amended Complaint be dismissed;

(b) That Defendant have a jury of 12 for a trial of this case; and

(c) Any further relief this Court deems as proper.

[*Signature Line on Following Page*]

This 26th day of June, 2020.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Sabrina L. Atkins*
      Pamela N. Lee
      Georgia State Bar No. 198981
      Sabrina  L. Atkins
      Georgia State Bar No. 567762
      ***Attorneys    for    Defendant    HSI
      Chamblee, LLC***

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax:  404.888.6199
pamela.lee@swiftcurrie.com
sabrina.atkins@swiftcurrie.com

<u>**CERTIFICATE OF COMPLAINCE**</u>

I hereby certify this document was prepared in accordance with Court Rule

L.R. 5.1B, N.D. Ga., in the Times New Roman (14 point) font.


SWIFT, CURRIE, McGHEE & HIERS

By:   <u>*/s/ Sabrina L. Atkins*</u>
Pamela N. Lee
Georgia State Bar No. 198981
Sabrina L. Atkins
Georgia State Bar No. 567762
***Attorneys for Defendant HSI Chamblee, LLC***

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax:  404.888.6199
pamela.lee@swiftcurrie.com
sabrina.atkins@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 26th day of June 2020, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **HSI CHAMBLEE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Sabrina L. Atkins*
      Pamela N. Lee
      Georgia State Bar No. 198981
      Sabrina L. Atkins
      Georgia State Bar No. 567762
      *Attorneys for Defendant HSI Chamblee, LLC*

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
Fax:  404.888.6199
pamela.lee@swiftcurrie.com
sabrina.atkins@swiftcurrie.com
4818-3389-4592, v. 2

133