IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | 1:19-cv-03840-WMR |
| | * | |
| RED ROOF INNS, INC.; | * | JURY TRIAL |
| RED ROOF FRANCHISING, LLC; | * | DEMANDED |
| RRI III, LLC; | * | |
| RRI WEST MANAGEMENT, LLC; | * | |
| FMW RRI NC, LLC; | * | |
| SUB-SU HOTEL GP, LLC | * | |
| WESTMONT HOSPITALITY GROUP, INC.; | * | |
| WHG SU ATLANTA LP; | * | |
| WHG SU ATLANTA, LLC; | * | |
| KUZZINS BUFORD, INC.; | * | |
| VARAHI HOTEL, LLC; | * | |
| CC&S DEVELOPMENT, LLC; | * | |
| ESSEX, LLC; and | * | |
| HSI CHAMBLEE, LLC, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT RED ROOF INNS, INC.'S
AMENDED CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Red Roof Inns, Inc. hereby submits this Amended Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3:

(1)   The undersigned counsel of record for Red Roof Inns, Inc. certifies that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. **Plaintiff Jane Doe 1**

    b. **Defendant Red Roof Franchising, LLC**

    c. **Defendant RRI West Management, LLC**

    d. **Defendant WHG SU Atlanta, LLC**

    e. **Defendant Red Roof Inns, Inc.:** Red Roof Inns, Inc. is a non-governmental corporate party. WRRH Investments LP is the parent corporation, and no publicly held corporation owns more than 10% of the stock of Red Roof Inns, Inc.

    f. **Defendant RRI III, LLC**

    g. **Defendant FMW RRI NC, LLC**

    h. **Defendant Westmont Hospitality Group, Inc.**

    i. **Defendant WHG SU Atlanta, LP**

    j. **Defendant SUB-SU HOTEL GP, LLC**

    k. **Defendant Varahi Hotel, LLC**

    l. **Defendant CC&S Development, LLC**

    m. **Defendant Essex, LLC**

    n. **Defendant HSI Chamblee, LLC**

(2) The undersigned certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**WRRH Investments LP**

(3) The following is a complete list of all persons serving as attorneys for Red Roof Inns, Inc.:

    **a.** Charles K. Reed
       Michael Freed
       Adi Allushi
       LEWIS BRISBOIS BISGAARD
       & SMITH LLP
       1180 Peachtree Street NE
       Suite 2900
       Atlanta, Georgia 30309
       (404) 348-8585
       (404) 467-8845 Facsimile
       Chuck.Reed@lewisbrisbois.com
       Michael.Freed@lewisbrisbois.com
       Adi.Allushi@lewisbrisbois.com

Respectfully submitted this 31st day of July, 2020.

                                                              /s/ Adi Allushi
                                                              CHARLES K. REED
Georgia Bar No. 597597
P. MICHAEL FREED
Georgia Bar No. 061128
ADI ALLUSHI
Georgia Bar No. 852810

LEWIS BRISBOIS BISGAARD
   & SMITH LLP
1180 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30309
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Michael.Freed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com

*Attorneys for Defendants*
*Red Roof Inns, Inc.;*
*Red Roof Franchising, LLC*
*RRI III, LLC;*
*RRI West Management, LLC;*
*FMW RRI NC, LLC;*
*SUB-SU Hotel GP, LLC;*
*Westmont Hospitality Group, Inc.;*
*WHG SU Atlanta LP; and*
*WHG SU Atlanta, LLC*

4844-7498-4132.1

4

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: July 31, 2020.

*/s/ Adi Allushi*
ADI ALLUSHI

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of July, 2020 filed the within and foregoing *Defendant Red Roof Inns, Inc.'s Amended Certificate Of Interested Persons And Corporate Disclosure Statement* via electronic mail to all counsel of records as follows:

John E. Floyd
Manoj S. Varghese
Tiana S. Mykkeltvedt
Amanda Kay Seals
Michael R. Baumrind
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA  30309
floyd@bmelaw.com
varghese@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
baumrind@bmelaw.com
reed@bmelaw.com
richardson@bmelaw.com
*Attorneys for Plaintiff Jane Doe 1*

Jonathan S. Tonge
Patrick J. McDonough
Trinity Hundredmark
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com
thundred@atclawfirm.com
bwebb@atclawfirm.com
*Attorneys for Plaintiff Jane Doe 1*

Joseph Robb Cruser
Kristin L. Yoder
Glenn C. Tornillo
CRUSER MITCHELL LAW FIRM
Merician II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
rcruser@cmlawfirm.com
kyoder@cmlawfirm.com
gtornillo@cmlawfirm.com
*Attorneys for Defendants*
*Kuzzins Buford, Inc.*
*CC&S Development, LLC*

Warner S. Fox
Christopher Shane Keith
Elliot Crawford Ream
HAWKINS PARNELL & YOUNG, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, GA  30308-3243
wfox@hpylaw.com
skeith@hpylaw.com
eream@hptylaw.com
*Attorneys for Defendant*
*Varahi Hotel, LLC*

4844-7498-4132.1

| | |
|---|---|
| Anthony Cochran<br>Emily C. Ward<br>Smith, Gambrell & Russell, LLP<br>1230 Peachtree St. NE<br>Promenade, Suite 3100<br>Atlanta, GA  30309-3592<br>acochran@sgrlaw.com<br>eward@sgrlaw.com<br>*Attorneys for Essex Hotel Management, LLC (misnamed as Essex, LLC)* | Pamela Newsom Lee<br>Rachel Wilson Mathews<br>Sabrina L. Atkins<br>SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>The Peachtree, Suite 300<br>1355 Peachtree St., N.E.<br>Atlanta, GA  30309-3231<br>pamela.lee@swiftcurrie.com<br>rachel.mathews@swiftcurrie.com<br>Sabrina.atkins@swiftcurrie.com<br>*Attorneys for HSI Chamblee, LLC* |

This 31st day of July, 2020.

                                                  */s/ Adi Allushi*
                                                  CHARLES K. REED
                                                  Georgia Bar No. 597597
                                                  P. MICHAEL FREED
                                                  Georgia Bar No. 061128
                                                  ADI ALLUSHI
                                                  Georgia Bar No. 852810

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD<br>   & SMITH LLP<br>1180 Peachtree Street NE<br>Suite 2900<br>Atlanta, Georgia 30309<br>(404) 348-8585<br>(404) 467-8845 Facsimile<br>Chuck.Reed@lewisbrisbois.com<br>Michael.Freed@lewisbrisbois.com<br>Adi.Allushi@lewisbrisbois.com | *Attorneys for Defendants*<br>*Red Roof Inns, Inc.;*<br>*Red Roof Franchising, LLC*<br>*RRI III, LLC;*<br>*RRI West Management, LLC;*<br>*FMW RRI NC, LLC;*<br>*SUB-SU Hotel GP, LLC;*<br>*Westmont Hospitality Group, Inc.;*<br>*WHG SU Atlanta LP; and*<br>*WHG SU Atlanta, LLC* |

4844-7498-4132.1