IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:19-CV-03840-WMR |
| | ) | |
| RRI III, LLC; | ) | |
| SUB-SU HOTEL GP, LLC; | ) | |
| WHG SU ATLANTA, LLC; | ) | |
| WHG SU ATLANTA LP; | ) | |
| KUZZINS BUFORD, INC.; | ) | |
| HSI CHAMBLEE, LLC; | ) | |
| CC&S DEVELOPMENT, LLC; and | ) | |
| ESSEX, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COME NOW, Defendants RRI III, LLC, SUB-SU Hotel GP, LLC, WHG SU Atlanta, LLC, and WHG SU Atlanta LP ("Defendants"), and hereby give notice that attorney P. Michael Freed is no longer with the law firm Lewis Brisbois Bisgaard & Smith, LLP and should be removed as counsel of record for Defendants. This withdrawal is made with the knowledge and consent of attorney P. Michael Freed. The following attorneys will remain as counsel of record for the Defendants, and should continue to receive all pleadings, orders, notices, correspondence and other papers to be served on Defendants:

Charles K. Reed
Adi Allushi
Emma J. Fennelly
LEWIS BRISBOIS BISGAARD & SMITH LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

Respectfully submitted this 24th day of January, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Adi Allushi
CHARLES K. REED
Georgia Bar No. 597597
ADI ALLUSHI
Georgia Bar No. 852810
EMMA J. FENNELLY
Georgia Bar No. 610587

Bank of America Plaza
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
(404) 348-8585
(404) 467-8845 Facsimile
Chuck.Reed@lewisbrisbois.com
Adi.Allushi@lewisbrisbois.com
Emma.Fennelly@lewisbrisbois.com

*Attorneys for Defendants*
*RRI III, LLC, SUB-SU Hotel GP, LLC,*
*WHG SU Atlanta, LLC, and*
*WHG SU Atlanta LP*

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: January 24, 2022.

*/s/  Adi Allushi*
ADI ALLUSHI

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of January, 2022 filed the within and

foregoing *Notice of Withdrawal of Counsel* via CM/ECF, which automatically sends

an electronic copy to all counsel of records as follows:

John E. Floyd
Manoj S. Varghese
Tiana S. Mykkeltvedt
Amanda Kay Seals
Michael R. Baumrind
BONDURANT, MIXSON
  & ELMORE, LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA  30309
floyd@bmelaw.com
varghese@bmelaw.com
mykkeltvedt@bmelaw.com
seals@bmelaw.com
baumrind@bmelaw.com
*Attorneys for Plaintiff Jane Doe 1*

Jonathan S. Tonge
Patrick J. McDonough
Trinity Hundredmark
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA  30097
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com
thundred@atclawfirm.com
*Attorneys for Plaintiff Jane Doe 1*

Joseph Robb Cruser
Kristin L. Yoder
Glenn C. Tornillo
CRUSER MITCHELL LAW FIRM
Merician II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
rcruser@cmlawfirm.com
kyoder@cmlawfirm.com
gtornillo@cmlawfirm.com
*Attorneys for Defendants*
*Kuzzins Buford, Inc.*
*CC&S Development, LLC*

Anthony L. Cochran
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree St. NW
Suite 1000
Atlanta, GA  30309
acochran@sgrlaw.com
*Attorneys for Defendant Essex Hotel*
*Management, LLC (misnamed as*
*Essex, LLC)*

Sabrina L. Atkins
SWIFT, CURRIE, MCGHEE
  & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, NE
Atlanta, GA  30309-3231
Sabrina.atkins@swiftcurrie.com
*Attorneys for Defendant*
*HSI Chamblee, LLC*

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/  Adi Allushi*
CHARLES K. REED
Georgia Bar No. 597597

Bank of America Plaza                      ADI ALLUSHI
600 Peachtree Street, NE               Georgia Bar No. 852810
Suite 4700                                        EMMA J. FENNELLY
Atlanta, GA  30308                         Georgia Bar No. 610587
(404) 348-8585
(404) 467-8845 Facsimile             *Attorneys for Defendants*
Chuck.Reed@lewisbrisbois.com    *RRI III, LLC, SUB-SU Hotel GP, LLC,*
Adi.Allushi@lewisbrisbois.com      *WHG SU Atlanta, LLC, and*
Emma.Fennelly@lewisbrisbois.com  *WHG SU Atlanta LP*