# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03840-WMR |
| JANE DOE 2,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03841-WMR |
| JANE DOE 3,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03843-WMR |
| JANE DOE 4,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03845-WMR |

## **ORDER**

Now before the Court is Defendants' Unopposed Motion to Amend the Scheduling Orders. For good cause shown, this Court hereby enters the following scheduling orders:

| | |
|---|---|
| Wednesday, November 30, 2022 | Close of Fact Discovery |
| Wednesday, December 14, 2022 | Designation of expert witnesses and disclosure of expert reports |
| Tuesday, February 14, 2023 | Designation of rebuttal experts (experts whose testimony is solely in rebuttal to expert witness disclosure previously made) and disclosure of rebuttal expert reports |
| Tuesday, March 28, 2023 | Completion of depositions of expert witnesses |
| Friday, April 28, 2023 | Deadline for motions for summary judgment and *Daubert* motions |

It is SO ORDERED this 27th day of May, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

- 3 -

**Proposed Order prepared by:**

*s/ Emily C. Ward*
Anthony L. Cochran
Georgia Bar No. 172425
Emily C. Ward
Georgia Bar No. 500999
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
(404) 815-3575 (Ms. Ward-office)
(404) 685-6875 (Ms. Ward-fax)
acochran@sgrlaw.com
eward@sgrlaw.com

*Attorneys for Defendant Essex, LLC*