**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE 1,<br><br>     Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>     Defendants. | Civil Action No. 1:19-cv-03840 |
| JANE DOE 2,<br><br>     Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>     Defendants. | Civil Action No. 1:19-cv-03841 |
| JANE DOE 4,<br><br>     Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>     Defendants. | Civil Action No. 1:19-cv-03845 |

## DEFENDANT HSI CHAMBLEE, LLC's RULE 5.4
## CERTIFICATE OF DISCOVERY

COMES NOW, Counsel for Defendant HSI Chamblee, LLC, and pursuant

to Local Rule 5.4, certifies that it has, on this date, served *Defendant HSI*

*Chamblee's Amended and Supplemental Responses to Plaintiffs' First Interrogatories* and *Defendant HSI Chamblee's Amended and Supplemental Responses to Plaintiffs' First Request for Production of Documents* upon Counsel for Plaintiffs (and all Parties of record) via Statutory Electronic Service.

This 29th day of August, 2022.

SWIFT, CURRIE, McGHEE & HIERS

By: ***/s/  Coryne E. G. Levine***
Pamela N. Lee
Georgia State Bar No. 198981
Coryne E.G. Levine
Georgia State Bar No. 145953
***Attorneys for Defendant HSI Chamblee, LLC***

Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  404.888.6162
pamela.lee@swiftcurrie.com
coryne.levine@swiftcurrie.com

4891-5549-8544, v. 1