# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WHG SU ATLANTA, LLC, et al., )<br>)<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03840-WMR |
| JANE DOE 2, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WHG SU ATLANTA, LLC, et al., )<br>)<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03841-WMR |
| JANE DOE 4, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WHG SU ATLANTA, LLC, et al., )<br>)<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:19-CV-03845-WMR |

## [PROPOSED] MODIFIED SCHEDULING ORDER

This matter is before the Court on the Plaintiffs' Motion for Modification of Scheduling Order, requesting that this Court amend the scheduling order previously

#3485652v1

entered on May 27, 2022. For good cause shown, the Court **GRANTS** the Plaintiffs' motion and enters the following modified scheduling order:

| Deadline | Current | Revised |
|---|---|---|
| Close of fact discovery | November 30, 2022 | January 30, 2022 |
| Designation of experts and production of expert reports | December 14, 2022 | February 28, 2023 |
| Designation of rebuttal experts and production of rebuttal expert reports | February 14, 2023 | March 31, 2023 |
| Completion of expert discovery including expert depositions | March 28, 2023 | May 1, 2023 |
| Deadline for filing of summary judgment and Daubert motions | April 28, 2023 | June 30, 2023 |

SO ORDERED this ___ day of November, 2022.

_____
WILLIAM M. RAY, III
United States District Court Judge
Northern District of Georgia

**Proposed Order Prepared By:**

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com

#3485652v1

Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykketlvedt@bmelaw.com
Amanda Kay Seals
Georgia Bar No. 502720
seals@bmelaw.com
Michael R. Baumrind
Georgia Bar No. 960296
baumrind@bmelaw.com
Juliana Mesa
Georgia Bar No. 585087
mesa@bmelaw.com


BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile        *Attorneys for Plaintiffs*