# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:19-CV-03840-WMR |
| WHG SU ATLANTA, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| JANE DOE 2, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:19-CV-03841-WMR |
| WHG SU ATLANTA, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| JANE DOE 4, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:19-CV-03845-WMR |
| WHG SU ATLANTA, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MODIFIED SCHEDULING ORDER

This matter is before the Court on the Plaintiffs' Motion for Modification of Scheduling Order, requesting that this Court amend the scheduling order previously

#3485652v1

entered on May 27, 2022. For good cause shown, the Court **GRANTS** the Plaintiffs' motion and enters the following modified scheduling order:

| Deadline | Current | Revised |
|---|---|---|
| Close of fact discovery | November 30, 2022 | January 30, 2022 |
| Designation of experts and production of expert reports | December 14, 2022 | February 28, 2023 |
| Designation of rebuttal experts and production of rebuttal expert reports | February 14, 2023 | March 31, 2023 |
| Completion of expert discovery including expert depositions | March 28, 2023 | May 1, 2023 |
| Deadline for filing of summary judgment and Daubert motions | April 28, 2023 | June 30, 2023 |

SO ORDERED this 28th day of November, 2022.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE