IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Jane Doe 1,**
    Plaintiff,
v.

CIVIL ACTION NO. 1:19-cv-03840-WMR

**WHG SU Atlanta LP, et al**
    Defendants.

O R D E R

It is hereby ORDERED that this case be **REFERRED** to the next United States Magistrate Judge on rotation for mediation.

It is further ORDERED that all Plaintiffs and Defendants must all be present and participate in the mediation. For the Plaintiffs, each actual individual Plaintiff must appear. For the Defendants, each Defendant or their corporate representative, specifically a representative of each Defendant that has full authority to settle their case, must appear. The normal rules of mediation will apply. If the parties mutually agree, they may hire their own outside mediation service. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

So ORDERED this 13th day of December, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE